

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

RICHARD CORNELIUS JACKSON                    Case No: 23-cv-04371

Plaintiff

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; AND

U.S. DEPARTMENT OF HOMELAND SECURITY


## OPPOSED MOTION TO COMPEL PRODUCTION OF

## A VAUGHN INDEX

Date: December 7, 2023

Before: Judge Jeremy C. Daniel

# <u>Table of Contents</u>

**Page**

I.  INTRODUCTION…………………………………………………………………...3

II.  FACTS AND RELEVANT PROCEDURAL HISTORY…………………………….4

    A.  FOIA RESPONSE ISSUES..…………………………………………………5-7

III.  ARGUMENT…………………………………………………………………...8

IV.  CONCLUSION………………………………………………………………..14

V.  EXHIBIT A (FDNS-2021-006 FOIA RESPONSE)……………….…………….....15-75

VI.  EXHIBIT B (FDSNSPS-2021-003 FOIA RESPONSE)…..…………………….76-136

VII.  EXHIBIT C (HIA-2021-003 FOIA RESPONSE)………………………………...137-246

VIII.  EXHIBIT D (OFM-2022-0002 FOIA RESPONSE)………..…………………..247-299

IX.  EXHIBIT E (S22-2021-007 FOIA RESPONSE)…….………………….………...300-603

X.  EXHIBIT F (WAS-2022-003 FOIA RESPONSE)...…….………………………604-1,265

XI.  EXHIBIT G (DHS INSTRUCTION 262-11-001…………...………………1,266-1,272

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

RICHARD CORNELIUS JACKSON,                     Case No: 23-cv-04371
Plaintiff

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; AND
U.S. DEPARTMENT OF HOMELAND SECURITY

## OPPOSED MOTION TO COMPEL PRODUCTION OF A *VAUGHN* INDEX

Date: December 7, 2023

Before: Hon. Jeremy C. Daniel

## INTRODUCTION

1.      On December 3, 2023, the Plaintiff contacted opposing Counsel to inform of his plan to submit a motion to the Court for presentment on December 12, 2023. He requested opposing Counsel inform him if the proposed motion was opposed and if it was Counsel's intention to file a written response. On December 4, 2023, opposing Counsel offered to discuss and try to resolve what was improperly held. Plaintiff rejected the opposing Counsel's offer and informed him he would be filing his motion.

2.      On October 5, 2023, Plaintiff informed opposing Counsel that on December 6, 2023, at 9 a.m., he would submit his motion to the Court. Plaintiff was unable to discern whether Counsel opposed the motion because of no response. Nonetheless, the lack of response did and should not preclude the Plaintiff from filing this motion.

3.      The Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq*., was enacted "to pierce the veil of administrative secrecy and to open agency action to the light of public scrutiny." *Dep't of Air Force v. Rose*, 425 U.S. 352, 361 (1976).

4.      This litigation concerns Plaintiff Richard Cornelius Jackson's FOIA request to Defendants U.S. Citizenship and Immigration Services (USCIS), and its parent agency Department of Homeland Security (collectively "Defendants") for documents concerning his non-selection of 10 jobs he applied for with the Defendants.

5.      The requested evidence would help the Plaintiff determine if the Defendants had violated his rights pursuant to the Veterans' Preference Act of 1944 and the Veterans' Employment Opportunity Act (VEOA).

6.      Despite the clear public importance of the requested records and the precedent set forth in *Core v. USPS*[1], Defendant's violated the law when it took an astounding 16 months to respond to the Plaintiff's FOIA request. Despite this fact, the Defendant's also recognize that pursuant to *Core* the documents must be released. (*See* Exhibit G).

## FACTS AND RELEVANT PROCEDURAL HISTORY

7.      In his *pro se* complaint, the Plaintiff sought declaratory and injunctive relief due to the Defendant's failing to respond to his July 2022 FOIA request. After the Defendant's dithered and engaged in dilatory tactics when contacted by Office of Government Information Services (OGIS) who sought to mediate, Plaintiff filed this lawsuit in July 2023. Of note, the Defendant's had informed OGIS that the FOIA records would be released in April 2023.

---

[1] *Core v. USPS*, Case No. 730 F.2d 946 (4th Cir. 1984), an Appellate decision which held disclosure of successful federal applicants does not constitute a clearly unwarranted invasion of privacy, and that Exemption 6 does not bar its disclosure. ***See Core v. USPS*** at https://casetext.com/case/core-v-united-states-postal-service

PLAINTIFF'S MOTION                                                    Case No: 23-cv-04371
FOR *VAUGHN* INDEXING

8.      On October 19, 2023, Judge Daniel presided over the Initial Status Hearing. The Defendant's requested an extension to December to provide the responsive records per the Plaintiff's FOIA request. The Plaintiff objected to any extension because the Defendants had failed to respond to his FOIA request for 15 months (at the time).

9.      The Plaintiff also informed the Court that pursuant to *Core,* the redactions the Defendant's would be afforded would be next to nil and that he believed that the FOIA request had been constructively denied by the Defendant's.

10.     The Court would grant the Defendant's a 60-day extension, thereby ordering that a second Status Hearing be scheduled for December 19, 2023.

11.     On November 24, 2023, the Defendant's propounded its response to Plaintiff's July 22, 2022, FOIA request. (*See* Exhibits A-F). It should not be lost on this Court that after 16 months had passed and the Defendant's having requested a 60-day extension during the Status Hearing held on October 19, 2023, a substantially redacted set of documents was what was submitted to the Plaintiff.

12.     Having reviewed the Defendant's belated response to the Plaintiff's FOIA request, the evidence clearly demonstrates many of the heavily redacted records are unlawfully being withheld behind its administrative veil.

13.     Based on the Defendant's response to his FOIA request, the following enumerated issues below were identified but not limited to the following:

**Not submitted with FOIA Response**

PSC-2022-0035

DAL-2021-0013

IDP-2022-0002

**FDSNSPS-2021-0003**

Memorandum appears to indicate the application was for a GS-14 position. The Plaintiff applied for the GS-12 and 13 positions. There is no evidence submitted regarding if there were any selections for GS-12 and 13 positions.

**FDNS-2021-0006**

Memorandum appears to indicate the application was for a GS-14 position. The Plaintiff applied for a GS-13 position. There is no evidence submitted regarding if there were any selections for GS-13 position.

**HIA-2021-0003**

Final Selection Sheet only lists one applicant. The rest of the information is redacted and fails to provide the requested FOIA evidence of how many were selected, resumes of selected etc. Plaintiff is unable to determine if the other non-selectees were internal or outside the agency (possibly inferior candidates).

**OFM-2022-0002**

Selectees' names are redacted. Interview referral sheet does not indicate who was selected for interview, nor does it indicate resumes or their qualifications. Plaintiff is unable to determine if the other non-selectees were internal or outside the agency (possibly inferior candidates).

**S22-2021-0007**

Selectees' names are redacted and their resumes were not provided. There is also a Memo for a job announcement that is irrelevant to the FOIA request under GRR-2021-0007 and an "All Applicant Data Report" For the New Orleans Field Office – also irrelevant to the FOIA request.

There is one resume that has been redacted of one of the selectees. Of note, a former Supervisor in the Chicago Field Office who now has the same job title as the Plaintiff, reviewed resumes. Finally, the interview selection list is redacted – does not indicate all selected for interview.

## WAS-2022-0003

Some names of applicants are redacted on the interview score sheet. Resume score page heavily redacted. Memo does not list names of all selectees, nor are the resumes supplied as the FOIA requests.

14.     Before the parties may even discuss whether these withholdings were proper, the Defendant's have a legal obligation to (1) perform an adequate search for the requested records; (2) identify the withheld records; and (3) explain why they are exempt.

15.     For these reasons, the Plaintiff respectfully requests that the Defendant's be compelled to produce a detailed declaration and full *Vaughn* index[2] to allow Plaintiff to determine and/or identify any deficiencies in the searches performed and withholdings applied. The documents that the Defendant's provided in response to the FOIA do not provide reasonably detailed descriptions of the documents withheld in full or redacted in part or include the alleged facts necessary to establish whether the claimed exemption applies. *See ACLU of N. Cal. v. U.S. Dep't of Just.*, 880 F.3d 473, 489 (9th Cir. 2018).

16.     The Plaintiff at this point of the litigation simply does not know what searches were performed and what records are being withheld. Nor does he have enough information about the

---

[2] *See Vaughn v. Rosen*, 484 F.2d 820, 826-28 (D.C. Cir. 1973) (holding that an indexing system was necessary in FOIA cases to "assure that a party's right to information is not submerged beneath governmental obfuscation and mischaracterization, and [] permit the court system effectively and efficiently to evaluate the factual nature of disputed information").

PLAINTIFF'S MOTION                                                    Case No: 23-cv-04371
FOR *VAUGHN* INDEXING

withheld records to know whether a *Vaughn* index could be reasonably narrowed further without detrimentally affecting Plaintiff's right to access public records.

17.    The Defendant's claim that the heavily redacted substantive information that was sought pursuant to *Core* via the Plaintiff's FOIA request, is exempt from disclosure. The Defendant's cite 5 U.S.C. § 552 (b)(2), (b)(5) and (b)(6), throughout the FOIA response.

18.    The evidence that the Defendant's refused to release is even more concerning. As aforementioned, the records do not provide the names and resumes of _**all**_ of the Selectees for each of the job announcements listed on the Plaintiff's FOIA request.

19.    In sum, the Plaintiff has no way of knowing what search methodology was used to respond to his requests, the databases/locations/files searched, the total number of records retrieved, the type of withheld records at issue, or even on what basis the various Defendant's claim a (b)(5) privilege, for example.[3]

## ARGUMENT

20.    *Stare decisis* is the doctrine that courts will adhere to precedent in making their decisions, which means "to stand by things decided" in Latin. The response to the Plaintiff's FOIA indicates the Defendant's ignored case doctrine by failing to acknowledge that pursuant to *Core v. USPS,* which the Plaintiff cited in his FOIA request, he was entitled to review documents relied upon in which the Defendant's utilized during the selection process of successful federal job applicants.

---

[3] Because Defendant's have produced no detailed Vaughn indexes Plaintiff cannot and is not seeking summary judgment at this point. Plaintiff reserves the right to respond to any motion for summary judgment filed by Defendant's and to respond to specific factual allegations that Defendant's may interpose.

PLAINTIFF'S MOTION                                                              Case No: 23-cv-04371
FOR *VAUGHN* INDEXING

21.     In light of FOIA's purpose, the agency bears the burden to justify nondisclosure in FOIA

cases. *See* § 552(a)(4)(B); *U.S. Dep't of Just. v. Reporters Comm. for Freedom of the Press*, 489

U.S. 749, 755 (1989); *Wishart v. C.I.R.*, 199 F.3d 1334 (9th Cir. 1999).

22.     Where exemptions are claimed, the agency can only meet its burden by submitting

detailed affidavits or declarations that identify the records at issue and show why they fall under

the claimed exemptions. *See Summers v. U.S. Dep't of Just.*, 140 F.3d 1077, 1080 (D.C. Cir.

1998); *Vaughn*, 484 F.2d at 826-28 (holding that an indexing system was necessary in FOIA

cases to "assure that a party's right to information is not submerged beneath governmental

obfuscation and mischaracterization and permit the Court system effectively and efficiently to

evaluate the factual nature of disputed information.").

23.     While courts may rule on government affidavits to establish certain requirements have

been met, *see Lion Raisins, Inc. v. USDA*, 354 F.3d 1072, 1082 (9th Cir. 2004), it also has the

authority to examine the contents of disputed records *in camera* to determine whether agencies

should disclose them, § 552(a)(4)(B).

24.     As with all cases, summary judgment should be granted by the court when "the movant

shows that there is no genuine dispute as to any material fact and the movant is entitled to

judgment as a matter of law." Fed. R. Civ. P. 56(a); *Anderson v. Liberty Lobby, Inc.*, 477 U.S.

242, 248 (1986).[4]

25.     "When an agency seeks to protect material which, even on the agency's version of the

facts, falls outside the proffered exemption, summary judgment in favor of the FOIA plaintiff is

---

[4] The Plaintiff has not yet motioned for summary judgement. He reserves that right to motion for
summary judgement should the Defendant's continue to engage in chicanery and dilatory tactics.

PLAINTIFF'S MOTION                                                              Case No: 23-cv-04371
FOR *VAUGHN* INDEXING

appropriate." *Petroleum Info. Corp. v. U.S. Dep't of Interior*, 976 F.2d 1429, 1433 (9th Cir. 1992).

26.    The FOIA request sought relevant documentation from the Defendant's following job announcements:

- PSC-2022-0035 (Immigration Services Officer);

- CHI-2022-0008 (Immigration Services Officer);

- IDP-2022-0002 (Management and Program Analyst);

- WAS-2022-0003; (Immigration Services Officer);

- OFM-2022-0002; (Immigration Services Officer);

- DAL-2021-0013 (Immigration Services Officer);

- HIA-2021-0003 (Immigration Services Officer);

- S22-2021-0007 (Immigration Services Officer);

- FDSNSPS-2021-0003 (Immigration Officer FDNS); and,

- FDNS-2021-0006 (Immigration Officer FDNS).

27.    The Plaintiff requested resumes, anything detailing the qualifications, the number of selectees, how many applicants were interviewed and the education level of selected applicants. He also wanted to know if any of the selectees were veterans.

28.    The Defendants have applied blanketed obfuscation in responding to the Plaintiff's FOIA request. The law is settled as it relates to FOIA's seeking records of successful federal job applicants. The right to evidence sought from successful federal job applicants was decided decades ago in *Core*.

29.     The Plaintiff contends the way in which his FOIA request has been processed, suggests that the Defendant's believe it can operate *prater legem*. This honorable Court should remind the Defendant's that no one is above the law.

30.     Defendant's violated § 552(a)(8)(A) and § 552(b) by failing to disclose or segregate information that is not subject to an exemption or to meaningfully explain why partial disclosure of non-exempt information is not possible. FOIA requires that "any 'reasonably segregable portion of a record shall be provided to any person requesting such record after deletion of the portions which are exempt.'" *Hamdan*, 797 F.3d at 778-79 (quoting § 552(b)). "It is reversible error for the district court 'to simply approve the withholding of an entire document without entering a finding on segregability, or the lack thereof,' with respect to that document." *Wiener v. F.B.I.*, 943 F.2d 972, 988 (9th Cir. 1991).

31.     Of relevance, an agency's refusal to segregate non-exempt information and failure to provide sufficient information to support exemptions are unlawful. *See ACLU of N. Cal.*, 880 F.3d at 489 (remanding because "an agency cannot justify withholding an entire document simply by showing that it contains some exempt material.") (internal citations omitted).

32.     Since the Defendant's have refused to segregate any non-exempt information, they are in violation of their explicit duties under § 552(a)(8)(A) and § 552(b), the Court should order Defendant's to conduct a segregation and un-redact all information that is not exempt.

33.     There is no dispute that the Defendant's only produced responsive records to the Plaintiff 16 months after the FOIA request was filed, due to this lawsuit having been served and thrusting them into litigation.

PLAINTIFF'S MOTION
FOR *VAUGHN* INDEXING

Case No: 23-cv-04371

## CONCLUSION

34.     The Act defines the term "search" as "to review, manually or by automated means,
agency records for the purpose of locating those records which are responsive to a request." *See*
5 U.S.C. §552(a)(3)(D). To demonstrate that its search was adequate, "the agency must show
that it made a good faith effort to conduct a search for the requested records, using methods
which can be reasonably expected to produce the information requested." *See Oglesby v. U.S.
Dep't of Army,* 920 F.2d 57, 68 (D.C. Cir. 1990).

35.     In layman's terms, the search must have been a good faith effort and reasonable in light
of the request. *See Anderson v. DOJ*, 326 F. App'x 591, 592 (2d Cir. 2009) (finding search
reasonable and adequate where agency conducted two searches, and described in detail how it
did so, including operation of database used); *Miccosukee Tribe of Indians of Fla. v. United
States*, 516 F.3d 1235, 1257-58 (11th Cir. 2008) (emphasizing that agency is obligated to show
that its search was reasonably calculated to uncover all relevant documents, but rejecting
assertion that this requires agency to provide testimony from each person involved in search, and
declining to establish "what inference [as to search adequacy], if any, can be . . . drawn from the
late production . . . of FOIA documents).

36.     FOIA also establishes a "strong presumption in favor of [record] disclosure," *Chiquita
Brands Intern. Inc. v. S.E.C.,* 805 F.3d 289, 294 (D.C. Cir. 2015), so every requested document
or segregable portion of a document must be disclosed unless the agency can establish that it
falls within an enumerated exemption, 5 U.S.C. §552(a)(4)(B). Blanket, conclusory claims of
privilege are not sufficient. *See Citizens for Responsibility & Ethics in Wash. v. U.S. Dep't of
Justice*, 955 F.Supp.2d 4, 15 (D.D.C. 2013).

37. The agency's justifications must be sufficiently detailed to "afford the FOIA requester a meaningful opportunity to contest, and the district court an adequate foundation to review, the soundness of the withholding." *See Campaign For Responsible Transplantation v. U.S. Food & Drug Admin.*, 219 F.Supp.2d 106, 111 (D.D.C. 2002) (internal quotation marks omitted). Here, the Defendant's have ***failed*** to meet this standard.

38. FOIA rightly recognizes that in a records-request dispute, the agency holds all the cards. Faced with this "asymmetrical distribution of knowledge" and the agency's "nearly impregnable defensive position," the FOIA requester has no meaningful way to evaluate—much less contest— the searches performed and the document withholdings unless the agency systematically identifies and thoroughly explains the searches and justifies each withholding. *See Judicial Watch, Inc. v. Food & Drug Admin.*, 449 F.3d 141, 146 (D.C. Cir. 2006).

39. In this instance, Defendant's have withheld possibly thousands of records and categorically exempted records clearly covered by the Act as well as the precedent set forth in *Core*. Because of the magnitude of these withholdings, Defendant's bear a heavy burden of overcoming the presumption in favor of disclosure and proving that each withholding is exempt.

40. With this motion, Plaintiff simply asks that Defendant's produce what they are legally obligated to disclose. Plaintiff has no way to uncover the information in order to mount a proper challenge to Defendants' blanket assertions of propriety.

41. The Court should order Defendants to produce detailed declaration(s) and full *Vaughn* index(es) describing the search and the withholdings. *See Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). The *Vaughn* material must detail the search efforts and adequately describe each document withheld or redacted and explain why a particular FOIA exemption applies to ensure that Plaintiff can meaningfully evaluate the claimed exemptions and contest them as needed. *See*

PLAINTIFF'S MOTION
FOR *VAUGHN* INDEXING

Case No: 23-cv-04371

*DiBacco v. U.S. Army*, 795 F.3d 178, 186 n.2 (D.C. Cir. 2015) (as to documents withheld in their entirety); *Prison Legal News v. Samuels*, 787 F.3d 1142, 1148 (D.C. Cir. 2015) (as to released documents redacted in part).

42.     WHEREFORE, the Plaintiff respectfully requests this honorable Court order the Defendant's to produce a full Vaughn index so as to allow the Plaintiff to determine and/or identify any deficiencies in the searches performed and withholdings applied[5].


Dated: December 7, 2023

Respectfully Submitted,

Richard Cornelius Jackson

1023 25th Ave., Bellwood, IL 60104

Tel: (312) 285-6390

Email: rcjackson83@outlook.com

*Pro Se Plaintiff*

---

[5] Should the Defendant's fail to produce what is requested if this motion is granted, Plaintiff will submit motions to sanction and for summary judgement. He will ask as part of the motion for summary judgement, that this honorable Court determine the actions of the Defendant's were flagrant, arbitrary and capricious, asking that this Court make a specific finding of that fact and refer the matter to the Merit System Protection Board for investigation. *See* 5 U.S.C. § 552(a)(4)(F).

PLAINTIFF'S MOTION                                                          Case No: 23-cv-04371
FOR *VAUGHN* INDEXING

# EXHIBIT

# A

Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010



U.S. Citizenship
and Immigration
Services COW 202200340 |

COW2022003401



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

November 22, 2023

COW2022003401

Richard Jackson
1023 25th Avenue
Bellwood, IL 60104

### RE: *1:23-cv-04371 / Jackson*

Dear Richard Jackson,

This is in response to the above captioned Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office on July 12, 2022, seeking information relating to Job Announcement # **FDNS-2021-0006**.

We conducted a search utilizing terms and criteria that you provided in the request and searched USCIS Program Offices and files where we reasonably believed responsive records likely would be located. After compiling responsive records, we reviewed and processed the records pursuant to FOIA and its implementing regulation, 6 C.F.R. Part 5. We have identified **57** pages that are responsive to your request. We have determined to release **3** pages in their entirety, and we are releasing **54** pages in part except those portions that are appropriately exempt pursuant to 5 U.S.C. § 552 (b)(2), and (b)(6), of the FOIA.

Exemption (b)(2) as applied by USCIS protects predominantly internal rules, procedures and guidelines, the disclosure of which would present reasonably foreseeable harm to an interest of the United States, such as a significant risk of circumvention of statutes or agency regulations. The types of documents and/or information we have withheld under this exemption may consist of operating rules, guidelines and techniques for identifying law-violators, internal agency security techniques, law enforcement training procedures, or guidelines and manuals of procedures for examiners and adjudicating officers.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information that we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

**COW2022003401**

I note that this matter is in litigation.  If you have any questions about our response, please contact Jonathan Haile, United States Attorney at <u>Jonathan.Haile@usdoj.gov</u>.

Sincerely,

Jarrod Panter
Acting Chief FOIA Officer
Freedom of Information & Privacy Act Unit



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Fraud Detection and National Security Directorate*
Camp Springs, MD 20588-0009

**U.S. Citizenship and Immigration Services**

November 17, 2021

# Memorandum

TO:     Jessica McAllum
         Chief of Staff
         Fraud Detection and National Security Directorate

FROM:  Pamela E. Friedmann PAMELA E FRIEDMANN
         Chief, Systems Integration Division
         *Digitally signed by PAMELA E FRIEDMANN Date: 2021.11.17 11:24:09 -05'00'*

SUBJECT:  Selections for three Immigration Officers, GS-14 Positions in the Systems
              Integration Division, Screening and Analytics Section

**Background:**

The FDNS Mission Support Division (MSD) posted Vacancy Announcement FDNS-2021-0006 on behalf of the Fraud Division (FD) and the Systems Integration Division (SID) which closed on July 23, 2021. The intent of the announcement was to select qualified individuals for the SID Screening and Analytics Section (S&A). There are three Immigration Officer vacancies within the S&A Section: IPNs: 2007000818, 2008007843, and 2013004298.

Beginning on July 29, 2021, Kellie Weir, Section Chief, SID; Mark Temple, Branch Chief, FD; and Paul Gleason, Section Chief, FD began reviewing the applications of the individuals listed on Certificate(s): FDNS-2021-0006-BQ-12, FDNS-2021-0006-BQ-13, FDNS-2021-0006-BQ-14, FDNS-2021- 0006-NC-12, FDNS-2021-0006-NC-13, and FDNS-2021-0006-NC-14.

A total of seventy-nine applicants were named on the certificate lists. The writing tool was not available for these candidates, although the resumes were evaluated and points issued based upon delivery of information and whether the resumes were error free, three points being the highest and 0 points being the lowest. All applicants were evaluated based on the skill sets and experience reflected in their resumes as compared to the minimum qualifications outlined in the vacancy announcement. Following a review of the applications, the following six candidates were contacted for interview:



Casper, Jonathon
Menendez, Mary

(b)(6)

Ramsey, Kimberly

– FOR OFFICIAL USE ONLY –

www.uscis.gov

– **FOR OFFICIAL USE ONLY** –

Selection for IO-14 Positions in Systems Integration Division- Screening and Analytics Section
Page 2

The following candidate(s) declined interview:        (b)(6)

The interview panel consisted of Kellie Weir, Section Chief, SID; Chris Roach, Section Chief,
SID; and Mark Fox, Supervisory Immigration Officer, Field Office Directorate, National
Benefits Center, FDNS.

Based on the resume review and the interviews conducted, the following applicant(s) have been
identified for selection. Each of these candidates have top skills to offer for the S&A
Immigration Officer role. They have strong competencies in technology, training, oral
presentation, and writing. They each come highly recommended.

- Casper, Jonathon:

- Menendez, Mary:

- Ramsey, Kimberly:

– **FOR OFFICIAL USE ONLY** –

Selection for IO-14 Positions in Systems Integration Division- Screening and Analytics Section
Page 3

(b)(6)

Alternates Selection:

- 

(b)(6)

Attachments:
  Copy of Vacancy Announcement
  Copy of Certification Lists
  Interview Questions & Notes
  Resume Scoring Matrix
  Resume for Selected Candidate(s)
  Resume for Alternate Selection
  Reference Checks

Review (for all HQ non-supervisory positions):

| Title | Date | Initials |
|---|---|---|
| Workforce Mgmt. Chief | 11/18/2021 | |
| Mission Support Division Chief | | |

Concurrence (for HQ supervisory positions only):

Concur: _____
         (AD, DAD or CoS sign and date)

– **FOR OFFICIAL USE ONLY** –

(b)(2)     (b)(6)



| BQ/NC | Candidates' Names | | | | | | | Resume: Well written/ Error free 1-3 points | Total Score |
|---|---|---|---|---|---|---|---|---|---|
| BQ | WHITESIDE, Kirsten | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ & NC | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |
| BQ | | | | | | | | | |

**Scoring Methodology**
0 = No Experience     1 = Minimal Experience     2 = Moderately Experienced     3 = Experienced     4 = Very Experienced

Yellow highlighting means the candidate appears on another GS list. Red font means the candidate is on both the GS-12 and GS-13 lists. Blue font means the candidate is on both the GS-13 and G-14 lists.

(b)(2) (b)(6)



| BQ/NC | Candidates' Names | | | | | | | | | | Total Score |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ & NC | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| NC | CASPER, Jonathan | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| NC | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| NC | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |
| BQ | | | | | | | | | | | |

**Scoring Methodology**
0 = No Experience      1 = Minimal Experience    2 = Moderately Experienced  3 = Experienced      4 = Very Experienced

Yellow highlighting means the candidate appears on another GS list. Red font means the candidate is on both the GS-12 and GS-13 lists. Blue font means the candidate is on both the GS-13 and G-14 lists.

| BQ/NC | Candidates' Names | | | Total Score |
|---|---|---|---|---|
| BQ | | | | |
| BQ | | | | |
| NC | RAMSEY, Kimberly | | | |
| BQ | | | | |
| BQ | | | | |
| BQ | | | | |
| BQ | | | | |
| BQ | MENENDEZ, Mary | | | |
| BQ & NC | | | | |
| BQ | | | | |
| BQ | | | | |
| BQ | | | | |
| NC | | | | |
| BQ | | | | |
| NC | | | | |
| NC | CASPER, Jonathan | | | |
| NC | | | | |
| BQ | | | | |
| BQ | | | | |
| BQ | | | | |
| BQ | | | | |
| BQ | | | | |
| BQ | | | | |
| BQ | | | | |
| BQ | | | | |
| BQ | | | | |
| BQ | | | | |
| BQ | | | | |
| BQ | | | | |

**Scoring Methodology**

0 = No Experience     1 = Minimal Experience     2 = Moderately Experienced     3 = Experienced     4 = Very Experienced

Yellow highlighting means the candidate appears on another GS list. Red font means the candidate is on both the GS-12 and GS-13 lists. Blue font means the candidate is on both the GS-13 and G-14 lists.



Kirsten was offered and has accepted the offer to work for the Fraud Division per Marco Timoteo on 6/27/2021.
Joe was hired as a SA in the HOFDNS FO.

| Current Unit | Current Position | Interviewer | SGN exp | FDNS Background | Screening | Tech Skills | Instruction/ Presenter | Writing | Fraud CMT | NS SAM | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DNBS | Policy Analyst | | | | | | | | | | |
| FO | Adj Officer | | | | | | | | | | |
| Guangzhou Field Office | IO | | | | | | | | | | |
| TEMD | IO | Alexander, Max | | | | | | | | | |
| OPBS | Adj Officer | | | | | | | | | | |
| ICE Forensic Lab | IO | Casper, Jonathan | | | | | | | | | |
| IO | IO | Ramsey, Kimberly | | | | | | | | | |

(b)(2)(b)(6)

(b)(2) (b)(6)

| SCORING MATRIX | | | | | | | DATE:10/21/2021 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | | Paul Gleason #1 TOTAL RESUME VETTING SCORE | Mark Temple #2 TOTAL RESUME VETTING SCORE | Kellie Weir #3 TOTAL RESUME VETTING SCORE | AVG RESUME SCORE | Final Group Interview Rating | Supervisory Feedback | Total Overall Scores | Considerations | |
| Casper, Jonathon | | | | | | | | | | |
| Meriendez, Mary | | | | | | | | | | |
| | | | | | | | | | | |
| Ramsey, Kimberly | | | | | | | | | | |

(b)(2) (b)(6)

(b)(6)

# JONATHAN L. CASPER

**PROFESSIONAL SUMMARY:**
Highly successful federal employee recognized for
professionalism, leadership, and legal/case processing work.
Routinely applauded for efforts on attention to detail and
managing stressful situations. Recognized for specialized
skills in intelligence, fraud detection,
investigations/interviewing and legal case work.

Areas of Expertise

Special Operations                                          Law
Enforcement
Investigations                                           Field
Reconnaissance
Logistics                                       Legal Casework
Interviewing
            Intelligence

**EDUCATION:**
College Coursework,
Coursework,

**FLETC,** Multiple time graduate from FLETC training facilities.

**CERTIFICATIONS/ADDITIONAL TRAINING:**
Federal, Agent, Asylum Analyst, Asylum Officer, Immigration
Officer, Fraud Detection National Security Officer,

**WORK HISTORY:**                        (b)(6)
**Fraud Detection National Security Officer**      - Washington, DC
March 2018- Present
United States Citizenship and Immigration Services, Department of
Homeland Security
Salary: $134,000 USD Per Year          Hours per week: 40Series:
1801                  Pay Plan: GS Grade: 14
  • Represent USCIS as the liaison to the Homeland Security
    Forensic Lab in Mclean, Virginia.
  • Train a wide range of officers regarding current trends and
    methods to detect fraudulent documents used in applications
    submitted to the federal government.
  • Develop, collect and disseminate intelligence products based
    off of current trends and the needs of the agency.

- Process inquiries and submissions USCIS personnel send to the forensic lab and assist them in all aspects regarding research, forensic lab submissions and other administrative needs.
- Advise USCIS Senior Management and assist in developing national policies and programs relating to document examination.
- Independently develop new programs and initiatives designed to significantly increase USCIS's ability to detect and deter fraud regarding documents.
- Conduct thorough statistical analysis regarding documents used in support of USCIS applications and develop programs to address the needs of the agency based on current trends.
- Developed a Standard Operating Procedure for USCIS policy regarding submissions to the Forensic Lab.
- Established an information sharing network between multiple divisions within USCIS using statistics and analysis regarding different types of foreign and domestic documents used in support of applications.

## Fraud Detection National Security Officer                    March 2016- March 2018

United States Citizenship and Immigration Services, Department of Homeland Security Arlington, Virginia
Salary: 98,000 USD Per Year          Hours per week: 40Series: 1801          Pay Plan: GS Grade: 13

- Former Acting Supervisory Immigration Officer for FDNS.
- Investigate claims for Asylum in the United States involving national security risks or concerns.
- Vet, both internally and externally with multiple agencies, applications for persons that are identified as being a national security risk or concern.
- Research fraud and national security trends to develop intelligence reports and determine current trends and patterns.
- Brief and train officers on intelligence data that has been collected and analyzed.
- Liaison and coordinate with law enforcement officials relating to ongoing investigations involving persons who have applied for Asylum.
- Investigate suspected fraudulent claims for asylum. Initiate programs to facilitate fraud detection capabilities. Recommend ways in which USCIS can better detect fraud.

- Conduct and coordinate large scale and complex criminal and administrative investigations of attorneys, representatives and personal advisers who are suspected of or committed fraud against the federal government.
- Lead case officer on a large scale criminal investigation regarding asylum fraud.
- Make determinations on whether fraud has been committed against the Federal Government.
- Recommend legal courses of action against attorneys, representatives and personal advisers who are suspected of or committed fraud against the Federal Government.
- Train asylum officers regarding current events relating to fraud and national security in the contexts of refugee and asylum applications. Train asylum officers on different types of identity documents used by applicants and ways in which to verify their authenticity.
- Interview a wide range of persons from various backgrounds and cultures

in sometimes harsh or potentially dangerous conditions.
- Conduct system and security checks, using a wide range of data base systems and analytical tools, for individuals that are suspected of or have been identified as a national security concern and have applied for asylum. Expert at database research; using multiple different types of systems.
- Complete statistical data and create reports regarding findings from administrative investigations relating to fraudulent asylum applications.
- Coordinate inter-agency information/intelligence briefings and training's to ensure current and updated intelligence is properly available for adjudications and security concerns.

## Asylum Officer

February 2015- March 2016 United States Citizenship and Immigration Services, Department of Homeland Security Arlington, Virginia
Salary: 68,800.00 USD Per Year          Hours per week: 40Series: 0901                          Pay Plan: GS Grade: 12
- Interview applicants for asylum in the United States and adjudicate their claims.
- Conduct inquiries, using multiple data bases and investigative techniques, to prevent any form of fraud and or terrorist activities from occurring against the United States.
- Adjudicate Federal asylum cases.
- Research country conditions and intelligence reports and subsequently apply relevant information to the adjudicative process.
- Determine admissibility of immigrants and whether or not they are entitled to or qualify for benefits.
- Identify trends and patterns that are indicative to fraud or national security matters and appropriately vet and document those cases.
- Review evidence by those applying for immigration benefits and conducting liaison with law enforcement/intelligence agencies.
- Research and analyze applicable laws in order to assure the correct adjudication is being made by USCIS.
- Coordinator of a joint training exercise involving multiple agencies aimed at increasing interviewing efficiency.
- Routinely given cases of high national security and fraud concern.
- Recognized for proficiency in interviewing. Routinely observed by newer officers and members from outside agencies.

## Asylum Analyst

October 2014- February 2015 United States Citizenship and Immigration Services, Department of Homeland Security Arlington, Virginia
Salary: 68,000.00 USD Per Year          Hours per week: 40Series: 0901                          Pay Plan: GS Grade: 9
- Conduct thorough and in depth criminal background investigations on refugee and asylum applicants using multiple databases.
- Serve final dispositions to applicants in person.
- Work directly with Asylum Officers to verify and confirm information of the asylum applicant is accurate.
- Research country conditions and intelligence reports.
- Conduct inquiries, using multiple data bases and investigative techniques, to prevent any form of fraud and or terrorist activities from occurring against the United States.
- Preparing finished case files to be presented in Federal Immigration Courts.
- Interviewing and educating applicants about the process of applying for asylum in the United States.
- Issue appropriate benefit information to applicants when legally

required.                           (b)(6)

**Border Patrol Agent**                          July 2010-
October 2014
Customs and Border Protection, Department of Homeland Security,
Champlain, NY
Salary:                                                          :
                            Pay Plan:
- Patrol the International Borders of the United States and detect, deter
  and apprehend unauthorized entry.
- Research country conditions and intelligence reports and apply necessary
  information to casework.
- Determine admissibility of immigrants and whether or not they are
  entitled to or qualify for benefits.
- Process casework and criminal prosecutions in compliance with all
  Federal regulations.
- Interview non-compliant and potentially dangerous suspects to gain
  testimony
- Complete case work and all legal procedures involving the collection of
  items forfeited to the Federal Government, as part of assignment to the
  Asset Forfeiture Unit at Swanton Sector's Intelligence Unit
- Analyze social media activity of individuals for intelligence purposes.
- Manage and complete intelligence support packets on subjects either in
  the process of forfeiture or subjects of interest to Homeland Security
- Made final determinations and agency dispositions regarding criminal
  cases and legal proceedings . All recommendations must be supported by
  statutes or case laws and must be cited in the document.
- Serve as expert consultant on multiple cases of high concern/
  coordinated efforts of multiple agencies.

**REFERENCES:**

(b)(6)

(b)(6)

Kimberly Jo Ramsey

**Work Experience:**

**US Citizenship & Immigration Services, Fraud Detection National Security Directorate**
5900 Capital Gateway Drive, Camp Springs, MD
**11/2016 - Present**
**Salary:** 118,000.00 USD Per Year
**Hours per week:** 40
**Series:** 1801  **Pay Plan:** GS **Grade:** 14
**Position:** Immigration Officer

**Duties, Accomplishments and Related Skills:**
Assigned to the Fraud Detection and National Security Directorate
(FDNS), Intelligence Reporting and Strategic Analysis Section. Duties
include providing fraud and national security reports to US
Citizenship and Immigration Services (USCIS) leadership, immigration
officers, and the intelligence community. Providing analytical support
to leadership, immigration officers, and decision makers to ensure
that individuals applying for immigration benefits do not pose a
national security, or public safety, threat to the United States.
•Detect, research, analyze and produce intelligence products reporting
possible immigration fraud to those responsible for approving
immigration benefits.
•Receive information on possible national security concerns gathered
through the immigration process and determine if these concerns
warrant any impact on an applicant's eligibility for immigration
benefits. •Determine if an applicant poses a national security, or
public safety, threat or concern by reviewing immigration laws.
•Develop strategic and operation analysis on various types of
immigration fraud by determining trends, analysis and identification
of concerns. Develop Case Analysis & Threat Summary (CATS) reports for
field-based immigration benefits. Produce Intelligence Information
Reports (IIR's) report on fraud and various other immigration issues.
•Use a multitude of databases (unclassified and classified) in
addition to USCIS and law enforcement systems to perform vetting
analysis, fraud analysis, background research, and track issues
concerning the immigration process.
**Supervisor:**

(b)(6)

(b)(6)

(b)(6)

**Supervisor:**

**Homeland Security Investigations, Office of Intelligence (HSI)**
1800 G Street NW, Suite 2210, Washington DC
**05/2008 - 11/2016**
**Salary:** 118,000.00  USD Per Year
**Hours per week:** 40
**Series:** 0132 **Pay Plan:** GS **Grade:** 14
**Position:** Intelligence Research Specialist

**Duties, Accomplishments and Related Skills:**
•Provided intelligence collection, target research, target nomination, and intelligence support for open investigations of Extraterritorial Criminal Travel (ECT) targets and human trafficking targets. Provided analytical support, flow charts, and analyst comments assisting case agents with pursuing, disrupting, and dismantling foreign-based criminal travel networks.
•Developed and provided complex written assessments based on intelligence trends, patterns, or probable threats that could affect the United States and its interests.
•Performed duties as a liaison working with various management personnel at the Department of Justice, Department of State, the IC, and law enforcement agencies at the local, state and federal levels.
•Research, gather, de-conflict and provide timely, comprehensive analytical products, assessments, and intelligence notes depicting patterns, trends, routes, and methods of criminal activities for ECT targets. Provides analytical support ICE HSI agents, ECT Program Managers, and ICE Attaches in connection with human smuggling and human trafficking activities.
• Research, produce, and submit complex strategic analysis, Homeland Security Intelligence Reports, target profile reports, and intelligence notes for submission into Intelligence Reporting Systems. All products are also distributed to HSI case agents, supporting agencies, and other intelligence analysts.
•Utilized enhanced research and analysis techniques; developed collection processes for human smuggling activities while providing timely analysis, and assessment, of emerging circumstances and

(b)(6)

threats.
• Researched, analyzed, and provided HSI agents with information
identifying possible immigration fraud while also providing supporting
documentation to assist in prosecutions.
•
and was assigned as an Intelligence Instructor at the ICE Basic
Intelligence Course.
**Supervisor:**

(b)(6)

(b)(6)

**Supervisor:**

**HSI Special Agent in Charge - San Diego**
185 West F. Street, Suite 600, San Diego, CA
**05/2007 - 05/2008**
**Salary:** 50,000.00 USD Per Year
**Hours per week:** 40
**Series:** 0301 **Pay Plan:** GS **Grade:** 09
**Position:** Staff Assistant

**Duties, Accomplishments and Related Skills:**
• As a Staff Assistant to the ICE Special Agent in Charge (SAC), San
Diego, responsibilities included maintaining the SACs calendar and
schedule, coordinating events, arranging executive meetings,
coordinate the SACs travel arrangements, preparing correspondence,
answering inquiries, answering all incoming telephone calls, and
directing calls to the appropriate party promptly and efficiently.
• Disseminated information throughout the agency, processed documents,
communicated with top level managers, and generated reports based on
meeting content.
• Worked independently, interacted with staff and agents, remained
flexible and proactive while determining tasks that needed to be
completed.
• Maintained a strong knowledge of Microsoft office, communicated and
processed incoming and outgoing electronic communication on behalf of
the SAC, the executive staff, and HSI Group Supervisors.
**Supervisor:**

(b)(6)

(b)(6)

**Education:**

**Degree:** Master's Degree,

**Degree:** Bachelor's Degree,

**Degree:** Associate's Degree,

**Job Related Training:**

(b)(6)

(b)(6)

**References:**

| Name | Employer | Title | Phone | Email |
|------|----------|-------|-------|-------|
|      |          |       |       |       |

(b)(6)

Maria (Mary) T. Menendez

(b)(6)

## Objective:

To ensure the integrity of processes either developed according to Executive Orders, new law, or verify existing policies and procedures in place are legally sufficient and streamlined to meet today's workforce abilities as well as future possibilities. To ensure an open line of communication between DHS internal and external stakeholders.

I am currently an Immigration Officer (IO) at US Citizenship and Immigration Services (USCIS) Fraud Detection and National Security Headquarters (FDNS HQ), Washington, D.C. I was selected as an Acting Section Chief within FDNS HQ in September 2019. In this capacity I: Established a new section, integrated the staff, and completed FY19 closeout and oversight of all reports and trainings for HQ FDNS. I also completed a 90-day Detail with the FDNS Systems Integration Division (SID) as I have a long history working with systems. As an IO currently within TD, my portfolio includes: Oversight of all FDNS DS training within the DC Capital Region; Training Immigration Officers (IO) at the Federal Law Enforcement Training Center (FLETC) Charleston; Drafting training proposals, including dollar amounts, for senior leadership. Although not a Management Program Analyst (MPA), I am provide oversight for all statistics regarding mandatory trainings where I serve as an administrator. Finally, I am the Program Manager of the Professional Development Program (PDP) for all FDNS HQ.

I began at FDNS HQ, as a member of the National Security and Public Safety Division (NSPSD) within the Screening Coordination Office (SCO). My known communication skills were immediately tapped upon entry into this position. In SCO, was initially tasked as the portfolio manager for the Continuous Immigration Vetting (CIV) program, as directed in Executive Order (EO) 13780. I was then given added responsibility as co-chair of the NaBISCOP Advisory Panel, and even after transitioning to my current position, I am still serving on the Background Check Working Group (BCWG). I also assisted with Senior Leadership Review Board (SLRB) inquiries and assisted on an ad hoc basis with FBI name check inquiries.

As a long term FDNS Immigration Officer, I ensure the highest level of integrity in identifying, reviewing, writing, and investigating potentially fraudulent situations as deemed appropriate, as well as completing duties related to policy and cooperation between stakeholders for various programs and projects. I continue to serve on various working groups, in particular those representing FDNS with external partners, and as designated necessary by my superiors. I have been repeatedly requested to present and explain immigration related systems to Homeland Security Investigations (HSI) Intelligence Analysts at various Virginia campuses.

Because of the versatility in my past workload and present duties, I have become well rounded on all fraud types related to immigration benefits as well as grown in competency in dealings intra-agency, external agency, and within FDNS HQ. I have found the level of expertise related to fieldwork and

immigration overall in HQ differs team per team, component to component, and I know that my background enhances HQ on many levels.

I was previously affiliated with the National Benefits Center (NBC). As an Immigration Officer in FDNS I identified fraud, trends, and patterns, through complex analyses and investigation. I also served as a Supervisory Immigration Services Officer, after having been a member of the Background Check Unit. My experience also includes working in the Customer Service Division for USICS at the NBC, as well as in the USCIS call center, as the Supervisor for the Spanish language agents answering calls from interested parties.

As an FDNS Immigration Officer in the field, I developed and shared best practices with new team members as well as identified areas where overall training lacked clarity and processes were not clearly outlined, and worked diligently to better prepare the IO staff in their daily duties. I have found this experience invaluable at HQ based upon the differing levels of expertise related to immigration processes, laws, and benefit knowledge found throughout FDNS HQ components.

The growth I have experienced at FDNS HQ increases my skills and those of the people around me. I serve with integrity to carry out policies and procedures governing the execution of immigration programs and strive to instill this ethic on others. I am sworn to protect the United States by completing diligent and thorough investigations, applying the law and internal policies and procedures correctly, to best serve USCIS. Finally, I have and will continue to perform high-level support and communication with our counterparts in other agencies as well as within DHS.

**Work Experience:**

August 2018 to Present
**Title: Immigration Officer — FDNS HQ — Training Division — GS: 14**
Performance Appraisal Level: Exceeded Expectations
Current Section Chief:
Current Division Chief:                                                    (b)(6)
Detail Section Chief:
Fraud Detection and National Security
Duties:

- Detailed to Systems Integration Division (SID) April 10, 2020 — July 10, 2020: Specifically working on the ATLAS project as directed in Executive Order 13780. Responsible for in depth data analysis; initial write up, editing, and/or completions of written documents, and SOPs; communication, intra agency and interagency, for successful accomplishment of the ATLAS mission: training systems to new IO staff.
- Acting Section Chief September 2019 - November 2019: Established, Training Program Management, a new Section within the Training and Knowledge Management Division (TKMD) responsible for oversight of all statistical and analytic work related to TD, including but not limited to: FY19 closeout of all FDNS training activities; FY19 closeout of all PDP courses; Front Office After Action Reports; integration of new or reorganized TD staff; and coordination with other Divisions.
- Portfolio manager FDNS Data System Training Program (FDSTP): Completed FY19-21 requirements for class, actual training component or class facilitation, and now moving the program to a virtual platform.

- FDNS HQ representative to the USCIS Academy to ensure USCIS' Basic training, now found in a virtual platform, achieve positive results for FDNS HQ staff as this new virtual training world was launched within the post-covid environment.
- Project Manager for the Professional Development Program (PDP) for FDNS: Coordination with PDP staff, FDNS employees, and funded resources to ensure oversight related to funding for training. Research opportunities available for funding. Discretionary funding based upon extenuating circumstances.
- Portfolio manager for FDNS Mandatory Training Statistics for all HQ personnel, including FDNS supervisory staff at all levels. Ensure oversight of timely notification of completion status or lack thereof through proper channels for compliance with DHS and USCIS mandatory policies.
- Facilitation of all logistics involved with FY19 FDNS Field Intelligence Training Program (FFITP)
- Trainer of new FDNS Immigration Officers at Federal Law Enforcement Training Centers (FLETC) Fraud Officer Training Basic Program (FOBTP) at the USCIS Academy in Charleston, SC.
- Trainer, representing the Agency by request, to present and explain immigration related systems to Homeland Security Investigations (HSI) Intelligence Analysts at various Virginia campuses.
- Creator of all interagency requirements memos with FLETC Glynco and Charleston. requirements memos including modification requests through the fiscal year as well as funding requests, with dollar amounts, for FFITP FY19 and preliminary work-up for FY20 through FDNS HQ Mission Support Division.
- By request, presented FDNS DS high-level overview to FDNS Directorate level staff.
- Prior portfolio manager for FFITP: Drafting FY18 requirements paper, draft of FY19 requirements for class, including funding details, structuring the revamp of prior intelligence training, facilitation of all logistics involved with FFITP, including interaction with Glynco Academy POCs.
- Initial FDNS HQ POC for "Next Learning Management System (LMS)" USCIS Working Group representing FDNS to determine which processes, interactive systems, and requirements are needed for the new system we will evaluate to replace the current learning management system.
- Represent on the Background Check Working Group (BCWG), NaBISCOP Advisory Panel (NAP), FDNS D/S Working Group, TECS working Group, Intel Division Working Group, Screening Governance Board: Provide presentations to stakeholders on topics as deemed appropriate, provide input or objections as warranted. Represent FDNS in other working groups as assigned.

May 2018 to August 2018
Title: **Immigration Officer — FDNS HQ - Screening Coordination Office GS: 13**
Performance Appraisal Level: Exceeded Expectations
Section Chief:
Division Chief: ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚          (b)(6)
Fraud Detection and National Security
Duties:

- Portfolio manager for the Continuous Immigration Vetting (CIV) program as directed in Executive Order (EO) 13780: Drafting documents and

options papers, creation and review of white papers, and coordination with interagency stakeholders.
- Co-chair of the NaBISCOP Advisory Panel (NAP): Oversight of NaBISCOP, agenda and meeting coordination with NAP and invited stakeholders.
- Serve on the Background Check Working Group (BCWG) panel: Provide presentations to stakeholders on topics as deemed appropriate, provide input or objections as warranted.
- Coordination with other FDNS components and stakeholders including but not limited to: Office of Policy and Strategy, Refugee and Asylum Office, Customs and Border Protection, immigration and Customs Enforcement, Office of Chief Counsel.
- Complete other duties as assigned: Drafting of documents and associated research for applicable laws and precedent documentation to achieve the mission of FDNS.

March 2015 to May 2018
Title: **Immigration Officer — FDNS — NBC Overland Park GS: 13**
Performance Appraisal Level May 2018: Achieved Excellence
Performance Appraisal Level Annually: Achieved Excellence
Supervisor:
Section Chief:                                                    (b)(6)
Former Section
Fraud Detection and National Security
Duties:

- Expert knowledge in relation to ATLAS (not an acronym) systems platform.
- Field Office Division (FOD) Subject Matter Expert (SME) for virtual ELIS N-400 (naturalization — the granting of US citizenship) related FDNS issues.
- Trainer for FDNS-DS for all new FDNS personnel at the NBC Overland Park location.
- Trainer of ELIS processes and procedures for best practices for new FDNS ELIS users.
- Expert knowledge and experience with the System Generated Notice work process and gatekeeper duties.
- One of only two IO's at the NBC with AFI access; as well as one of a handful of IO's at the NBC with access to ATS-P, SENTINEL, B12R, etc., the majority based on a higher clearance access granted.
- Expert knowledge in completing fraud research and final products to include but not limited to monetary, identity, employment, adoption, and large scale schemes.
- USCIS Liaison to the Law Enforcement Coordination Committee - District of Western Missouri 2017.
- Liaison between FDNS and USCIS International Adoptions for large-scale adoption fraud caseload as well as individual adoption fraud related issues.
- Represent FDNS as requested including but not limited to technical demonstrations at a moment's notice or as scheduled for: OIG investigative personnel, US Digital Service, various Consultants and USCIS management from HQ/DC, etc.
- Served as a FDNS representative with meetings involving DOS Hanoi representatives, USCIS HQ representatives, RAIO/Child Services HQ representatives re: Vietnamese child adoption fraud.

- Social Media pilot participant testing different social media platforms for efficiency and capabilities.
- Served as POC for various work groups within the Service representing NBC FDNS interests including 'sandbox' sessions, EUT testing and recap sessions, etc.
- Requested repeatedly to serve as a beta tester for new product testing (ELIS, TECS Mod, etc.) based on a well-rounded knowledge of the adjudications process from Adjudications Officer, Adjudications Supervisor, and FDNS Officer perspectives.
- Proactively and efficiently, provided support to external customers (CBP, BFU, HSI, etc.) by providing them with clear written guidance related to their emails, phone calls, queries, etc.

April 04, 2013 to March 15, 2015
Title: **Supervisory Immigration Services Officer GS: 13**
Performance Appraisal Level Annually: Achieved Excellence
Former Associate Center Director/Supervisor:
Division 7: I-90
Duties:

- Liaison to both the Fraud and National Security Divisions for all Division related scenarios within the National Benefits Center.
- Coordinator of all training related to I-90's — renewal of legal permanent resident documents.
- Continuously developed new supervisors and staff to increase their skills, encourage their growth, and assist them in becoming tomorrow's leaders.
- Provided Division-wide administrative training and support related to prevention of illegal entry of aliens.
- Only Supervisor within the Division authorized to maintain a Secret clearance.
- Responsible for timely, correct, administration of immigration benefits and services of a cadre of immigration adjudication officers.
- Responsible for monthly/quarterly/semiannual/annual performance reviews.
- Provided the Front Office tracking statistics on a weekly basis.
- Assisted with specialized high-level difficult and diverse casework, functions, or issues.
- All other duties as assigned.

October 01, 2012 to April 04, 2013
Title: **Supervisory Immigration Services Officer GS: 13**
Performance Appraisal Level Annually: Outstanding
Former Associate Center Director/Direct Supervisor:

Background Check Unit
Duties:

- Daily supervision of assigned workload and team members based upon mission needs.
- Monthly/quarterly/semiannual/annual performance reviews.
- Continuous development of staff to increase their skills, encourage their growth, and assist them in becoming tomorrow's leaders,
- Attend or chair work group/team meetings as deemed appropriate.

(b)(6)

- Maintain a fair and equitable work environment per EEO guidelines and specifications.
- All other duties as assigned.

March 15, 2008 to October 01, 2012
Title: **Adjudications Officer: ISO I and subsequently ISO II**
Performance appraisal level September 2011: Excellent
Performance appraisal level September 2010: Outstanding
Former Supervisor: [                    ] (b)(6)
Background Check Unit (BCU)
Duties:

- Subject Matter Expert (SME) for immigration deportation and removal related issues for the National Benefits Center.
- Provided immigration charges training on an ongoing basis, tailored to fit the needs of requesting departments.
- Author of template-standardized letters used by the NBC for Executive Office of Immigration Review (EOIR) related cases and subsequently used by the Agency.
- POC for BCU during an interim period without supervisor with duties as follows: Completed team monthly Quality Reviews (QAR); Reviewed all denials; reviewed and signed work completed. Reviewed all FDU/FDNS/EPS referrals; Conducted team meetings.
- Served as a point of contact for Interpol — FDNS.
- Responsible for all facets of adjudicative duties, including but not limited to approvals, denials, fraud referrals, and IBIS (now TECS) resolutions for the entire scope of work in relation to TECS.
- BCU Trainer for EOIR processes and related systems from 2008 to 2012.
- BCU Trainer for ISO Basic Training groups arriving from Dallas 2007 to end of NBC training.
- Extensive interaction with FDU, FCO, and ICE personnel in relation to current investigations.

May 26, 2006 to March 15, 2008
Title: **Immigration Information Officer and subsequently Lead IIO**
Performance appraisal level September 2007: Outstanding
Former Supervisor: [                    ] (b)(6)
Customer Relations
Duties:

- Included but not limited to direct contact with the Public and District Offices in written format, via email, fax, and telephone to completion of problem resolution.
- Daily review of applications and Alien files for problem solving to completeness.
- Expedite processing where documentation proves the applicant eligible for the benefit.
- Referred many cases on potentially fraudulent issues.
- Completed motions to reopen on cases that bear merit of such action.

March 15, 2002 — May 23, 2006
Title: **Supervisor National Customer Service Center - Citizenship and Immigration Services**

— Program Manager —

Of particular interest:

HSDN: Knowledge and manipulation savvy in various systems
Multilingual written and oral: English, Spanish, French, Portuguese
Professional Certificate

Certificate

References:

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.

**Series: 1801**                                    (b)(6)

**Grade: 12**

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified – Competitive Merit Promotion\*\*

(b)(6)

Email:

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

(b)(6)

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

(b)(6)

Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

WHITESIDE, KIRSTEN

Telephone 1:
Telephone 2:

Email:

EOD:
11/21/202

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

1                              Status: SL            (b)(6)

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.

**Series: 1801**

**Grade: 13**

(b)(6)

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified – Competitive Merit Promotion\*\*

(b)(6)

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified – Competitive Merit Promotion**

(b)(6)

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.

**Series: 1801**

**Grade: 14**                                    (b)(6)

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified – Competitive Merit Promotion**

(b)(6)

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

MENENDEZ, MARY

Telephone 1: Day Phone –

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified – Competitive Merit Promotion\*\*

(b)(6)

EOD:
01/16/202
2

Status: SL

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified – Competitive Merit Promotion\*\*

(b)(6)

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

(b)(6)

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*


As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.


**Series: 1801**

**Grade: 12**

(b)(6)

Status: NS
Additional Info: You have not been selected.


The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*


As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.


**Series: 1801**                     (b)(6)

**Grade: 13**

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*

(b)(6)

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*


As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.


**Series: 1801**                    (b)(6)

**Grade: 14**


CASPER, JONATHAN


Telephone 1
Telephone 2

Email:

EOD:
01/16/202
2                               Status: SL



Status: NS
Additional Info: You have not been selected.



Status: NS
Additional Info: You have not been selected.



The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*

(b)(6)

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

(b)(6)

Status: NS
Additional Info: You have not been selected.

RAMSEY, KIMBERLY

Telephone 1:
Telephone 2:

Email:

EOD:
01/16/202
2

Status: SL

Status: NS
Additional Info: You have not been selected.

Status: NS
Additional Info: You have not been selected.

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

**Kirsten Whiteside**

(b)(6)

**Work Experience:**
**DHS/U.S. Citizenship & Immigration Services (USCIS)**
Office of Fraud Detection and National Security (FDNS)
3701 Koppers Street
Baltimore, MD  21227 United States

**08/2008 - Present**
**Salary:** 131,341.00 USD Per Year
**Hours per week:** 40
**Series:** 1801 **Pay Plan:** GS **Grade:** 13
**Immigration Officer** (This is a federal job)
**Duties, Accomplishments and Related Skills:**

- Identify fraud, public safety, or national security concerns through application of expert knowledge of immigration and citizenship laws, regulations, and policies.  Research concerns through administrative investigation to include review of related files and evidence; query of relevant governmental, commercial, or public records; interviews of witnesses and subjects; site visits; and collaboration with external and internal governmental entities to determine admissibility of individuals seeking admission to the United States.

- Prepare analytical reports on immigration related issues and benefit applications to document the administrative investigation and its findings, and concisely articulate eligibility issues and nexus to applicable laws, regulations, and policies, for use in USCIS adjudicative decisions or referral to law enforcement agencies for criminal investigation. Requires strong reasoning and decision-making skills to make sufficient and supported findings.

- Refer cases involving immigration, identity, citizenship, and visa fraud.  Liaise with law enforcement agencies during criminal investigation and prosecution.  Identified cases of identity and marriage fraud involving U.S. Postal employee (2010) and of State of Maryland employee (2010).  Identified large-scale marriage fraud ring (2017).

- Requires proficiency in use of governmental and commercial databases and tools, to include:  FDNS-DS; TECS; PCQS; SMART; CIS/Teleview; EDMS; ELIS; RAILS; VIBE PLUS; CCDI; UPAX; AFI; Accurint LE; CLEAR; and Microsoft Office products.

- Utilize strong communication (oral and written), interpersonal, teamwork, and writing skills to develop excellent working relationships with team members, other USCIS stakeholders, and law enforcement and intelligence community partners to successfully resolve assigned work and develop cases for potential criminal investigation.

- Served as a liaison and collaborated with a variety of internal and external Department of Homeland Security entities as the local FDNS Taskforce Member (TFM) of the Immigration and Customs Enforcement, Homeland Security Investigations (ICE HSI) Identity & Benefit Fraud Task Force (IBFTF) from 2017 to 2021 (full-time). Provided support of criminal investigations and prosecutions in the form of subject matter expertise in USCIS and immigration/citizenship benefits matters; developing investigative strategies; conducting field interviews; assisting during execution of search and arrest warrants; liaising with U.S. Attorney's Office and other agencies; providing testimony during trial; and preparing analytical data, reports, and responses to inquiries regarding existing anti-fraud programs or policies to investigative partners.

- Coordinated, planned, and organized briefings and information-sharing meetings related to multiple criminal investigations and fraud schemes to develop investigative strategies and to inform adjudicative corps of fraud trends and schemes within local jurisdiction.

- Developed and recommended a local procedure to implement the application of Section 274C of the Immigration and Nationality Act (INA) to seek fines against individuals who attempted to obtain immigration benefits through fraud. Worked with ICE HSI and ICE Office of Principal Legal Advisor (OPLA) to identify and refer cases meeting threshold requirements for civil fines, to expand and strengthen anti-fraud efforts. Required the ability to analyze issues related to the establishment of the project.

- Identified and analyzed fraud trends and prepared Local Information Reports and BOLOs on those trends for local and regional use and dissemination.

- Prepared concept paper designed to enhance cross-training and programmatic understanding between FDNS Immigration Officers (IOs) and USCIS Immigration Service Officers (ISOs). Project provided ISOs with experience researching and investigating cases of suspected fraud, and in conducting site visits and interviews with partnered IO.

- Instructed at FDNS Officer Journeyman Training classes at Federal Law Enforcement Training Center (FLETC), Charleston, SC in March 2016, September 2016, July 2017, and April 2018. Instructed at FDNS Officer Basic Training in February 2020 (FLETC) and June 2021 (virtual). Provided instruction to entry-level and journeyman-level FDNS Immigration Officers and Intelligence Research Analysts on directorate policy and procedures, in an overall context of developing administrative investigations into referrals to law enforcement agencies for criminal investigation and prosecution.

- Instructed at ICE HSI Identity and Benefit Fraud Training Program (IBFTP) at FLETC, Glynco, GA (2015).

- Represented agency through presentations at Department of Labor sponsored Labor Trafficking Conference (2017), U.S. Attorney's Office (Maryland) Identify Theft Working Group quarterly and annual meetings and awards program (2016), Small Business Innovation Research (SBIR) Fraud Working Group (2015), and Department of State sponsored H and L Visa Fraud Conference (2014). All presentations highlighted the responsibilities and capabilities of FDNS, and the benefits of collaboration between FDNS and law enforcement agencies and required advanced organizational awareness.

- Performed Professional Development Rotation with FDNS Headquarters, Training Division, January - April 2018. Served as the temporary Program Manager for FDNS Journeyman Training program, and the onsite class facilitator at FLETC in Charleston, SC. Managed journeyman classes in January and March 2018. Independently researched project management and training best practices through Skilsoft resources.

- Participated in pilot FDNS Officer Protection Training Program class in February 2019 to provide feedback on development of class for future attendees.

- Accomplishments: (b)(6)

**Supervisor:**
**Okay to contact this Supervisor:** Yes

**DHS/U.S. Citizenship & Immigration Services**
Office of Security and Integrity
111 Massachusetts Avenue NW
Washington DC, DC 20001 United States

**02/2008 - 08/2008**
**Hours per week:** 40
**Series:** 1801 **Pay Plan:** GS **Grade:** 12
**Investigative Specialist** (This is a federal job)
**Duties, Accomplishments and Related Skills:**

- Timely conduct and participate in investigations involving alleged government and contract employee misconduct involving fraud, bribery, larceny, embezzlement, collusion, conflict of interest, white-collar and contract fraud, false statements, false certifications and identification, mischarging, kickbacks and Federal criminal violations as they relate to the operations, mission and goals of DHS and USCIS.

- Completed accurate and concise investigative reports, and assured that all investigative procedures and findings conformed to applicable Federal, Department of Homeland Security (DHS), and USCIS policy to be used in criminal, civil, or administrative proceedings.

- Requirements: technical expertise in a wide variety of legal, operational, and administrative functions; ability to identify elements of proof; develop investigative plans and strategies; identify and collect evidence; and prepare for and conduct witness and subject interviews.
- Accomplishments: **(b)(6)**

**DHS/U.S. Citizenship & Immigration Services**
George H. Fallon Federal Building
31 Hopkins Plaza
Baltimore, MD  21201 United States

**05/2006 – 02/2008**
**Hours per week:** 40
**Series:** 1801 **Pay Plan:** GS **Grade:** 13
**Supervisory District Adjudications Officer** (This is a federal job)
**Duties, Accomplishments and Related Skills:**

- Supervised a team of District Adjudications Officers (DAOs) conducting interviews of applicants and petitioners for immigration and citizenship benefits and making eligibility determinations based on evidence and testimony presented, including officers responsible for conducting in-depth marriage-fraud related interviews.
- Coordinated, planned, scheduled, and assigned work according to agency and office priorities.
- Reviewed the eligibility determinations (including written decisions) of officers to ensure decisions were made in accordance with law, regulation, and policy and based on the evidence presented.
- Completed regular appraisal of officers' work.  Identified training needs of officers and provided needed training.
- Briefed upper management on office workload, flow, and issues associated with both.
- Developed and implemented improved workflow process involving the segmentation of the officer corps into task-oriented groups of interviewing officers, reviewing officers, and officers dedicated to completion of written decisions and rotation of those groups to ensure thorough cross-training, producing a more flexible corps of adjudicators.
- Participated in panel interviews of applicants for local officer vacancy announcements. Required ability to interview applicants and review resumés to determine the most qualified candidates and coordinate with other panel members to hire those candidates.
- Developed procedures for implementing immigration enforcement/anti-fraud programs or policies through establishment of local process to detect and deter marriage fraud, which required significant collaboration and liaison with ICE Enforcement Removal Operations (ICE ERO).

**(b)(6)**

**11/2000 – 05/2006**
**Hours per week:** 40
**Series:** 1801 **Pay Plan:** GS **Grade:** 12
**District Adjudications Officer** (This is a federal job)
**Duties, Accomplishments and Related Skills:**

- Conducted interviews and reviewed documentation of those seeking admission to the U.S. and determined their admissibility and eligibility for the benefits being sought. This included applicants for adjustment of status and citizenship benefits, and beneficiaries and petitioners of visa petitions.

- Reviewed evidence submitted by individuals applying for immigration benefits and conducted liaison with law enforcement and intelligence agencies, including Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) related to individuals with fraud, public safety, and national security concerns. Identified, researched, and referred potential fraud, public safety, and national security concerns to the local FDNS officer for action.

- Staffed Command Center established at Thurgood Marshall Baltimore Washington Airport in response to the events of 9/11/2001.

- Performed quality assurance review on adjudicated cases of naturalization to address errors in procedure or adjudication.

- Developed local procedure to triage denied cases for issuance of Notices to Appear. Created guidance and trained other officers in that guidance.

- Selected for detail to USCIS Buffalo, NY office to triage and adjudicate the nationwide backlog of pending Forms N600 to implement agency transition to centralized adjudication of that application (2003).

- Appointed local ombudsman in 2005 by district management. Duties included reviewing highly complex and sensitive cases to determine eligibility issues or errors made in adjudicative decisions, briefing local attorney and district management on those issues, recommending courses of action, and adjudicating the cases.  (b)(6)

- 

**Education:**

Master's

**Major**

**Relevant Coursework, Licenses and Certifications:**

Master's Degree Program

(b)(6)

(b)(6)

Bachelor's

High school diploma

**Job Related Training:**

**Language Skills:**

| Language | Spoken | Written | Read |
|---|---|---|---|
| French | Intermediate | Intermediate | Intermediate |

(b)(6)

(b)(6)

**Affiliations:**

**References:**

| Name | Employer | Title | Phone | Email |
|------|----------|-------|-------|-------|
|      |          |       |       |       |

(*) Indicates professional reference

(b)(6)

# EXHIBIT

# B

Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010



U.S. Citizenship
and Immigration
Services   COW20220034OO

COW2022003400



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

November 22, 2023

**COW2022003400**

Richard Jackson
1023 25th Avenue
Bellwood, IL 60104

**RE:** *1:23-cv-04371 / Jackson*

Dear Richard Jackson,

This is in response to the above captioned Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office on July 12, 2022, seeking information relating to Job Announcement # **FDSNSPS-2021-0003**.

We conducted a search utilizing terms and criteria that you provided in the request and searched USCIS Program Offices and files where we reasonably believed responsive records likely would be located. After compiling responsive records, we reviewed and processed the records pursuant to FOIA and its implementing regulation, 6 C.F.R. Part 5. We have identified **57** pages that are responsive to your request. We have determined to release **2** pages in their entirety, and we are releasing **55** pages in part except those portions that are appropriately exempt pursuant to 5 U.S.C. § 552 (b)(2), and (b)(6), of the FOIA.

Exemption (b)(2) as applied by USCIS protects predominantly internal rules, procedures and guidelines, the disclosure of which would present reasonably foreseeable harm to an interest of the United States, such as a significant risk of circumvention of statutes or agency regulations. The types of documents and/or information we have withheld under this exemption may consist of operating rules, guidelines and techniques for identifying law-violators, internal agency security techniques, law enforcement training procedures, or guidelines and manuals of procedures for examiners and adjudicating officers.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information that we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

**COW2022003400**

I note that this matter is in litigation.  If you have any questions about our response, please contact Jonathan Haile, United States Attorney at Jonathan.Haile@usdoj.gov.

Sincerely,

Jarrod Panter
Acting Chief FOIA Officer
Freedom of Information & Privacy Act Unit



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Fraud Detection and National Security Directorate*
Camp Springs, MD 20588-0009



U.S. Citizenship
and Immigration
Services

September 27, 2021

## Memorandum

TO:      Jessica McAllum
            Chief of Staff
            Fraud Detection and National Security Directorate

FROM:    Kevin Quinn
            Division Chief, National Security and Public Safety Division

SUBJECT:  Selections for Immigration Officer GS-14 Positions in Field Operations Support
            Branch and Screening Coordination Office

**Background:**

The FDNS Mission Support Division (MSD) posted Vacancy Announcements # FDSNSPS-2021-0003, which closed on July 7, 2021 and FDSNSPS-2021-0004, which closed on July 23, 2021 on behalf of the National Security and Public Safety Division (NSPSD). The intent of the announcement was to select qualified individuals for the NSPSD Field Operations Support Branch (FOSB) and the Screening Coordination Office (SCO). Beginning July 15, Matthew Auger, NSPSD Acting SCO Branch Chief, and Joseph McNally, NSPSD Acting FOSB Branch Chief, began reviewing the applications of the individuals listed on Certificate(s) FDSNSPS-2021-0003-BQ-12, FDSNSPS-2021-0003-BQ-13, FDSNSPS-2021-0003-BQ-14, FDSNSPS-2021-0003-NC-13, FDSNSPS-2021-0003-NC-14, FDSNSPS-2021-0004-BQ-12, FDSNSPS-2021-0004-BQ-13, FDSNSPS-2021-0004-BQ-14, FDSNSPS-2021-0004-NC-12, FDSNSPS-2021-0004-NC-13, FDSNSPS-2021-0004-NC-14. A total of 83 applicants were named on the certificate lists.

All applicants were evaluated based on the skill sets and experience reflected in their resumes as compared to the minimum qualifications outlined in the vacancy announcement. The resume review panel consisted of Matthew Auger, Acting SCO Branch Chief, NSPSD and Joseph McNally, Acting FOSB Branch Chief, NSPSD. Following a review of the applications, the following 14 candidates were contacted for interview:

Descano, Stephen

(b)(6)

– FOR OFFICIAL USE ONLY –

Selections for Immigration Officer GS-14 Positions in Field Operations Support Branch and
Screening Coordination Office
Page 2

(b)(6)

The interview panel consisted of Matthew Auger, Acting SCO Branch Chief, NSPSD, Joseph
McNally, Acting FOSB Branch Chief, NSPSD and Thomas Curley, SCO Section Chief, NSPSD.
Shari Golston, Liaison Branch (LB) Chief, NSPS, participated in three interviews in lieu of
Thomas Curley when he was deployed with little notice on a volunteer effort.

Based on the resume review and the interviews conducted, the following applicant(s) was
identified for selection:

o **Stephen Descano:**

- Stephen Descano is currently an Immigration Officer (IO) with NSPSD/FOSB,
  where he has established himself as a valuable resource for the Branch's national
  security policy and casework. His experience there, and previously with the
  Immigration Vetting Division, will serve him well as an IO-14 with NSPSD.
- IO Descano is currently an employee of NSPSD/FOSB, reporting to Supervisory
  Immigration Officer (SIO)         SIO

o

o

(b)(6)

– FOR OFFICIAL USE ONLY –

Selections for Immigration Officer GS-14 Positions in Field Operations Support Branch and Screening Coordination Office
Page 3

(b)(6)



(b)(6)

**Attachments:**

Copy of Vacancy Announcement
Copy of Certification List
Copy of Writing Sample Scoring Matrix for All Applicants
Resume Review Matrix
Interview Questions & Notes for all panel Members
Resume for Selected Candidate(s)

**Review (for all HQ non-supervisory positions):**

| Title | Date | Initials |
|---|---|---|
| Workforce Mgmt. Chief | | |
| Mission Support Division Chief | | SYLVONICA A MADLOCK *(digitally signed)* |

**Concurrence (for HQ supervisory positions only):**

Concur:  JESSICA L MCALLUM  Digitally signed by JESSICA L MCALLUM
Date: 2021.10.07 09:01:39 -04'00'

(AD, DAD or CoS sign and date)

– FOR OFFICIAL USE ONLY –

– FOR OFFICIAL USE ONLY –

Selections for Immigration Officer GS-14 Positions in Field Operations Support Branch and
Screening Coordination Office
Page 4

Non-Concur: _____
                    (AD, DAD or CoS sign and date)

(b)(2) (b)(6)

GISDANO, STEPHEN

(b)(2) (b)(6)

DISCANO, STEPHEN

(b)(2) (b)(6)

(b)(2) (b)(6)



(b)(2) (b)(6)

(b)(2) (b)(6)        NSPSD IO Scoring Matrix

DESCANO, STEPHEN

Interview Scores

(b)(6)

EXPERIENCE:

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

PROFESSIONAL EXPERIENCE

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

**EXPERIENCE**

(b)(6)

1

(b)(6)

(b)(6)

2

(b)(6)

(b)(6)

3

(b)(6)

(b)(6)

4

(b)(6)

(b)(6)

5

(b)(6)

(b)(6)

6

**STEPHEN A. DESCANO**
1265 Wild Hawthorn Way
Reston, VA 20194
(484) 432-6038

## Professional Experience

**Immigration Officer (IO)**                                            January 2021 -
**Present**
U.S. Citizenship and Immigration Services (USCIS)
National Security and Public Safety Division (NSPSD)
National Security Operations Section (NSO)
Camp Springs, MD                                      (b)(6)
Supervisor:
Status: Full-time, 40 hours/week
Grade and Salary: GS-1801-13, $114,000/year

Responsibilities:

- Co-manage the Senior Leadership Review Board Working Group (SLRB-WG),
  which coordinates both the gathering of national security case
  information from various USCIS components and the development of an
  executive summary for agency leadership.
- Develop SLRB policies and procedures. Design and implement innovative
  solutions to streamline the SLRB process.
- Revise and maintain the SLRB-WG Standard Operating Procedures (SOP).
- Draft a variety of summaries and other documents.
- Provide expert advice, guidance, and interpretation on policy matters
  relating to NSPSD programs and implement changes where needed.
- Evaluate proposed policy directives and their potential effect on
  USCIS programs and recommend changes where appropriate.
- Serve as the alternate point of contact for the Controlled Application
  Review and Resolution Program (CARRP) policy portfolio.
- Analyze and process System Generated Notifications (SGN).

**Immigration Officer**                                                 April 2019 —
**December 2020**
U.S. Citizenship and Immigration Services
National Security and Vetting Branch (NSVB)
Washington, D.C.
Supervisor:
Status: Full-time, 40 hours/week
Grade and Salary: GS-1801-13, $114,000/year

Responsibilities:

- Identified and articulated the immigration implications of classified
  intelligence reporting and national security information. Applied

(b)(6)

sound analytic tradecraft to develop comprehensive assessments for use by USCIS officers and agency leadership.
- Drafted Case Analysis and Threat Summary (CATS) assessments for national security, public safety, and special interest cases.
- Conducted in-depth, case-specific research using a wide range of information systems, including classified U.S. government systems, U.S. Department of Homeland Security databases, law enforcement and commercial databases, and open-source queries.
- Conducted a novel survey of Controlled Application Review and Resolution Program (CARRP) field IOs to obtain new perspectives on the CATS process and gain insights into how to improve NSVB products. Compiled and interpreted field data and developed recommendations for NSVB leadership.
- Served on the Quality Assurance-Quality Control (QAQC) team and performed supervisory level review of written products created by NSVB IOs and Intelligence Research Specialists (IRS).
- Provided management with detailed feedback and process improvement recommendations, several of which were implemented and resulted in improvements to NSVB operations.
- Served as a Team Lead for ten NSVB personnel during the NSVB System Generated Notifications (SGN) project. Conducted quality control reviews and provided training, guidance, and feedback to team members. Co-developed the NSVB SGN Standard Operating Procedures manual.
- Conducted research to enhance current national security vetting policies. Assisted in the development, implementation, and evaluation of studies and special projects. Supported NSVB's information-sharing efforts with the law enforcement and intelligence communities. Participated in project groups that implemented and/or evaluated established policy objectives.

**Temporary Work Details:**

**Acting Section Chief** (October 2020 - December 2020)
Quality Assurance and Quality Control Unit (QAQC)
National Security and Vetting Branch (NSVB)

**Responsibilities:**

- Supervised and provided technical and operational support to QAQC officers and analysts.
- Managed the NSVB quality control process and conducted supervisory review of classified and unclassified products.
- Coordinated and led a team in addressing complex policy and diverse procedural issues.
- Analyzed, established, and implemented program goals and objectives.
- Ensured production timelines were met.
- Performed a variety of supervisory administrative tasks.
- Developed and implemented changes to the QAQC process, including a revised workflow, a new QAQC database for tracking and storing QAQC reviews, and a standardized review process for providing feedback to NSVB personnel.
- Led a team effort that improved NSVB operations, corrected deficiencies in the quality control process, increased the quality and quantity of constructive feedback provided to NSVB staff, implemented a more effective means to track cases during

the review process, and provided management with additional tools to identify NSVB trends and training needs.
- Developed guidelines for IOs to follow during the CATS development process; created a "weekly update" informational e-mail for QAQC staff.

**Immigration Services Officer II**         **September 2008 — April 2019**

U.S. Citizenship and Immigration Services (USCIS)
Philadelphia Field Office
Philadelphia, PA
Supervisor: [                    ]      (b)(6)
Status: Full-time, 40 hours/week
Grade and Salary: GS-1801-12, $88,000/year

### Responsibilities:

- Adjudicated a variety of benefits, including Forms I-485 (Application to Register Permanent Residency or Adjust Status), I-130 (Petition for Alien Relative), N-400 (Application for Naturalization), N-600 (Application for Certificate of Citizenship), I-601 (Application for Waiver of Grounds of Inadmissibility), and N-336 (Request for a Hearing on a Decision in Naturalization Proceedings).
- Specialized in detecting fraud and obtaining admissions of fraud.
- Conducted interviews under oath to elicit testimony, assess credibility, detect fraudulent documents, and determine eligibility; examined documentary evidence, consulted with other government entities, conducted telephonic fact-finding, and performed searches in a variety of databases.
- Drafted decisions, fraud referrals, and other documents.
- Researched, interpreted, and applied U.S. immigration law and regulations, USCIS policies, precedent court decisions, family law, and state and local statutes.
- Maintained familiarity with immigration policies, court decisions, fraud trends, technological developments, and other issues affecting the immigration process.
- Trained and mentored junior officers; provided process improvement recommendations to management; interacted daily with interpreters, government agencies, attorneys, accredited representatives, and other stakeholders.

### Temporary Work Details:

**Immigration Officer, Fraud Detection and National Security** (March 2014 — May 2014)
- Identified, articulated, and pursued immigration fraud.
- Gathered data and evidence from an array of databases and conducted fraud-based field interviews and site visits.
- Prepared analyses and reports such as Statements of Findings (SOF) and Referrals to ICE (RTI).
- Assessed Fraud Referral Sheets (FRS) and Requests for Assistance (RFA).
- Recommended improvements to anti-fraud programs and assisted with planning and implementing fraud detection policies.
- Conducted liaison with law enforcement entities.
**National Benefits Center** (July 2013)

- Conducted quality review of cases adjudicated under the Quality Driven Workplace Pilot Program.

**Application Support Center (ASC) Manager** (Intermittent)

- Provided USCIS oversight of the ASC, reconciled discrepancies between applicant biographical data and USCIS databases, maintained various ASC reports, and provided guidance to applicants and ASC staff.

Employment Security Specialist                    (b)(6)

Commonwealth of Pennsylvania
Office of Unemployment Compensation Benefits (OUCB)
Harrisburg, PA
Supervisor:

Responsibilities:

(b)(6)

## Unemployment Claims Examiner

Commonwealth of Pennsylvania
Office of Unemployment Compensation Benefits
Lancaster, PA
Supervisor:

Responsibilities:

## Education

Master
Bachelor

## Language Skills

Possess conversational fluency in Spanish and Italian.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.

(b)(6)

**Series: 1801**

**Grade: 12**

Status: AUNS

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

(b)(6)

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*


As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.


**Series: 1801**

(b)(6)

**Grade: 13**

Status: AUNS

Status: AUNS

Status: AUNS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

**Certificate Type: Best Qualified - Competitive Merit Promotion**

(b)(6)

Status: AUNS

DESCANO, STEPHEN

Telephone 1:

Email:

Status: AUNS

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.

**Series: 1801**                      (b)(6)

**Grade: 14**

Status: NS

Status: NS

DESCANO, STEPHEN

Telephone

Email:

Status: HIRE

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

**Certificate Type: Best Qualified – Competitive Merit Promotion**

Status: NS

(b)(6)



Status: NS

Status: NS

Status: NS

Status: NS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NS

Status: DO

Status: NS

Status: NS

Status: NS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

(b)(6)

Status: NS

Status: NS

Status: NS

Status: NS

Status: NS

Status: NS

Status: NS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: DO

Status: NS

Status: NS

Status: NS

Status: NS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*


As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.

**Series: 1801**

**Grade: 13**

(b)(6)

Status: AUNS

Status: AUNS

Status: AUNS

(b)(6)


The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*


As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.


**Series: 1801**                    (b)(6)

**Grade: 14**

Status: NS

Status: NS

Status: NS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*

(b)(6)

Status: NS

Status: NS

Status: NS

Status: NS

The certificates should be returned within (b)(6) 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

(b)(6)

Status: NS

Status: NS

Status: NS

Status: NS

Status: NS

Status: NS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

(b)(6)

Status: NS

Status: NS

Status: NS

Status: DO

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

# STEPHEN A. DESCANO

## Professional Experience

**Immigration Officer (IO)**                                    **January 2021 - Present**

U.S. Citizenship and Immigration Services (USCIS)
National Security and Public Safety Division (NSPSD)
National Security Operations Section (NSO)
Camp Springs, MD
Supervisor:
Status: Full-time, 40 hours/week
Grade and Salary: GS-1801-13, $114,000/year

**Responsibilities:**

- Co-manage the Senior Leadership Review Board Working Group (SLRB-WG), which coordinates both the gathering of national security case information from various USCIS components and the development of an executive summary for agency leadership.
- Develop SLRB policies and procedures. Design and implement innovative solutions to streamline the SLRB process.
- Revise and maintain the SLRB-WG Standard Operating Procedures (SOP).
- Draft a variety of summaries and other documents.
- Provide expert advice, guidance, and interpretation on policy matters relating to NSPSD programs and implement changes where needed.
- Evaluate proposed policy directives and their potential effect on USCIS programs and recommend changes where appropriate.
- Serve as the alternate point of contact for the Controlled Application Review and Resolution Program (CARRP) policy portfolio.
- Analyze and process System Generated Notifications (SGN).

**Immigration Officer**                                    **April 2019 – December 2020**

U.S. Citizenship and Immigration Services
National Security and Vetting Branch (NSVB)
Washington, D.C.
Supervisor:
Status: Full-time, 40 hours/week
Grade and Salary: GS-1801-13, $114,000/year

**Responsibilities:**

- Identified and articulated the immigration implications of classified intelligence reporting and national security information. Applied sound analytic tradecraft to develop comprehensive assessments for use by USCIS officers and agency leadership.
- Drafted Case Analysis and Threat Summary (CATS) assessments for national security, public safety, and special interest cases.

(b)(6)

- Conducted in-depth, case-specific research using a wide range of information systems, including classified U.S. government systems, U.S. Department of Homeland Security databases, law enforcement and commercial databases, and open-source queries.
- Conducted a novel survey of Controlled Application Review and Resolution Program (CARRP) field IOs to obtain new perspectives on the CATS process and gain insights into how to improve NSVB products. Compiled and interpreted field data and developed recommendations for NSVB leadership.
- Served on the Quality Assurance-Quality Control (QAQC) team and performed supervisory level review of written products created by NSVB IOs and Intelligence Research Specialists (IRS).
- Provided management with detailed feedback and process improvement recommendations, several of which were implemented and resulted in improvements to NSVB operations.
- Served as a Team Lead for ten NSVB personnel during the NSVB System Generated Notifications (SGN) project. Conducted quality control reviews and provided training, guidance, and feedback to team members. Co-developed the NSVB SGN Standard Operating Procedures manual.
- Conducted research to enhance current national security vetting policies. Assisted in the development, implementation, and evaluation of studies and special projects. Supported NSVB's information-sharing efforts with the law enforcement and intelligence communities. Participated in project groups that implemented and/or evaluated established policy objectives.

**Temporary Work Details:**

**Acting Section Chief** (October 2020 - December 2020)
Quality Assurance and Quality Control Unit (QAQC)
National Security and Vetting Branch (NSVB)

**Responsibilities:**

- Supervised and provided technical and operational support to QAQC officers and analysts.
- Managed the NSVB quality control process and conducted supervisory review of classified and unclassified products.
- Coordinated and led a team in addressing complex policy and diverse procedural issues.
- Analyzed, established, and implemented program goals and objectives.
- Ensured production timelines were met.
- Performed a variety of supervisory administrative tasks.
- Developed and implemented changes to the QAQC process, including a revised workflow, a new QAQC database for tracking and storing QAQC reviews, and a standardized review process for providing feedback to NSVB personnel.
- Led a team effort that improved NSVB operations, corrected deficiencies in the quality control process, increased the quality and quantity of constructive feedback provided to NSVB staff, implemented a more effective means to track cases during the review process, and provided management with additional tools to identify NSVB trends and training needs.
- Developed guidelines for IOs to follow during the CATS development process; created a "weekly update" informational e-mail for QAQC staff.

## Immigration Services Officer II

**September 2008 – April 2019**

U.S. Citizenship and Immigration Services (USCIS)
Philadelphia Field Office
Philadelphia, PA
Supervisor: 
Status: Full-time, 40 hours/week
Grade and Salary: GS-1801-12, $88,000/year

(b)(6)

**Responsibilities:**

- Adjudicated a variety of benefits, including Forms I-485 (Application to Register Permanent Residency or Adjust Status), I-130 (Petition for Alien Relative), N-400 (Application for Naturalization), N-600

(Application for Certificate of Citizenship), I-601 (Application for Waiver of Grounds of Inadmissibility), and N-336 (Request for a Hearing on a Decision in Naturalization Proceedings).
- Specialized in detecting fraud and obtaining admissions of fraud.
- Conducted interviews under oath to elicit testimony, assess credibility, detect fraudulent documents, and determine eligibility; examined documentary evidence, consulted with other government entities, conducted telephonic fact-finding, and performed searches in a variety of databases.
- Drafted decisions, fraud referrals, and other documents.
- Researched, interpreted, and applied U.S. immigration law and regulations, USCIS policies, precedent court decisions, family law, and state and local statutes.
- Maintained familiarity with immigration policies, court decisions, fraud trends, technological developments, and other issues affecting the immigration process.
- Trained and mentored junior officers; provided process improvement recommendations to management; interacted daily with interpreters, government agencies, attorneys, accredited representatives, and other stakeholders.

**Temporary Work Details:**

**Immigration Officer, Fraud Detection and National Security** (March 2014 – May 2014)
- Identified, articulated, and pursued immigration fraud.
- Gathered data and evidence from an array of databases and conducted fraud-based field interviews and site visits.
- Prepared analyses and reports such as Statements of Findings (SOF) and Referrals to ICE (RTI).
- Assessed Fraud Referral Sheets (FRS) and Requests for Assistance (RFA).
- Recommended improvements to anti-fraud programs and assisted with planning and implementing fraud detection policies.
- Conducted liaison with law enforcement entities.

**National Benefits Center** (July 2013)
- Conducted quality review of cases adjudicated under the Quality Driven Workplace Pilot Program.

**Application Support Center (ASC) Manager** (Intermittent)
- Provided USCIS oversight of the ASC, reconciled discrepancies between applicant biographical data and USCIS databases, maintained various ASC reports, and provided guidance to applicants and ASC staff.

**Employment Security Specialist**    (b)(6)

Commonwealth of Pennsylvania
Office of Unemployment Compensation Benefits (OUCB)
Harrisburg, PA
Supervisor:

**Responsibilities:**

**Unemployment Claims Examiner**
Commonwealth of Pennsylvania
Office of Unemployment Compensation Benefits
Lancaster, PA
Supervisor:

## Education

Master
Bachelor

## Language Skills

Possess conversational fluency in Spanish and Italian.

(b)(6)

# EXHIBIT

# C

Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010



U.S. Citizenship
and Immigration
Services  COW2022003398



COW2022003398



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

November 22, 2023

Richard Jackson
1023 25th Avenue                                  **COW2022003398**
Bellwood, IL 60104

RE: *1:23-cv-04371 / Jackson*

Dear Richard Jackson,

This is in response to the above captioned Freedom of Information Act/Privacy Act (FOIA/PA)
request received in this office on July 12, 2022, seeking information relating to Job Announcement
**#HIA-2021-0003**.

We conducted a search utilizing terms and criteria that you provided in the request and searched
USCIS Program Offices and files where we reasonably believed responsive records likely would be
located. After compiling responsive records, we reviewed and processed the records pursuant to FOIA
and its implementing regulation, 6 C.F.R. Part 5. We have identified **106** pages that are responsive to
your request. We have determined to release **6** pages in their entirety, and we are releasing **100** pages in
part except those portions that are appropriately exempt pursuant to 5 U.S.C. § 552 (b)(2), and (b)(6),
of the FOIA.

Exemption (b)(2) as applied by USCIS protects predominantly internal rules, procedures and
guidelines, the disclosure of which would present reasonably foreseeable harm to an interest of the
United States, such as a significant risk of circumvention of statutes or agency regulations. The types
of documents and/or information we have withheld under this exemption may consist of operating
rules, guidelines and techniques for identifying law-violators, internal agency security techniques, law
enforcement training procedures, or guidelines and manuals of procedures for examiners and
adjudicating officers.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel,
medical and similar files where the disclosure of such information would constitute a clearly unwarranted
invasion of personal privacy. The types of documents and/or information that we have withheld may
consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home
addresses, dates of birth, or various other documents and/or information belonging to a third party that are
considered personal.

Case: 1:23-cv-04371 Document #: 15 Filed: 12/07/23 Page 140 of 1273 PageID #:200

**COW2022003398**

I note that this matter is in litigation.  If you have any questions about our response, please contact Jonathan Haile, United States Attorney at <u>Jonathan.Haile@usdoj.gov</u>.

Sincerely,

Jarrod Panter
Acting Chief FOIA Officer
Freedom of Information & Privacy Act Unit

Page **2** of **2**

(b)(6)

Work Experience:

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

Employment

(b)(6)

(b)(6)



(b)(6)

(b)(6)

**Objective**

**PROFESSIONAL EXPERIENCE**

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(B)(6)



(b)(6)                                                                          Daveyba Castro

**Daveyba Castro**

**Work Experience:**

**U.S. Citizenship and Immigration Services**
14675 SW 120th Street
Miami, FL 33186 United States
**09/05/2017 – Present**
**Series:** 1801 **Pay Plan:** GS **Grade:** 12
**Immigration Services Officer (ISO-2)**
**Duties, Accomplishments and Related Skills:**

- Grant or deny complex and highly sensitive applications and petitions for immigration benefits based on electronic or paper applications/petitions. (Form I-601, I-485, I-130, I-131, N-400, and N-600).
- Conduct extensive marriage interviews when fraud indicators are determined. During these interviews, I elicit information to determine if fraud was committed by the applicants and to determine if the marriage was entered into for the sole purpose of gaining an immigration benefit.
- Review documents to verify their validity and determine if they are authentic (ie. Passports, marriage certificates, entry documents, visas, N-648, Medical waiver for Naturalization, etc.)
- Review evidence and documentation in A-files as it pertains to Immigration applications.
- Research, interpret and apply appropriate statutes, regulations, and precedent decisions to make adjudicative decisions.
- Interview applicants and petitioners to elicit statements, assess credibility, and analyze information to identify facts that form the basis for a decision concerning eligibility for immigration benefits.
- Conduct security checks and provide assistance to Federal law enforcement agencies to identify individuals who are ineligible for immigration benefits due to national security, public safety, or other legal grounds.
- Use electronic systems to provide verification of any number of established data points to make adjudicative decisions, determine appropriate level of adjudicative review, and update databases with appropriate information and decisions.
- Manage A-files, correspondence and the following databases CIS, CLAIMS, AR11, IBIS, Claims 4, Webclaims4, ELIS, NFTS, IDCR, NASS, INFOPASS, Q-FLOW, EDMS, SRMT and many other sensitive databases.
- Take part in administrative naturalization ceremonies at the field office.
- Serve as the Master of Ceremony for Naturalization Ceremonies at the Kendall Field Office.
- Remove applicants from Naturalization ceremonies for additional questioning if necessary.
- Represent the field office at public outreach efforts and high-visibility ceremonies.
- Advanced knowledge of the immigration laws and procedures to uncover potential fraud schemes that threaten the integrity of the legal immigration system.

1

Daveyba Castro

- Conduct liaison work with law enforcement/intelligence agencies regarding immigration fraud such as Customs and Border Protection (CBP), Immigration and Customs Enforcement (ICE) and Homeland Security Investigations (HSI).
- Manage the Application Support Center (ASC) at the Kendall Field Office whenever needed.
- Mentor new Immigration Services Officers in the adjudications process as it pertains to I-485 and N-400 applications.

(b)(6)

- 

**U.S. Citizenship and Immigration Services**
5880 NW 183rd Street
Hialeah, FL 33015
**06/12/2016 – 09/05/2017**
**Series:** 1801 **Pay Plan:** GS **Grade:** 07
**Immigration Services Officer (ISO-1)**
**Duties, Accomplishments and Related Skills**:

- Researched and interpreted sources, including immigration laws and regulations, operating instructions, legislative history, precedent decisions, and other legal references in order to follow the correct course of action.
- Processed immigration applications and petitions using available electronic systems to verify numerous established data points. (Form I-485, I-131, I-130, and I-94).
- Provided direct and continued assistance to U.S. Immigration and Customs Enforcement (ICE) personnel and officials of other Federal agencies, in identifying individuals who pose a threat to national security and public safety.
- Managed A-files, correspondence and the following databases CIS, CLAIMS, AR11, IBIS, Claims 4, Webclaims4, NFTS, IDCR, NASS, INFOPASS, Q-FLOW, EDMS, SRMT and many other sensitive databases.
- Interviewed applicants and petitioners to elicit statements in order to assess credibility to determine the applicant's eligibility for specific benefits sought.
- Answered general and case-specific immigration questions at USCIS information rooms, which are open to the public.
- Conducted Outreach events to provide the public with Immigration information as it pertains to the immigration process for Work Authorization, Residence and Naturalization.
- Assisted in Naturalization Ceremonies at the Kendall Field Office and off-site locations.

**U.S. Citizenship and Immigration Services**
8801 NW 7th Avenue
Miami, FL 33150 United States
**04/15/2015 – 06/12/2016**
**Series:** 1802 **Pay Plan:** GS **Grade:** 06
**Immigration Services Assistant (ISA)**
**Duties, Accomplishments and Related Skills:**

Daveyba Castro

- Supported the Adjudication Services Process by assisting Immigration Services Officers in providing security checks in accordance with DHS/USCIS laws and policies.
- Researched, collected, correlated, and analyzed data to insure the integrity of information and prepared reports.
- Provided direct service to customers and their representatives.
- Received and processed application fees, and maintained records of all applications for accountability purposes.
- Managed A-files, correspondence and the following databases CIS, CLAIMS, AR11, IBIS, Claims 4, Webclaims4, NFTS, IDCR, NASS, INFOPASS, Q-FLOW, EDMS, SRMT and many other sensitive databases.
- Performed analysis on files, reports, information systems and databases to update information and maintain data integrity.
- Prescreened various applications and submissions by USCIS customers for accuracy and completeness of initial supporting documentation and process fees.
- Identified incoming applications that required expedited service or requests for fee waivers and channel those through the correct work process.
- Managed and monitored case files for adjudicative and interview readiness, identified sensitive appeals cases and accounted for the movement of files to other locations.
- Scheduled appointments for interviews and citizenship ceremonies.
- Assisted in Naturalization Ceremonies through public speaking, as well as answer any inquiries from new Citizens in regards to future applications for family members.
- Communicated directly with applicants and their representatives to produce sensitive secure documents and certificates of naturalization.
- Organized documents for Immigration Services Officers to assist in the adjudication process Such as, ROITS for current TECS checks on applicants.
- Provided information to authorized persons concerning the status of particular investigations, compiled final investigative reports with necessary exhibits, and maintained required administrative reports on topics such as case load, and case status.
- Created Record of Proceedings (ROPs) for petitions that have been denied and are being appealed through an attorney.
- Provided technical support for inspections or investigations such as searching, gathering, screening, and clerical duties to support the daily duties of the DHS/USCIS field office.
- Conducted security checks in accordance with all applicable DHS/USCIS laws and policies.
- Provided direct and continued assistance to US Immigration and Customs Enforcement (ICE) personnel and officials of other Federal agencies in identifying individuals who pose a threat to national/public security.
- Exhibited administrative skills, appropriate to organize and coordinate thorough, methodical and professional efforts to meet the more intricate planning needs and unanticipated requirements on policies and projects.

**Transportation Security Administration (TSA)**
Miami International Airport (MIA)

(b)(6)

**Master Coordination Center Officer**
**Duties, Accomplishments and Related Skills:**

- Provided immediate response to breaches of security and emergency situations.
- Secured unauthorized weapons and/or potentially hazardous materials and devices in order to prevent entry to secure areas.
- Assisted superiors and law enforcement officers with investigations of incidents.
- Provided accurate information regarding incidents and prepared clear and concise incident reports.
- Responded to critical security incidents by applying standard operating procedures designed to minimize loss of life, property damage and other resources.
- Managed the reporting of equipment failures at the Screening Checkpoints and employee call-outs.
- Monitored and facilitated movement of dignitaries, military, severely injured personnel and others as determined by the Federal Security Director.
- Monitored closed-circuit televisions and surveillance cameras as required and applicable.
- Monitored available communication modes to maintain situational awareness and keep current with all relevant local, national, and international events that could affect transportation security.
- Managed the Training and Development/Quality Assurance Department in TSA by doing the following:
- Ensured that all screening and baggage locations complied with the Standard Operating Procedures (SOP) by developing, revising, and conducting security audits of screening locations and equipment.
- Performed standardized walk through observations and audits of all screening areas to include subsequent audits for any areas that received a rating of "Does Not Meet".
- Developed and implemented new training plans to address deficiencies.
- Distributed and disseminated updated policies and procedures to the screening workforce throughout Miami International Airport.
- Assisted in scheduling, evaluating, and facilitating on-the-job and classroom training for Officers.
- Coordinated and conducted Improvised Explosives Devise (IED) training drills.
- Acted as a Training Specialist to assist in overseeing the Quality Assurance Department members and generate monthly reports for the Assistant Federal Security Director of Screening (AFSD-S).
- Served as an Assistant Training Instructor conducting the following:
- Administered and trained the screening workforce of 3,000 plus on standard operation procedures (SOP); which include practical labs, job knowledge tests, and presentation of material.
- Trained New Hire classes with Standard Operating Procedures of the checkpoint.
- Planed, managed and conducted training for Officers regarding Standard
  Operation Procedures (SOP) to assist in their Performance Accountability and Standards (PASS).
- Served as a Terminal Training Liaison at John F. Kennedy Airport where I conducted the following:
- Trained (50 plus) Transportation Security Officers on standard operating procedures for all screening functions at the terminal.
- Served as a Lead Transportation Security Officer where I conducted the following:
- Maintained control of the work distributed by (40 or more) Transportation Security Officers.
- Collected, verified, and analyzed intelligence data from a variety of sources in regards to travel document fraud.
- Analyzed trends and patterns in document fraud of interest to assist in criminal investigations.
- Extracted information from databases to facilitate the collection of information used in the analysis of fraud activities.
- Examined documents for authenticity and report to IVCC for Identification verification when needed.
- Responded to threats, violations and security incidents when they occur at the security checkpoint; followed by an incident report detailing the security incident.
- Managed the Covert Improvised Explosive Device (IED) Drill Team at JFK Airport where I conducted the following:
- Supervised the IED Drill Team of up to 8 members.
- Supervised the tests when conducted at the TSA Security checkpoints.

Daveyba Castro

- Advised security checkpoint Supervisor of Officers who passed and failed.
- Sorted information categories, and route items into Ishare data system and Performance Measurement Information System (PMIS).
- Served as a Transportation Security Officer where I conducted the following:
- Ensured the safety of passengers and the protection of a CAT X airport by maintaining awareness of surroundings to prevent any deadly or dangerous objects from being transported onto an aircraft.
- Identified unusual conditions or behavior in a constantly changing environment when screening accessible property and individuals.
- Prevented unauthorized access into the sterile area at the entry and exit points.
- Recognized suspicious, fraudulent or expired documents as a Certified Travel Document Checker.
- Utilized x-ray equipment, explosive trace detection systems and walk-through metal detectors.

**Education:**                                         (b)(6)

Bachelor's Degree

Master's Degree

**References:**

| Name | Employer | Title | Phone | Email |
|------|----------|-------|-------|-------|
| | Citizenship and Immigration Services | Supervisor | | |
| | Citizenship and Immigration Services | Supervisor | | |
| | Citizenship and Immigration Services | Supervisor | | |
| | Citizenship and Immigration Services | Supervisor | | |
| | Transportation Security Administration | Supervisory Coordination Center Officer TSA | | |
| | Transportation Security Administration | Explosives Detection Canine Handler | | |

**Additional Information:**          (b)(6)
- Type 55-60 WPM.
- Fluent in both English and Spanish.
- Extensive knowledge in Microsoft Software; Word, PowerPoint, Excel and Outlook

(b)(6)

**PROFESSIONAL SKILLS**

(b)(6)

(b)(6)

**Work Experience:**

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

1

Summary of Qualifications:

1

(b)(6)

(b)(6)

3

(b)(6)

(b)(6)

(b)(6)

**Professional Experience**                    (b)(6)

(b)(6)



(b)(6)

(b)(6)

(b)(6)

(b)(6)

Work Experience: (b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

Shift work

Work Experience

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(8)(6)

(b)(6)

(b)(6)

(b)(6)

(b) (6)

(b)(6)

**Work Experience:** (b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

Work Experience:

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

**Experience:**

(b)(6)

(b)(6)

## Professional Experience

(b)(6)

(b)(6)

Profile

Key Skills

Experience



(b)(6)



EDUCATION AND TRAINING

(b)(6)

(b)(6)



(b)(6)

(b)(6)

(b)(6)



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Field Operations Directorate
Miami and Caribbean District (District S24)
Hialeah, FL 33015



U.S. Citizenship
and Immigration
Services

August 26th, 2021

Memorandum

TO:        Enid Stulz
           Hialeah Field Office Director, Miami and the Caribbean District (S24)

FROM:      Emma-Lisa Moorehead
           Hialeah Section Chief, Miami and the Caribbean District (S24)

SUBJECT:   Selection Memo – Immigration Services Officer (ISO2) GS-1801-12, HIA-2021-
           0002

The following elements of the selection process for the Immigration Services Officer (GS-1801-
12) have concluded:

  A. Resume Review (no resume review done)
  B. Interview (completed on 8/20/2021)
  C. Reference Check (completed on 08/26/2021)

Resume Review Panel Members:

|   | Name | Title |
|---|------|-------|
| 1 | N/A  | N/A   |
| 2 | N/A  | N/A   |
| 3 | N/A  | N/A   |

Resume Review Rating Criteria:

|   | Evaluation Factors |
|---|--------------------|
| 1 | N/A |
| 2 | N/A |
| 3 | N/A |
| 4 | N/A |

Action Memorandum on S24-2021-0001
Page 2

Interview Panel Members:

| | Name | Title |
|---|---|---|
| 1 | Emma-Lisa Moorehead | Section Chief, Hialeah Field Office |
| 2 | Rodolfo Nunez | Section Chief, Miami Field Office |
| 3 | Evan Sloop | Supervisory Immigration Officer, Hialeah Field Office |

Interview Questions:

(b)(2)

| | Question |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

Action Memorandum on S24-2021-0001
Page 3

Results                                    (b)(2)

Final Scores ( [                    ]: Below is the overall assessment of the candidates'
qualifications including resume review and interview scores. The total score is cumulative; no
weights are applied.

| Final Selection Sheet | | | |
|---|---|---|---|
| | Max Resume Review Score | Max Interview Score | |
| | | 75 | |
| APPLICANTS Last Name, First Name | Resume Review | Interview Score | SCORE |
| 1 | | | |
| 2 | | | |
| 3 CASTRO, DAVEYBA | NA | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

(b)(2) (b)(6)

Action Memorandum on S24-2021-0001
Page 4


Recommendation:

The spreadsheet containing the candidates' individual resume review scores, interview scores and total scores is also attached for your review.

The panel interviews were conducted on August 19th and August 20th, 2021. The interview panel was chaired by HIA Section Chief Emma-Lisa Moorehead and included MIA Section Chief Rodolfo Nunez, and HIA Supervisory Immigration Officer Evan Sloop. During the interviews, each applicant was asked five questions over the course of 30 minutes. Each question was rated on a scale from zero to five points, with zero being the lowest score and five being the highest. The scores reflected above for each applicant are the total combined scores each applicant received on their interview, with 75 being the highest possible score per applicant.

(b)(6)

The following candidates declined to be interviewed:

Reference checks were conducted for the top four candidates. Candidates' Supervisor provided positive recommendation.

Based on the above, the panel recommends the selection of the following candidate for the Immigration Services Officer (GS-1801-12) Vacancy Announcement HIA-2021-0002 for the Hialeah Field Office:

- 
- 
- Daveyba Castro
- 

Alternate Selection:
- N/A

(b)(6)

Should you have any questions or require additional information, please let me and/or the panel members know.

Approve/date: _____    Disapprove/date: _____

Modify/date: _____    Needs discussion/date: _____

Daveyba Castro

**Daveyba Castro**          (b)(6)

**Work Experience:**

**U.S. Citizenship and Immigration Services**
14675 SW 120th Street
Miami, FL 33186 United States
**09/05/2017 – Present**
**Series:** 1801 **Pay Plan:** GS **Grade:** 12
**Immigration Services Officer (ISO-2)**
**Duties, Accomplishments and Related Skills:**

- Grant or deny complex and highly sensitive applications and petitions for immigration benefits based on electronic or paper applications/petitions. (Form I-601, I-485, I-130, I-131, N-400, and N-600).
- Conduct extensive marriage interviews when fraud indicators are determined. During these interviews, I elicit information to determine if fraud was committed by the applicants and to determine if the marriage was entered into for the sole purpose of gaining an immigration benefit.
- Review documents to verify their validity and determine if they are authentic (ie. Passports, marriage certificates, entry documents, visas, N-648, Medical waiver for Naturalization, etc.)
- Review evidence and documentation in A-files as it pertains to Immigration applications.
- Research, interpret and apply appropriate statutes, regulations, and precedent decisions to make adjudicative decisions.
- Interview applicants and petitioners to elicit statements, assess credibility, and analyze information to identify facts that form the basis for a decision concerning eligibility for immigration benefits.
- Conduct security checks and provide assistance to Federal law enforcement agencies to identify individuals who are ineligible for immigration benefits due to national security, public safety, or other legal grounds.
- Use electronic systems to provide verification of any number of established data points to make adjudicative decisions, determine appropriate level of adjudicative review, and update databases with appropriate information and decisions.
- Manage A-files, correspondence and the following databases CIS, CLAIMS, AR11, IBIS, Claims 4, Webclaims4, ELIS, NFTS, IDCR, NASS, INFOPASS, Q-FLOW, EDMS, SRMT and many other sensitive databases.
- Take part in administrative naturalization ceremonies at the field office.
- Serve as the Master of Ceremony for Naturalization Ceremonies at the Kendall Field Office.
- Remove applicants from Naturalization ceremonies for additional questioning if necessary.
- Represent the field office at public outreach efforts and high-visibility ceremonies.
- Advanced knowledge of the immigration laws and procedures to uncover potential fraud schemes that threaten the integrity of the legal immigration system.

Daveyba Castro

- Conduct liaison work with law enforcement/intelligence agencies regarding immigration fraud such as Customs and Border Protection (CBP), Immigration and Customs Enforcement (ICE) and Homeland Security Investigations (HSI).
- Manage the Application Support Center (ASC) at the Kendall Field Office whenever needed.
- Mentor new Immigration Services Officers in the adjudications process as it pertains to I-485 and N-400 applications.

(b)(6)

-

**U.S. Citizenship and Immigration Services**
5880 NW 183rd Street
Hialeah, FL 33015
**06/12/2016 – 09/05/2017**
**Series:** 1801 **Pay Plan:** GS **Grade:** 07
**Immigration Services Officer (ISO-1)**
**Duties, Accomplishments and Related Skills**:

- Researched and interpreted sources, including immigration laws and regulations, operating instructions, legislative history, precedent decisions, and other legal references in order to follow the correct course of action.
- Processed immigration applications and petitions using available electronic systems to verify numerous established data points. (Form I-485, I-131, I-130, and I-94).
- Provided direct and continued assistance to U.S. Immigration and Customs Enforcement (ICE) personnel and officials of other Federal agencies, in identifying individuals who pose a threat to national security and public safety.
- Managed A-files, correspondence and the following databases CIS, CLAIMS, AR11, IBIS, Claims 4, Webclaims4, NFTS, IDCR, NASS, INFOPASS, Q-FLOW, EDMS, SRMT and many other sensitive databases.
- Interviewed applicants and petitioners to elicit statements in order to assess credibility to determine the applicant's eligibility for specific benefits sought.
- Answered general and case-specific immigration questions at USCIS information rooms, which are open to the public.
- Conducted Outreach events to provide the public with Immigration information as it pertains to the immigration process for Work Authorization, Residence and Naturalization.
- Assisted in Naturalization Ceremonies at the Kendall Field Office and off-site locations.

**U.S. Citizenship and Immigration Services**
8801 NW 7th Avenue
Miami, FL 33150 United States
**04/15/2015 – 06/12/2016**
**Series:** 1802 **Pay Plan:** GS **Grade:** 06
**Immigration Services Assistant (ISA)**
**Duties, Accomplishments and Related Skills:**

Daveyba Castro

- Supported the Adjudication Services Process by assisting Immigration Services Officers in providing security checks in accordance with DHS/USCIS laws and policies.
- Researched, collected, correlated, and analyzed data to insure the integrity of information and prepared reports.
- Provided direct service to customers and their representatives.
- Received and processed application fees, and maintained records of all applications for accountability purposes.
- Managed A-files, correspondence and the following databases CIS, CLAIMS, AR11, IBIS, Claims 4, Webclaims4, NFTS, IDCR, NASS, INFOPASS, Q-FLOW, EDMS, SRMT and many other sensitive databases.
- Performed analysis on files, reports, information systems and databases to update information and maintain data integrity.
- Prescreened various applications and submissions by USCIS customers for accuracy and completeness of initial supporting documentation and process fees.
- Identified incoming applications that required expedited service or requests for fee waivers and channel those through the correct work process.
- Managed and monitored case files for adjudicative and interview readiness, identified sensitive appeals cases and accounted for the movement of files to other locations.
- Scheduled appointments for interviews and citizenship ceremonies.
- Assisted in Naturalization Ceremonies through public speaking, as well as answer any inquiries from new Citizens in regards to future applications for family members.
- Communicated directly with applicants and their representatives to produce sensitive secure documents and certificates of naturalization.
- Organized documents for Immigration Services Officers to assist in the adjudication process Such as, ROITS for current TECS checks on applicants.
- Provided information to authorized persons concerning the status of particular investigations, compiled final investigative reports with necessary exhibits, and maintained required administrative reports on topics such as case load, and case status.
- Created Record of Proceedings (ROPs) for petitions that have been denied and are being appealed through an attorney.
- Provided technical support for inspections or investigations such as searching, gathering, screening, and clerical duties to support the daily duties of the DHS/USCIS field office.
- Conducted security checks in accordance with all applicable DHS/USCIS laws and policies.
- Provided direct and continued assistance to US Immigration and Customs Enforcement (ICE) personnel and officials of other Federal agencies in identifying individuals who pose a threat to national/public security.
- Exhibited administrative skills, appropriate to organize and coordinate thorough, methodical and professional efforts to meet the more intricate planning needs and unanticipated requirements on policies and projects.

**Transportation Security Administration (TSA)**
Miami International Airport (MIA)

(b)(6)

**Master Coordination Center Officer**
**Duties, Accomplishments and Related Skills:**

3

- Provided immediate response to breaches of security and emergency situations.
- Secured unauthorized weapons and/or potentially hazardous materials and devices in order to prevent entry to secure areas.
- Assisted superiors and law enforcement officers with investigations of incidents.
- Provided accurate information regarding incidents and prepared clear and concise incident reports.
- Responded to critical security incidents by applying standard operating procedures designed to minimize loss of life, property damage and other resources.
- Managed the reporting of equipment failures at the Screening Checkpoints and employee call-outs.
- Monitored and facilitated movement of dignitaries, military, severely injured personnel and others as determined by the Federal Security Director.
- Monitored closed-circuit televisions and surveillance cameras as required and applicable.
- Monitored available communication modes to maintain situational awareness and keep current with all relevant local, national, and international events that could affect transportation security.
- Managed the Training and Development/Quality Assurance Department in TSA by doing the following:
- Ensured that all screening and baggage locations complied with the Standard Operating Procedures (SOP) by developing, revising, and conducting security audits of screening locations and equipment.
- Performed standardized walk through observations and audits of all screening areas to include subsequent audits for any areas that received a rating of "Does Not Meet".
- Developed and implemented new training plans to address deficiencies.
- Distributed and disseminated updated policies and procedures to the screening workforce throughout Miami International Airport.
- Assisted in scheduling, evaluating, and facilitating on-the-job and classroom training for Officers.
- Coordinated and conducted Improvised Explosives Devise (IED) training drills.
- Acted as a Training Specialist to assist in overseeing the Quality Assurance Department members and generate monthly reports for the Assistant Federal Security Director of Screening (AFSD-S).
- Served as an Assistant Training Instructor conducting the following:
- Administered and trained the screening workforce of 3,000 plus on standard operation procedures (SOP); which include practical labs, job knowledge tests, and presentation of material.
- Trained New Hire classes with Standard Operating Procedures of the checkpoint.
- Planed, managed and conducted training for Officers regarding Standard Operation Procedures (SOP) to assist in their Performance Accountability and Standards (PASS).
- Served as a Terminal Training Liaison at John F. Kennedy Airport where I conducted the following:
- Trained (50 plus) Transportation Security Officers on standard operating procedures for all screening functions at the terminal.
- Served as a Lead Transportation Security Officer where I conducted the following:
- Maintained control of the work distributed by (40 or more) Transportation Security Officers.
- Collected, verified, and analyzed intelligence data from a variety of sources in regards to travel document fraud.
- Analyzed trends and patterns in document fraud of interest to assist in criminal investigations.
- Extracted information from databases to facilitate the collection of information used in the analysis of fraud activities.
- Examined documents for authenticity and report to IVCC for Identification verification when needed.
- Responded to threats, violations and security incidents when they occur at the security checkpoint; followed by an incident report detailing the security incident.
- Managed the Covert Improvised Explosive Device (IED) Drill Team at JFK Airport where I conducted the following:
- Supervised the IED Drill Team of up to 8 members.
- Supervised the tests when conducted at the TSA Security checkpoints.

Daveyba Castro

- Advised security checkpoint Supervisor of Officers who passed and failed.
- Sorted information categories, and route items into Ishare data system and Performance Measurement Information System (PMIS).
- Served as a Transportation Security Officer where I conducted the following:
- Ensured the safety of passengers and the protection of a CAT X airport by maintaining awareness of surroundings to prevent any deadly or dangerous objects from being transported onto an aircraft.
- Identified unusual conditions or behavior in a constantly changing environment when screening accessible property and individuals.
- Prevented unauthorized access into the sterile area at the entry and exit points.
- Recognized suspicious, fraudulent or expired documents as a Certified Travel Document Checker.
- Utilized x-ray equipment, explosive trace detection systems and walk-through metal detectors.

**Education:** (b)(6)



Bachelor's

Master's

**References:**

| Name | Employer | Title | Phone | Email |
|------|----------|-------|-------|-------|
| | Citizenship and Immigration Services | Supervisor | | |
| | Citizenship and Immigration Services | Supervisor | | |
| | Citizenship and Immigration Services | Supervisor | | |
| | Citizenship and Immigration Services | Supervisor | | |
| | Transportation Security Administration | Supervisory Coordination Center Officer TSA | | |
| | Transportation Security Administration | Explosives Detection Canine Handler | | |

**Additional Information:** (b)(6)

- Type 55-60 WPM.
- Fluent in both English and Spanish.
- Extensive knowledge in Microsoft Software; Word, PowerPoint, Excel and Outlook

5

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.

**Series: 1801**                                    (b)(6)

**Grade: 12**

Status: NS

Status: NS

Status: NS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NS

CASTRO, DAVEYBA

Telephone

Email:

Status: NS

Status: NS

Status: NS

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NS

Status: WC

Status: NS

Status: NS

Status: NS

Status: FR

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

(b)(6)

Status: NS

Status: NS

Status: NS

Status: NS

Status: NS

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified – Competitive Merit Promotion\*\*

(b)(6)

Status: NS

Status: WC

Status: NS

Status: NS

Status: NS

Status: NS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*


As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.


**Series: 1801**

**Grade: 12**

(b)(6)

Status: NS

Status: NS

Status: NS

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

(b)(6)

Status: DO

CASTRO DAVEYRA

Telephone

Email:

EOD:
09/12/202
1

Status: HIRE

Status: DO

Status: NS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

(b)(6)

Status: NS

Status: WC

Status: NS

Status: NS

Status: FR

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

(b)(6)

Status: NS

Status: NS

Status: NS

Status: WC

EOD:
11/07/202
1

Status: DO

Status: NS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*



Status: NS

Status: NS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

# EXHIBIT D

Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010



U.S. Citizenship
and Immigration
Services  COW 2022 003396

COW2022003396



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

November 22, 2023

Richard Jackson
1023 25th Avenue
Bellwood, IL 60104

**COW2022003396**

                    RE: *1:23-cv-04371 / Jackson*

Dear Richard Jackson,
This is in response to the above captioned Freedom of Information Act/Privacy Act (FOIA/PA)
request received in this office on July 12, 2022, seeking information relating to Job Announcement
# OFM-2022-0002.

We conducted a search utilizing terms and criteria that you provided in the request and searched
USCIS Program Offices and files where we reasonably believed responsive records likely would be
located. After compiling responsive records, we reviewed and processed the records pursuant to FOIA
and its implementing regulation, 6 C.F.R. Part 5. We have identified **49** pages that are responsive to your
request. We have determined to release **2** pages in their entirety, and we are releasing **47** pages in part
except those portions that are appropriately exempt pursuant to 5 U.S.C. § 552 (b)(2), and (b)(6), of the
FOIA.

Exemption (b)(2) as applied by USCIS protects predominantly internal rules, procedures and
guidelines, the disclosure of which would present reasonably foreseeable harm to an interest of the
United States, such as a significant risk of circumvention of statutes or agency regulations.  The types
of documents and/or information we have withheld under this exemption may consist of operating
rules, guidelines and techniques for identifying law-violators, internal agency security techniques, law
enforcement training procedures, or guidelines and manuals of procedures for examiners and
adjudicating officers.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel,
medical and similar files where the disclosure of such information would constitute a clearly unwarranted
invasion of personal privacy.  The types of documents and/or information that we have withheld may
consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home
addresses, dates of birth, or various other documents and/or information belonging to a third party that are
considered personal.

**COW2022003396**

I note that this matter is in litigation.  If you have any questions about our response, please contact Jonathan Haile, United States Attorney at Jonathan.Haile@usdoj.gov.

Sincerely,

Jarrod Panter
Acting Chief FOIA Officer
Freedom of Information & Privacy Act Unit

**Lester Tinoco Molina**          (b)(6)

## SKILL SUMMARY:

Proficient in report preparation, experienced user with: Microsoft Word, Excel, PowerPoint.
Highly experienced in written correspondence, great customer service and interpersonal skills.
Knowledgeable in general office skills and front office operations.
Proficient in typing plan, schedule meetings, appointments, and professional presentations.
An articulate communicator; skilled in engaging team members and audiences.
Experienced with USCIS applications: USCIS ELIS, TECS, SharePoint, ICMS
Claims/C-3, RAILS, EDMS, STACKS, CITRIX, CIS 2, TECS by ELIS.
A dynamic team leader; able to bring energy, enthusiasm, and humor to motivate team
members to achieve potential, meet goals and objectives.
Bilingual; Spanish

## EXPERIENCES:

**U.S. Citizenship and Immigration Services**
**Immigration Service Officer**
4220 Executive Circle Suite 1
Fort Myers, FL 33916
**02/2020 to Present GS-9**
02/2019 to 02/2020 GS-7
**Hours per week:** 40
Duties, Accomplishments and Related Skills:

- Conduct interviews and adjudicate Form I-485 (Adjustment of Status) and Form I-130 (Petition for Alien relative).
- Assist with USCIS community outreach program for the public, by answering questions and providing education on immigration laws, policies, and procedures.
- Review Form I-485 (Adjustment of Status) for Employment Based cases for eligibility of adjustment of status.
- Adjudicate Form I-485 (Adjustment of Status) for Special Immigrant Juvenile (SIJ) cases
- Responsible for interviewing applicants to elicit statements and assess credibility to make final determination on immigration benefits.
- Conduct examinations of law enforcement, USCIS databases and other records, review the information and identify individuals who are ineligible for benefits due to inadmissibility or security concerns related to public safety and national security.
- Complete resolution memo when needed and produce written assessments when referring a case to the Fraud Detection and National Security Department (FDNS).
- Review and adjudicate Form N-600 (Application for Certificate of Citizenship)
- Administer Oath of Allegiance for N-600 ceremonies.
- Serves as a Reviewer in the INSITE (Internal Self-Inspection Tracking and Evaluation).

- Grant Alien Documentation Identification and Telecommunication (ADIT) stamp as temporary evidence of lawful permanent resident to Legal Permanent Resident (LPRs) or Asylum stamps when applicable; based on the laws, policies, and regulations of the agency.
- Verify eligibility for the grant of Military Parole in Place through scheduling fingerprints, conducting security checks: law enforcement and USCIS. Update appropriate system (ICMS) by creating an application receipt.
- Process I-131 applications and petitions for Advance Parole document for applicants that meet the requirements of an emergency and emergent situations. Gather and analyze submitted documentation as well as elicit statements through follow-up questions to determine the truthfulness and validity of their claim. Produce Travel Document (I-512) following security guidance and established operating procedures.
- Use a variety of electronic systems to verify the status of applications and eligibility of benefits for individuals requesting case status.
- Work effectively with others within the workforce, service centers and other agencies.
- Actively listen and assist customers, applicants, and petitioners regarding immigration related benefits in order to provide accurate responses and useful information. It requires having to conduct research of databases, analyze multiple sources of information and verify documents for authenticity.
- Proficient using Service Records Management Tool (SRMT) to respond to customers inquiries in a timely manner, addressing specific immigration related issues in compliance with privacy laws and policies, safeguarding confidentiality.
- Conduct searches of law enforcement databases, USCIS databases and other records, review the information provided and identify individuals with security concerns related to public safety and national security, complete resolution memos when needed.

**U.S. Citizenship and Immigration Services**
**Immigration Service Assistant (AO)**
4220 Executive Circle Suite 1
Fort Myers, FL 33916
**06/2018 to 02/2019**   GS-7
**06/2017 to 06/2018**   GS-6
**Hours per week:** 40
**Series:** 1802 **Pay Plan:** GS **Grade:** 7
Duties, Accomplishments and Related Skills:

- Supported the adjudication process by conducting TECS background security checks in accordance with all applicable DHS/USCIS laws and policies, supporting USCIS Officers, managing correspondence, maintaining customer support, processing documents, performing analysis on files and reports and information systems and databases.
- Prescreened immigration forms: Petition for Alien Relative (I-130), Application for Naturalization (N-400), Application for Adjustment of Status (I-485), Naturalization Hearings (N-336) for accuracy, completeness of initial supporting documentation, and eligibility for benefit.
- Assisted the needs of Immigration Services Officers by translating for numerous types of interviews.
- Performed other duties as assigned.

- Verified information; tracking responses to request for additional evidence; managing files; reviewing officers resolutions for accuracy; scheduled appointments; followed up to ensure process is completed; updated content; reviewed petitions to determine the nature of the request and determined the appropriate location for the petition to determine the nature of the request and determined the appropriate location for the petition to be adjudicated; assisting with prioritization of cases and workload distribution and identifying still-pending cases.
- Updated systems and databases to perform case management. Manage various electronic data tracking systems at both the national and local level. Complete all actions to ensure proper resolutions of issues, problems, and errors.
- Operated word-processing software and hardware to produce, stored, and retrieved drafts of a variety of document types, i.e. reports, memorandums, and letters. Used software functions and spreadsheets to manipulate document text and data so that it conforms to existing office dictation and format standards.
- Assisted with USCIS information/Triage counter and answered questions for customers with different nationalities, cultures and ethnicities who are seeking a benefit.
- Assisted with triage of immigration applications and petitions using available electronic systems to verify numerous established data points and request for evidence.

**Supervisor:** [                    ]     (b)(6)

**Division of Alcoholic Beverages and Tobacco**
**Investigative Specialist II**

[                    ]     (b)(6)

Duties, Accomplishments and Related Skills:

- Accountable for conducting independently research, interpret and analyze a large extent of sources to include pertinent sections of the alcoholic beverages and tobacco laws and regulations, operating instructions, references and guidance contained in legislative history, precedent decisions, state and local laws in order to take correct course of action.
- Conducted thorough investigations of businesses for violations of Florida Statutes, laws and regulations.
- Granted or deny applications and petitions for an alcoholic beverage license submitted electronically or by paper to the agency.
- Used available electronic systems to process applications through established data points in order to make decisions and or determine appropriate forms, review and/or use, also update databases with appropriate information and decisions.
- Researched and wrote complex decisions, reports and correspondence.
- Conducted interviews of applicants to elicit statements and stablish credibility of benefits being sought by the applicant.
- Met, conducted one on one interviews, gather, report information and counsel business owners during inspections, investigations or complaints received by the agency.
- Assisted supervisors by collecting and analyzing information related to workflow, office procedures and control systems in support of program evaluations; respond to routine questions concerning administrative procedures and requirements.

(b)(6)

**Supervisor**

**Transportation Security Administration**
**Transportation Security Officer**

Duties, Accomplishments and Related Skills:

- Performed duties by operating various screening equipment and technology such as screening x-ray machines and explosive trace detection machines to identify dangerous objects in cargo, baggage and on passengers to prevent prohibited objects from being transported onto aircraft.
- Conducted physical searches and screening of passengers to include physical pat-downs and property searches.
- Interacted with the public, provide directions and respond to general and/or specific inquiries regarding the screening process.
- Maintained situational awareness and remain focus while working in a stressful environment, which includes many distractions such as noise from alarms, machinery and people.
- Able to make decisions under time pressure in order to preserve the ability to identify and locate potentially life threatening, mass destruction devices or suspicious individuals.
- Followed all applicable Standard Operating Procedures, policies and regulations demonstrating responsible and dependable behavior.

**Supervisor**

**Florida Highway Patrol**
**Regional Duty Officer**

Duties, Accomplishments and Related Skills:

- Received, collected information and entered phone calls from the public into law enforcement computer aided dispatch, dispatched troopers to automobile crashes as well as other state law enforcement officers to other calls for service.
- Monitored law enforcement safety and provide assistance, operated two-way radio system, NCIC/FCIC computer terminal and telephone while participating in the composing and disseminating of information through these communications systems to agency personnel, other law enforcement agencies and the public, identified individuals that pose a threat while maintaining accurate records as required by the agency and Florida Department of Law Enforcement.
- Conducted security and criminal history checks in accordance with all applicable Florida laws and policies and provided information to law enforcement officers.

(b)(6)

- Communicated information and messages to and from emergency sites, to law enforcement agencies, and to all other individuals or groups requiring notification.
- Responded to inquiries by phone and/or in writing, review and verify accuracy and completeness of reports and documents for supervisory review.

**EDUCATION:**

**Bachelor**

**Associate**

**OTHER LANGUAGES, RECOGNITIONS & ACCOMPLISHMENTS:**
1. Spanish: Proficient in Oral, Written and Reading
2.

# Daniel G. Sklenicka Jr.

(b)(6)

**EDUCATION:**

Bachelor

**SUMMARY:** Hardworking, detailed oriented individual with a desire to meet, and conquer new challenges. Proven leadership skills, with the ability to learn quickly, handle multifaceted tasks, and achieve deadlines. Excellent interpersonal skills, problem solving, oral, and written communications.

**PROFESSIONAL EXPERIENCE:**

**Department of Homeland Security**
**Immigration Services Officer II**
**05/27/2018- Present**
**40 Hours/Week**
**Des Moines, IA Field Office**
**Supervisor:**

- Adjudicate Form I-485, Application to Register Permanent Residence or Adjust Status while applying various sections of the law under the Immigration Nationality Act (INA).
- Adjudicate Form I-130, Petition for Alien Relative, to establish the existence of a relationship to certain alien relatives who wish to immigrate to the United States.
- Adjudicate Form I-751, Petition to Remove Conditions based on being granted conditional status through marriage to a U.S. citizen or lawful permanent resident.
- Adjudicate Liberian Refugee Immigration Fairness (LRIF), to certain Liberian nationals and eligible family members to obtain lawful permanent resident status.
- Adjudicate Form N-400, Application for Naturalization, while applying INA §312, INA §316, INA §318, INA §319, INA §328 and INA §329 to determine eligibility.
- Adjudicate Form N-600, Application for Certificate of Citizenship, by applying INA §301, INA §309, INA §320, and INA §321.
- Adjudicate Form N-336, Request for Hearing on a Decision in Naturalization Proceedings Under Section 336.
- Adjudicate Form I-290B, Notice of Appeal or Motion, to determine if an applicant is filing an appeal to the Administrative Appeals Office (AAO) or a motion to United States Citizenship and Immigration Services (USCIS).
- Prepare and process Form EOIR-29, Notice of Appeal to the Board of Immigration Appeals from a Decision of a DHS Officer.
- Conduct complex interviews with applicants and petitioners to determine credibility and analyze information gained from interviews.
- Verify applicant's identity, resolve identity and biographical differences in notification letters, identify and approve changes in applicant biographical data, and approve and process fingerprint waivers, through appropriate USCIS systems.
- Maintain a good working relationship with the Application Support Center (ASC) Site Supervisor & ASC Manager.
- Write well-organized, logical, complex legal decisions and opinions that are applicable to the facts of the case or which communicate to USCIS policies and procedures.
- Assisted the Des Moines Field Office in drafting and issuing over 12 Notices to Appear (NTA) to individuals who were found to be inadmissible or removable according to USCIS policies and procedures.
- Establish and maintain effective liaison with individual attorneys and accredited representatives regarding applicant's immigration benefits.
- Utilize various government systems to perform security checks in accordance with Department of Homeland Security (DHS)/USCIS laws and policies.

(b)(6)

- Served as the Des Moines Field Office Team Leader in assisting with same-day ceremonies, record duties, review of alien files, and provide assistance to other Immigration Service Officers on complex case review.
- Reviewed over 400 interview waived Employment-Based Form I-485 applications received from the Chicago Field Office, ensuring they were ready to adjudicate.
- Serve as the Des Moines Field Office Electronic Immigration System (ELIS) Guide by assisting USCIS ELIS users with issues and questions.
- Work with District Training Officers to coordinate, facilitate, and assist in conducting local ELIS training with the Des Moines Field Office.
- Attended ELIS Adjustment of Status (AOS) Train-the-Trainer to develop and provide future training to ELIS users throughout the Des Moines Field Office.
- Provided ELIS AOS training to the Des Moines Field Office and Oklahoma City Field Office.
- Participate in ELIS training events, to include the bi-weekly ELIS calls.
- Submitted over 20 fraud referrals to Fraud Detection and National Security (FDNS) during this time period.

**Department of Homeland Security**
**Immigration Services Officer I**
**03/19/2017- 05/27/2018**
**40 Hours/Week**
**Des Moines, IA Field Office**
**Supervisor:** (b)(6)

- Provided excellent customer service while maintaining confidentiality and professionalism to applicants of all nationalities and cultures.
- Assisted applicants at the INFOPASS counter inquiring about the status of their application and other miscellaneous questions concerning the immigration process of all USCIS form types.
- Adjudicated Form N-400, Application for Naturalization and Form N-600, Application for Certificate of Citizenship, through research of correspondence, pre-interview observations, conducting sworn statements, evidence submitted, history of Alien file, criminal history, and in person interview of the applicant.
- Adjudicated Form I-131, Military Parole-in-Place through observation of USCIS policy and law § INA 212(d)(5)
- Wrote complex legal decisions, denials, Notices of Intent to Deny, and issue Requests for Evidence.
- Detected and referred possible fraud cases for N-400 and N-600 applications to the FDNS for investigation.
- Provided assistance to U.S. Immigration and Customs Enforcement (ICE) through FDNS Immigration Officers and officials of other federal agencies in identifying individuals who pose a threat to national security.
- Served as the Congressional Liaison Specialist for the Des Moines Field Office, responsible for answering inquiries/questions regarding constituent's immigration status, while maintaining a professional image.
- Collaborated with Immigration Services Assistant's, Immigration Services Analyst's, and management in order to conduct audits of Alien files and applications within the Des Moines Field Office.
- Created and answered Service Request Management Tools (SRMT) to provide excellent customer service to applicants and attorneys on statuses of their applications.
- Volunteered for a Naturalization Ceremony at the St. Louis Field Office which consisted of over 700 applicants.
- Utilized various government systems to perform security checks in accordance with DHS/USCIS laws and policies.

**Department of Homeland Security**
**Immigration Services Assistant**
**02/22/2016-03/19/2017**
**40 Hours/Week**
**Supervisor:** (b)(6)

- Pre-screened over eight applications and submissions by USCIS customers for accuracy and completeness of initial supporting documentation
- Scheduled over 1,500 interview appointments, while communicating directly with applicants and their representatives.
- Responsible for the handling of difficult and complex phases of applications processing work including expeditious handling of special cases.
- Implemented a new strategy when prepping certificates for naturalization, which saved the records department over two hours of work.
- Scheduled over 2,000 applicants for naturalization ceremonies throughout the Des Moines Field Office jurisdiction.
- Successfully completed two audits within the records department in accounting of over 3,000 files within the records department, Immigration Customs Enforcement (ICE), and Homeland Security Investigations (HSI).
- Volunteered to assist with the tracking and maintenance of all fleet vehicles within the Des Moines Field Office.
- Assisted Immigration Services Officers with naturalization ceremonies to check in applicants becoming United States citizens.
- Utilize various government systems to perform security checks in accordance with DHS/USCIS laws and policies.

(b)(6)

**Additional Training and Achievements:**

- Over ten years of experience with Microsoft Office programs (Word, Excel, PowerPoint, Outlook)



(b)(6)

- Served as the backup fleet administrator for the Des Moines Field Office
- Served as the backup Emergency Management Coordinator (EMC) for the Des Moines Field Office

(b)(6)

| | |
|---|---|
| **From:** | |
| **To:** | |
| **Cc:** | |
| **Subject:** | Selection: S23-OFM-2021-0191 |
| **Date:** | Wednesday, December 15, 2021 2:13:00 PM |
| **Attachments:** | Declination - |

Good afternoon,

OFM would like to make the following selection:

SF-52: S23-OFM-2021-0191
Name: Maria Berrette
Grade: GS-12
VIN: OFM-2022-0002
Cert: OFM-2022-0002-CISSO-BQ-12
IPN: 2016005347

Alternate Selections:

AS1: Daniel Sklenicka, GS-12, OFM-2022-0002-CISSO-BQ-12
AS2:
AS3: Lester Tinoco-Molina, GS-11, OFM-2022-0002-CISSO-BQ-11

Declination/Failure to Reply:

Operations Support Specialist, Tampa District
U.S. Citizenship and Immigration Services
Office                    | Cell

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: OFM-2022-0002
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: OFM-2022-0002-CISSO-BQ-12
Certificate Location(s): Fort Myers, FL(US)
Name: MARIA BERRETTE



```
Name: MARIA C BERRETTE
SSN:                              (b)(6)
MIDX:
Address1:
Address2:
City:
State:
Country:
Post Code
Plus4:
Telephone 1:
Telepho
Email:
United States Citizen
Veterans' Preference:
Military Service Dates
Location(s) Applied to:
Series Applied To: 1801
```

**Announcement Number:** OFM-2022-0002

**Document Name:** USJOBSResume

**Name:** BERRETTE, MARIA

**AIDX:** 73892

(b)(6)

**Telephone 1:**

**Telephone 2:**

**Email:**

**November 19, 2021**

(b)(6)

Maria Cristina Berrette

(b)(6)

PROFESSIONAL

EDUCATION

*Juris Doctor,*

*Bachelor*

- 
- 

## EXPERIENCE

**Department of Homeland Security, United States Citizenship and Immigration Service, Fort Myers Field Office**
4220 Executive Circle, Suite 1, Fort Myers, Florida 33916
*Immigration Services Officer I,* September 29, 2019 — Present
Supervisor
Full Time- 40 Hours- Grade 9

- Adjudicate applications and petitions for immigration benefits. Grant and deny complex and highly sensitive applications and petitions for immigration benefits based on electronic or paper applications or petitions. Includes N-600, N-400, I-130, I-485 adjustment based on family, employment, special juvenile immigrants, Cuban Adjust Act, 245(i), I-751, I-601, I-212.
- Administer oath and conduct interviews of applicant and petitioner in a non-adversarial manner, elicit statements, assess credibility, and analyze information to identify facts that form the basis for a decision concerning eligibility for immigration benefits. Communicate effectively through interpreter and identify interpreter abuse or incompetence. Assess credibility after carefully questioning the applicant and any witnesses.
- Conduct research. Independently research, interpret, and analyze sections of law and regulations, operating instructions, documentary evidence, and other pertinent resources to apply to case.
- Use available electronic systems to process applications and petitions through verification of any established data points to make adjudicative decisions. Research and review information from law enforcement databases and other records, such as FBI Rap Sheets, to identify individuals who may pose a threat to national security or public safety or may be ineligible for benefits due criminality. Use USCIS background check protocols

(b)(6)

(b)(6)

Maria Cristina Berrette

to detect immigration fraud, national security, or public safety risks.
- Provide customer service to both internal and external customers.
- Provide assistance to applicants during InfoPass appointments including providing Alien Documentation and Telecommunication (ADIT) stamp on passport or I-94 record; provide Certified Copy of Naturalization Certificate; Process Emergency Advance Parole requests based on urgent humanitarian reasons; process Immigration Judge Grant request for permanent resident card and issue ADIT or asylum stamp; process Lost Immigrant Visa Packets; assist applicants with Locked MyUSCIS Accounts; collect payments and receipt forms; and verify applicant's identity to provide A-Number.
- Provide assistance on resolving elevated inquiries regarding immigration services and benefits through Service Request Management Tool (SRMT) and respond to submissions within established timelines, including change of address requests; requests to reschedule appointment, requests regarding a notice, card, or other document that was not received; requests regarding a case outside of normal processing times; requests for accommodations; request for correction of a typographic error, and requests for Satisfactory Departure.
- Conduct N-600 Ceremonies.
- Capture and submit biometric data to verify applicants established identify through CPMS IVT.
- Translate documents from Spanish to English as needed. Interpret for colleagues and conduct interviews in Spanish.
- Plan and carry out the workload assignments in accordance with instructions, policies, previous training, and accepted practices.
- Volunteer Assignments
  o Emcee for Naturalization Ceremonies. Conduct Naturalization Ceremonies by greeting applicants and administering Oath of Allegiance.
  o Application Support Center (ASC) back-up. Establish good working relationship with ASC Site Supervisor and staff. Verify applicants' identity, reconcile identity and biographical differences in appointment letters, and identify and submit changes in applicant biographical data. Provided coverage at ASC during change in operating hours.
  o Participated in Let's Talk About Naturalization Workshops as interpreter August 26, 2020

(b)(6)

Maria Cristina Berrette

- o Participated in Virtual USCIS Fort Myers Naturalization Information Session March 30, 2021 and volunteered for future dates.
- o OFM FY 2022 Sunshine Committee Member
- o OFM FY 2022 Training Committee Member
- o Volunteered OFM Back-up Congressional ISO
- o Volunteered OFM FY 2022 USCIS Special Emphasis Program
- Accomplishments
  - o
  - o
  - o
  - o
  - o

**Department of Homeland Security, United States Citizenship and Immigration Service, Miami Field Office**
8801 NW 7ᵀʰ Avenue, Miami, Florida 33150
*Immigration Services Officer II, April 15*, 2019 — September 28, 2019
Supervisor
Full Time- 40 Hours- Grade 12

- Adjudicated applications and petitions for immigration benefits. Granted and denied complex and highly sensitive applications and petitions for immigration benefits based on electronic or paper applications or petitions. Included N-400, I-130, I-485 adjustment based on family, employment, Cuban Adjust Act, 245(i), I-751, I-601, I-212.
- Administered oath and conducted interviews of applicant and petitioner in a non-adversarial manner, elicit statements, assess credibility, and analyze information to identify facts that form the basis for a decision concerning eligibility for immigration benefits. Communicated effectively through interpreter and identified interpreter abuse or incompetence. Assessed credibility after carefully questioning the applicant and any witnesses.
- Conducted research. Independently researched, interpreted, and analyzed sections of law and regulations, operating instructions, documentary evidence, and other pertinent resources to apply to case.
- Used available electronic systems to process applications and petitions through verification of any established data points to make adjudicative decisions. Researched and reviewed information from law enforcement databases and other records, such as FBI Rap Sheets, to identify individuals who may pose a threat to

Page **3** of **7**

(b)(6)

(b)(6)

Maria Cristina Berrette

national security or public safety or may be ineligible for benefits due criminality. Used USCIS background check protocols to detect immigration fraud, national security, or public safety risks.
- Provided customer service to both internal and external customers.
- Planned and carried out the workload assignments in accordance with instructions, policies, previous training, and accepted practices.

**Department of Homeland Security, United States Citizenship and Immigration Service, Refugee, Asylum & International Operations, Asylum Division**
1501 Biscayne Blvd., Suite 300, Miami, Florida 33132
*Asylum Officer*, August 05, 2018 — April 12, 2019
Supervisor
Full Time- 40 Hours- Grade 12
- Adjudicated all applications arising under various sections of the INA and makes determination of eligibility for benefits by analyzing facts, examining documents for authenticity, and performing research for cases under the jurisdiction of the Asylum Office.
- Applied asylum law under Section 208 of the INA to applicants already in the US who have been persecuted or fear they will be persecuted on account of their race, religion, nationality, membership in a particular social class or political opinion.
- Reviewed applications and supporting evidence as basis for determining jurisdiction and applicant's immigration status.
- Conducted research including researching the INA, case precedents, country conditions, documentary evidence, and authenticity of presented documents. Researched information from law enforcement databases and other records, such as FBI Rap Sheets, to identify individuals who may pose a threat to national security or public safety or may be ineligible for benefits due criminality. Use USCIS background check protocols to detect immigration fraud, national security, or public safety risks.
- Administered Oath and conducted interviews. Interviewed applicants represented by counsel, dependents, and witnesses in non-adversarial and sensitive manner, often through use of an interpreter, to elicit and clarify information bearing on the applicant's eligibility for the relief sought upon which decision is based on. Communicated effectively through an interpreter and identifies interpreter abuse or incompetence.

(b)(6)

(b)(6)

Maria Cristina Porrotto

Assessed credibility after carefully questioning the applicant and any witnesses.
- Wrote determinations. Created written record of the determination, containing a legal analysis in support of findings. When making a favorable determination, created documents granting the relief sought. When applicant did not warrant the relief sought, prepared decision documents and initiated issuance of charging documents that set forth the allegations and charges on which removability is based.
- Planned and carried out the workload assignments in accordance with instructions, policies, previous training, and accepted practices.

*Managing Partner*, February 2017 — July 2018

- 
- 


- 

- 

- 

**20th Judicial Circuit Office of the State Attorney**
*Assistant State Attorney*, May 2013 — January 2017
1045 Pratt Blvd, Labelle, FL 33972
Supervisor
Full Time-
- Represented the State of Florida in prosecution of criminal defendants in misdemeanor and felony offenses. Managed diverse

Page **5** of **7**

(b)(6)

(b)(6)



Maria Cristina Berrette

caseload with dockets including juvenile delinquency, mental health court, early intervention docket, and general felony from intake through trial.
- Prepared charging documents, motions, subpoenas, warrants, discovery answers, and all other documents related to the investigation and prosecution of criminal cases. Appeared in court for all criminal hearings and trials including jury and non-jury matters.
- Conducted extensive legal research, interpreted, and applied applicable law, court decisions, and other legal authority to facts of case. Investigated and researched factual basis of cases. Negotiated plea agreements. Conducted criminal background checks.
- Interviewed victims, witnesses, and law enforcement officers. Developed and maintained effective working relationships with defense attorneys, court personnel, and law enforcement.
- Presented evidence against defendant in jury and non-jury trial proceedings.
- Worked in teams and collaborated with associates to develop strategies and addressed complex legal issues. Directed work of legal assistants.

*Associate Attorney,*        *Law Clerk,*

Supervisor
Full Time –
- 
- 

- 

- 

Page 6 of 7

(b)(6)

(b)(6)

## Maria Cristina Berrette



*Student Advocate,*

Professor
Part Time

*Law Clerk,*

Supervisor
Part Time -

## LANGUAGES
- Fluent in Spanish

(b)(6)

Page 7 of 7

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.

(b)(6)

**Series: 1801**

**Grade: 11**

Status: AUNS

Status: AUNS

Status: AUNS

BERRETTE, MARIA

Telephone 1:
Telephone 2:

The certificates should be returned (b)(6) within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified – Competitive Merit Promotion\*\*

(b)(6)

Email:

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

(b)(6)

Status: DO

TINOCO MOLINA LESTER

Telephone
Telephone

Email:

EOD:
07/03/202
2

Status: SL

Status: AUNS

Status: AUNS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.

**Series: 1801**

(b)(6)

**Grade: 12**

Status: AUNS

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

Status: AUNS

(b)(6)

Status: AUNS

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNS

SKLENICKA Jr DANIEL

Telephone
Telephone

Email:

EOD:
06/19/202
2

Status: SL

Status: AUNS

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.

**Series: 1801**

(b)(6)

**Grade: 11**

Status: AUNS

Status: DP

Status: AUNN

BERRETTE, MARIA

Telephone 1
Telephone 2

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Email:

Status: AUNS

Status: AUNN

Status: AUNN

Status: AUNN

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

(b)(6)

Status: AUNS

TINOCO MOLINA LESTER

Telephone
Telephone

Email:

Status: AUNS

Status: AUNN

Status: AUNN

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*


As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.


**Series: 1801**                              (b)(6)

**Grade: 11**

Status: AUNS

Status: AUNS

(b)(6)


The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Maria Cristina Berrette**

**PROFESSIONAL**

**EDUCATION**

*Juris Doctor,*

*Bachelor*

**EXPERIENCE**

**Department of Homeland Security, United States Citizenship and Immigration Service, Fort Myers Field Office**

4220 Executive Circle, Suite 1, Fort Myers, Florida 33916

*Immigration Services Officer I,* September 29, 2019 – Present

Supervisor

Full Time- 40 Hours- Grade 9

Adjudicate applications and petitions for immigration benefits. Grant and deny complex and highly sensitive applications and petitions for immigration benefits based on electronic or paper applications or petitions. Includes N-600, N-400, I-130, I-485 adjustment based on family, employment, special juvenile immigrants, Cuban Adjust Act, 245(i), I-751, I-601, I-212.

Administer oath and conduct interviews of applicant and petitioner in a non-adversarial manner, elicit statements, assess credibility, and analyze information to identify facts that form the basis for a decision concerning eligibility for immigration benefits. Communicate effectively through interpreter and identify interpreter abuse or incompetence. Assess credibility after carefully questioning the applicant and any witnesses.

Conduct research. Independently research, interpret, and analyze sections of law and regulations, operating instructions, documentary evidence, and other pertinent resources to apply to case.

Use available electronic systems to process applications and petitions through verification of any established data points to make adjudicative decisions. Research and review information from law enforcement databases and other records, such as FBI Rap Sheets, to identify individuals who may pose a threat to national security or public safety or may be ineligible for benefits due criminality. Use USCIS background check protocols to detect immigration fraud, national security, or public safety risks.

Provide customer service to both internal and external customers.

(b)(6)



**Maria Cristina Berrette**    (b)(6)

Provide assistance to applicants during InfoPass appointments including providing Alien Documentation and Telecommunication (ADIT) stamp on passport or I-94 record; provide Certified Copy of Naturalization Certificate; Process Emergency Advance Parole requests based on urgent humanitarian reasons; process Immigration Judge Grant request for permanent resident card and issue ADIT or asylum stamp; process Lost Immigrant Visa Packets; assist applicants with Locked MyUSCIS Accounts; collect payments and receipt forms; and verify applicant's identity to provide A-Number.

Provide assistance on resolving elevated inquiries regarding immigration services and benefits through Service Request Management Tool (SRMT) and respond to submissions within established timelines, including change of address requests; requests to reschedule appointment, requests regarding a notice, card, or other document that was not received; requests regarding a case outside of normal processing times; requests for accommodations; request for correction of a typographic error, and requests for Satisfactory Departure.

Conduct N-600 Ceremonies.

Capture and submit biometric data to verify applicants established identify through CPMS IVT.

Translate documents from Spanish to English as needed. Interpret for colleagues and conduct interviews in Spanish.

Plan and carry out the workload assignments in accordance with instructions, policies, previous training, and accepted practices.

Volunteer Assignments

- Emcee for Naturalization Ceremonies. Conduct Naturalization Ceremonies by greeting applicants and administering Oath of Allegiance.

- Application Support Center (ASC) back-up. Establish good working relationship with ASC Site Supervisor and staff. Verify applicants' identity, reconcile identity and biographical differences in appointment letters, and identify and submit changes in applicant biographical data. Provided coverage at ASC during change in operating hours.

- Participated in Let's Talk About Naturalization Workshops as interpreter August 26, 2020

- Participated in Virtual USCIS Fort Myers Naturalization Information Session March

(b)(6)




**Maria Cristina Berrette**

30, 2021 and volunteered for future dates.

- o    OFM FY 2022 Sunshine Committee Member

- o    OFM FY 2022 Training Committee Member

- o    Volunteered OFM Back-up Congressional ISO

- o    Volunteered OFM FY 2022 USCIS Special Emphasis Program

Accomplishments



- o

- o

- o

- o

- o

**Department of Homeland Security, United States Citizenship and Immigration Service, Miami Field Office**

8801 NW 7Th Avenue, Miami, Florida 33150

*Immigration Services Officer II, April 15, 2019* – September 28, 2019

Supervisor

Full Time- 40 Hours- Grade 12

Adjudicated applications and petitions for immigration benefits. Granted and denied complex and highly sensitive applications and petitions for immigration benefits based on electronic or paper applications or petitions. Included N-400, I-130, I-485 adjustment based on family, employment, Cuban Adjust Act, 245(i), I-751, I-601, I-212.

Administered oath and conducted interviews of applicant and petitioner in a non-adversarial manner, elicit statements, assess credibility, and analyze information to identify facts that form the basis for a decision concerning eligibility for immigration benefits. Communicated effectively through interpreter and identified interpreter abuse or incompetence. Assessed credibility after carefully questioning the applicant and any witnesses.

Conducted research. Independently researched, interpreted, and analyzed sections of law and regulations, operating instructions, documentary evidence, and other pertinent resources to apply

(b)(6)

(b)(6)

**Maria Cristina Berrette**



to case.

Used available electronic systems to process applications and petitions through verification of any established data points to make adjudicative decisions. Researched and reviewed information from law enforcement databases and other records, such as FBI Rap Sheets, to identify individuals who may pose a threat to national security or public safety or may be ineligible for benefits due criminality. Used USCIS background check protocols to detect immigration fraud, national security, or public safety risks.

Provided customer service to both internal and external customers.

Planned and carried out the workload assignments in accordance with instructions, policies, previous training, and accepted practices.

**Department of Homeland Security, United States Citizenship and Immigration Service, Refugee, Asylum & International Operations, Asylum Division**

1501 Biscayne Blvd., Suite 300, Miami, Florida 33132

*Asylum Officer, August 05, 2018 – April 12, 2019*

Supervisor

Full Time- 40 Hours- Grade 12

Adjudicated all applications arising under various sections of the INA and makes determination of eligibility for benefits by analyzing facts, examining documents for authenticity, and performing research for cases under the jurisdiction of the Asylum Office.

Applied asylum law under Section 208 of the INA to applicants already in the US who have been persecuted or fear they will be persecuted on account of their race, religion, nationality, membership in a particular social class or political opinion.

Reviewed applications and supporting evidence as basis for determining jurisdiction and applicant's immigration status.

Conducted research including researching the INA, case precedents, country conditions, documentary evidence, and authenticity of presented documents. Researched information from law enforcement databases and other records, such as FBI Rap Sheets, to identify individuals who may pose a threat to national security or public safety or may be ineligible for benefits due criminality. Use USCIS background check protocols to detect immigration fraud, national security, or public safety risks.

Administered Oath and conducted interviews. Interviewed applicants represented by counsel, dependents, and witnesses in non-adversarial and sensitive manner, often through use of an interpreter, to elicit and clarify information bearing on the applicant's eligibility for the relief sought upon which decision is based on. Communicated effectively through an interpreter and identifies interpreter abuse or incompetence. Assessed credibility after carefully questioning the applicant and any witnesses.

Wrote determinations. Created written record of the determination, containing a legal analysis in support of findings. When making a favorable determination, created documents granting the

(b)(6)

**Maria Cristina Berrette**

relief sought. When applicant did not warrant the relief sought, prepared decision documents and
initiated issuance of charging documents that set forth the allegations and charges on which
removability is based.

Planned and carried out the workload assignments in accordance with instructions, policies,
previous training, and accepted practices.

*Managing Partner*

**20th Judicial Circuit Office of the State Attorney**

*Assistant State Attorney*, May 2013 – January 2017

1045 Pratt Blvd, Labelle, FL 33972

Supervisor

Full Time-

Represented the State of Florida in prosecution of criminal defendants in misdemeanor and felony
offenses. Managed diverse caseload with dockets including juvenile delinquency, mental health
court, early intervention docket, and general felony from intake through trial.

Prepared charging documents, motions, subpoenas, warrants, discovery answers, and all other
documents related to the investigation and prosecution of criminal cases. Appeared in court for
all criminal hearings and trials including jury and non-jury matters.

Conducted extensive legal research, interpreted, and applied applicable law, court decisions, and
other legal authority to facts of case. Investigated and researched factual basis of cases.

Negotiated plea agreements. Conducted criminal background checks.

Interviewed victims, witnesses, and law enforcement officers. Developed and maintained

(b)(6)

**Maria Cristina Berrette**

effective working relationships with defense attorneys, court personnel, and law enforcement.
Presented evidence against defendant in jury and non-jury trial proceedings.
Worked in teams and collaborated with associates to develop strategies and addressed complex legal issues. Directed work of legal assistants.

*Associate Attorney*

Supervisor

*Student Advocate.*

Professor

*Law Clerk,*

Supervisor

(b)(6)



**Maria Cristina Berrette**

## LANGUAGES

Fluent in Spanish

\*\*Certificate Type: Best Qualified – Competitive Merit Promotion\*\*

As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.

**Series: 1801**                    (b)(6)

**Grade: 12**

Status: AUNS

Status: DP

BERRETTE MARIA

Telephone 1:
Telephone 2:

Email:

EOD:
01/02/202
2                              Status: SL

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNN

Status: AUNS

Status: AUNN

Status: AUNN

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNN

Status: AUNS

SKLENICKA Jr., DANIEL

Telephone 1:
Telephone 2:

Email:

Status: AUNS

Status: AUNN

Status: AUNN

Status: AUNS

The certificates should be returned within (b)(6) 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNN

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*


As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.


**Series: 1801**                               (b)(6)

**Grade: 12**

Status: AUNS

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive – Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

Status: AUNS

(b)(6)

Status: AUNS

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive – Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

(b)(6)

Status: AUNS

SKLENICKA Jr DANIEL

Telephone
Telephone

Email:

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

# FT. MYERS FIELD OFFICE

## IMMIGRATION SERVICES OFFICER 2 (Congressional) , GS-1801-11/12

(b)(6)    **Vacancy ID #  OFM-2022-0002**

| | Candidate Name | Contact Date | Contact # | Accept / **Decline** Interview | INTERVIEW | | POST INTERVIEW | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Date | Time | Date | Time |
| 1. | | 12/2/2021 | | Accept | 12/9/2022 | 7:45 AM | | |
| 2. | | 12/2/2021 | | Decline | | | | |
| 3 | Berrette, Maria | 12/2/2021 | | Accept | 12/9/2022 | 9:15 AM | | |
| 4 | | 12/2/2021 | | Accept | 12/9/2022 | 10:15 AM | | |
| 5 | | 12/2/2021 | | Accept | 12/9/2022 | 11:00 AM | | |
| 6 | | 12/2/2021 | | Accept | 12/9/2022 | 12:25 PM | | |
| 7 | Sklenicka Jr., Daniel | 12/2/2021 | | Accept | 12/9/2022 | 1:10 PM | | |
| 8 | Tinoco-Molina, Lester | 12/2/2021 | | Accept | 12/9/2022 | 2:10 PM | | |
| 9 | | 12/2/2021 | | Accept | 12/9/2022 | 2:55 PM | | |

(b)(6)

### *** NOTE: If a candidate declines please attach a signed declination form ***

| RESUME PANEL MEMBERS | INTERVIEW PANEL MEMBERS | DATES OF INTERVIEW |
|---|---|---|
| 1. Diane Zedde | Marissa Arevalo | 9-Dec-21 |
| 2. Michelle Ramos | Kristi West | 9-Dec-21 |
| 3. Gerald Evans | Michael Blum | 9-Dec-21 |

## Candidates Scoring Sheet

**FT. MYERS FIELD OFFICE**  (b)(2) (b)(6)

**IMMIGRATION SERVICES OFFICER 2 (Congressional) , GS-1801-11/12**

**Vacancy ID #  OFM-2022-0002**

| | Berrette, Maria | | Sklenicka Jr., Daniel | Tinoco-Molina, Lester |
|---|---|---|---|---|

**Marissa Arevalo**                    Date:  **12/9/2021**

**Scoring For Interview Questions:**

**0 = Failed to Respond to the Question or Failed to Address the Question; 1 = Unsatisfactory Response; 2 = Minimally Satisfactory Response;**
**3 = Acceptable Response; 4 = Excellent Response; 5 = Oustanding Response**

**TOTAL SCORE**

(b)(2) (b)(6)

As of 9/13/2011

## Candidates Scoring Sheet

(b)(2) (b)(6)

**FT. MYERS FIELD OFFICE**

**IMMIGRATION SERVICES OFFICER 2 (Congressional) , GS-1801-11/12**

**Vacancy ID #  OFM-2022-0002**

| | Berrette, Maria | | | Sklenicka Jr., Daniel | Tinoco-Molina, Lester | |
|---|---|---|---|---|---|---|

**Kristi West**                                          Date:   12/9/2021

**Scoring For Interview Questions:**

**0 = Failed to Respond to the Question or Failed to Address the Question; 1 = Unsatisfactory Response; 2 = Minimally Satisfactory Response; 3 = Acceptable Response; 4 = Excellent Response; 5 = Oustanding Response**

**TOTAL SCORE**

(b)(2) (b)(6)

As of 9/13/2011

**Candidates Scoring Sheet**

(b)(2) (b)(6)

**FT. MYERS FIELD OFFICE**

**IMMIGRATION SERVICES OFFICER 2 (Congressional) , GS-1801-11/12**

**Vacancy ID #  OFM-2022-0002**

| | Berrette, Maria | | Sklenicka Jr., Daniel | Tinoco-Molina, Lester | |
|---|---|---|---|---|---|

**Michael Blum**                                   Date:  12/9/2021

**Scoring For Interview Questions:**
0 = Failed to Respond to the Question or Failed to Address the Question; 1 = Unsatisfactory Response; 2 = Minimally Satisfactory Response;
3 = Acceptable Response; 4 = Excellent Response; 5 = Oustanding Response

| TOTAL SCORE | |
|---|---|

(b)(2) (b)(6)

As of 9/13/2011

# COMBINE TOTAL SCORES

**FT. MYERS FIELD OFFICE**

**IMMIGRATION SERVICES OFFICER 2 (Congressional) , GS-1801-11/12**

(b)(2) (b)(6)

**Vacancy ID #  OFM-2022-0002**

| | Berrette, Maria | | Klenicka Jr., Daniel | inoco-Molina, Lester |
|---|---|---|---|---|

**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question; 1 = Unsatisfactory Response; 2 = Minimally Satisfactory Response; 3 = Acceptable Response; 4 = Excellent Response; 5 = Outstanding Response

| | | |
|---|---|---|
| **Total Interview Score** | | |
| **Resume Matrix Scores** | | |
| **Skillset Exercise Scores** | | |
| **Writing Assessment Scores** | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL SCORE** | | | | | | | | | |
| **RECOMMENDATION** (#1, #2 & #3) | | | | | | | | | |

(b)(2)    (b)(6)

# EXHIBIT E

Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010



U.S. Citizenship
and Immigration
Services  GOW 2022003399

**COW2022003399**



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

November 22, 2023

**COW2022003399**

Richard Jackson
1023 25th Avenue
Bellwood, IL 60104

RE: *1:23-cv-04371 / Jackson*

Dear Richard Jackson,

This is in response to the above captioned Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office on July 12, 2022, seeking information relating to Job Announcement #**S22-2021-0007**.

We conducted a search utilizing terms and criteria that you provided in the request and searched USCIS Program Offices and files where we reasonably believed responsive records likely would be located. After compiling responsive records, we reviewed and processed the records pursuant to FOIA and its implementing regulation, 6 C.F.R. Part 5. We have identified **300** pages that are responsive to your request. We have determined to release **2** pages in their entirety, and we are releasing **298** pages in part except those portions that are appropriately exempt pursuant to 5 U.S.C. § 552 (b)(2) (b)(5), and (b)(6), of the FOIA.

Exemption (b)(2) as applied by USCIS protects predominantly internal rules, procedures and guidelines, the disclosure of which would present reasonably foreseeable harm to an interest of the United States, such as a significant risk of circumvention of statutes or agency regulations. The types of documents and/or information we have withheld under this exemption may consist of operating rules, guidelines and techniques for identifying law-violators, internal agency security techniques, law enforcement training procedures, or guidelines and manuals of procedures for examiners and adjudicating officers.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency. The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information that we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

**COW2022003399**

I note that this matter is in litigation.  If you have any questions about our response, please contact Jonathan Haile, United States Attorney at <u>Jonathan.Haile@usdoj.gov</u>.

Sincerely,

Jarrod Panter
Acting Chief FOIA Officer
Freedom of Information & Privacy Act Unit

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.

**Series: 1801**

**Grade: 11**

(b)(6)

Status: NN

BIKRI, IHSANE

Telephone

Email:

EOD:
09/26/202
1

Status: HIRE

Status: NN

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NN

Status: NN

HAZZARD, TENIKA

Telephone

Email:

EOD:
09/26/202
1

Status: HIRE

Status: NN

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NN

Status: NN

Status: NN

OLUMOKO, OLUWATOYIN

Telephone

Email:

EOD:
10/10/202
1

Status: HIRE

Status: NN

Status: NN

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

(b)(6)

Status: NN

Status: NN

TARAWALLY, ADAMA

Telephone

Email:

EOD:
09/26/202
1

Status: HIRE

Status: NN

Status: NN

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*

As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.

**Series: 1801**                    (b)(6)

**Grade: 12**

Status: NN

Status: NN

Status: NN

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*

(b)(6)

Status: NN

Status: NN

Status: NN

Status: NN

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*

(b)(6)

Status: NN

Status: NN

Status: NN

Status: NN

Status: NN

Status: NN

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

(b)(6)



Status: NN

Status: NN

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.

**Series: 1801**                    (b)(6)

**Grade: 11**

Status: NN

Status: NN

Status: NN

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

(b)(6)

Status: NN

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*


As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.


**Series: 1801**

**Grade: 09**                                    (b)(6)

Status: NN

Status: NN

(b)(6)


The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.

**Series: 1801**

**Grade: 12**

(b)(6)

Status: NN

Status: NN

Status: DO

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NN

Status: NN

Status: NN

Status: NN

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NN

Status: NN

Status: NN

Status: NN

Status: NN

Status: NN

Status: NN

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NN

Status: NN

Status: NN

Status: NN

Status: NN

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.

**Series: 1801**

**Grade: 09**                                  (b)(6)

BIKRI, IHSANE

Telephone 1:

Email:

Status: NN

Status: NN

Status: NN

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

Status: DO

Status: NN

Status: NN

Status: NN

HAZZARD, TENIKA

Telephone

Email:

Status: NN

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NN

Status: NN

Status: NN

Status: NN

Status: NN

OLUMOKO, OLUWATOYIN

Telephone

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: NN

Status: NN

Status: NN

TARAWALLY, ADAMA

Telephone

Email:

Status: NN

Status: NN

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

# Adama Tarawally

**Education**

Bachelor
Minor

**Experience**

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Baltimore Field Office**
**3701 Koppers St Baltimore, MD 21227**
*Immigration Services Officer (GS-1801-09, Step 01),* **July 22, 2019 - Current**
**Supervisor:**

- Worked 40+ hours a week, $57,510.00 per year.
- Processed the following form types including, but not limited to: N400, I-751, I-485 (family and employment based), I-601A and I-212.
- Conducted security checks and eligibility review for the Principal Applicant as well as any Derivatives using DHS systems to determine prima facie eligibility, or the initial burden of proof needed to qualify for an interview.
- Composed lengthy and detailed Request for Evidence letters for applicants with deficient claims or evidence, clearly stating the reasons for their deficiencies and how they may overcome them.
- Researched and interpreted sources including, but not limited to: immigration laws and regulations, standards of procedures, legislative history, precedent decisions, processing guides, policy memorandums, and other legal references in order to follow the correct course of action.
- Utilized legal references such as the INA, state and local laws, international treaties and others in order to determine the correct course of action.
- Served at the information counter where my duties included:
  - Answering general and case-specific immigration questions,
  - Processing form,
  - Issuing I-551 stamps,
  - Issuing certified naturalization certificate copies, and
  - Issuing I-94 cards for asylees and IJ grants.
- Provided direct and continuing assistance to FDNS, U.S. Immigration and Customs Enforcement (ICE) and other federal agencies by identifying fraudulent and suspicious applications for further resolution and identifying individuals who pose a threat to national security and public safety.
- Utilized discretion and examined the totality of the circumstances to approve or deny applicants.
- Worked with team members from various backgrounds and experience levels and used the knowledge learned from team members to become a better team member and provide better services to applicants.
- Received signatory authority to be able to issue most of my decisions without supervisory review.
- Assisted team members by answering their questions or giving them the necessary resources.

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Baltimore Field Office**
**3701 Koppers St Baltimore, MD 21227**
*Immigration Services Officer (GS-1801-07, Step 01),* **July 23, 2018 - July 22, 2019**
**Supervisor:**

- Worked 40+ hours a week, $45,972.00 per year.
- Processed the following form types including, but not limited to form N400, form I-751, form I-485 (family and employment based), form I-601A and form I-212.

- Conducted security checks and eligibility review for the Principal Applicant as well as any Derivatives using DHS systems to determine prima facie eligibility, or the initial burden of proof needed to qualify for an interview.
- Composed lengthy and detailed Request for Evidence letters for applicants with deficient claims or evidence, clearly stating the reasons for their deficiencies and how they may overcome them.
- Researched and interpreted sources including, but not limited to: immigration laws and regulations, standards of procedures, legislative history, precedent decisions, processing guides, policy memorandums, and other legal references in order to follow the correct course of action.
- Utilized legal references such as state and local laws, international treaties and others in order to determine the correct course of action.
- Served at the front desk where my duties included:
    - Answering general and case-specific immigration questions,
    - Processing form I-131,
    - Issuing I-551 stamps,
    - Issuing certified naturalization certificate copies, and
    - Issuing I-94 cards for asylees and IJ grants.
- Provided direct and continuing assistance to FDNS, the U.S. Immigration and Customs Enforcement (ICE) and other federal agencies by identifying fraudulent and suspicious applications for further resolution and identifying individuals who pose a threat to national security and public safety.
- Utilized discretion and examined the totality of the circumstances to approve or deny applicants.
- Worked with team members from various backgrounds and experience levels and used the knowledge learned from team members to become a better team member and provide better services to applicants.

(b)(6)

**Senior Advisor**

**Technical Advisor,**

**Fieldwork Intern,**

TARWALLY, ADAMA Y pg. 2

(b)(6)

(b)(6)



*English Teacher.*

*Intern*

*Sales Associate.*

(b)(6)

TARWALLY, ADAMA Y pg. 3

(b)(6)

*Arabic Tutor*

*Arabic Tutor.*

*Administrative Assistant.*

**Other Involvement**

**USCIS Mentoring Program (February 2021 - Present)**
- Served as a mentee in order to continue to build my skills in order to become a better team member and provide better services to applicants.
- Currently working on a project to assist all Immigration Services Officers in adjudication.

(b)(6)

TARWALLY, ADAMA Y pg. 4

(b)(6)

## Skills

**Language(s):** Arabic (Advanced), English (Superior), French (Novice), Krio (Advanced)
**Computer:** PC Operating Systems, Microsoft Excel, Microsoft PowerPoint, Windows Movie Maker, Internet, Mac Operating Systems, IRC systems, Email
**Other:** Teamwork, customer service, leadership, organization, ability to work in high-stress environments, working with people of all ages and backgrounds,

content management, data Analysis, event planning, research, negotiation

## Honors/Awards

## Interests

(b)(6)

TARWALLY, ADAMA Y pg. 5

(b)(6)

**Toyin M. Olumoko**

Proven professional with extensive experience in Ethics & Compliance, Legal, Office Administration and Project Management. Recognized for creating and maintaining relationships across organizations and aiding in delivering superior business results. Political savvy team builder with highly effective communication, motivational and management skills. Passionate about leading the promotion of a strong compliance culture throughout businesses.

**Areas of Expertise:**
Compliance Subject Matter Expert; Immigration and Litigation Legal Experience Corporate and Securities; Tort; Strong understanding and interpretation of Federal and State laws and regulations.

**Work Experience:**
**Department of Homeland Security – USCIS - San Francisco, CA**                    Nov 25, 2019 – Present
**Series: 1801 Pay Plan: GS Grade: 9**
**Immigration Services Officer**

- Perform preliminary review and examination of petitions and applications for immigration benefits utilizing necessary immigration laws, policies, and procedures to perform proper adjudication.
- Independently interpret and research an extensive range of sources, including complex immigration regulations, policies and laws, legislative history, precedent decisions, operating instructions, and other legal immigration references.
- Conduct applicant interviews, elicit testimonial evidence; analyze testimony and measure credibility; potentially identify immigration fraud and determine applicant's eligibility for immigration benefits sought. Disseminate knowledge to customers and trouble-shoot case-specific and general immigration questions presented by applicants during in-person interviews and resolve issues.
- Process immigration petitions and applications using accessible electronic systems to validate numerous recognized data points.
- Review and investigate applicant immigration history, documents and background security checks utilizing various programs and platforms. Effectively manage and protect highly sensitive information. Identify and articulate fraud referrals to FDNS for further investigations.
- Produce legally sufficient written decisions that are clear, concise, organized and neutral in tone.
- Deliver direct and ongoing support to various Federal agencies in identifying certain individuals who may pose a threat to public safety and national security.
- Determine whether applicants seeking U.S. citizenship through naturalization had lawful admissibility during time of adjustment and legally entered the United States, which may affect their eligibility for further benefits. Determine whether it is necessary to remove, or deport certain lawful permanent residents from the United States.
- Review and analyze responses to requests for evidence and determine its responsiveness to the request.
- Routinely analyze complex problems, recognizing solutions, identifying trends and patterns, and gather pertinent data. Plan and organize work methodically to ensure projects are completed timely. Draw conclusions for case decisions through recommendations and analytical reasoning.
- Communicate clearly, both written and oral, and deliver excellent customer service to external customers and those internally within the agency through group collaboration.

**Consultant -**

(b)(6)

**Project/Compliance Manager**

**Project/Compliance Manager –**

**Ethics and Compliance (E&C) Officer**

(b)(6)

(b)(6)

**Corporate and Securities – Paralegal**

**Immigration Paralegal**

- Prepared and filed immigrant and non-immigrant visa petitions with the United States Citizenship and Immigration Services and the Department of Labor.
- Developed skills and familiarity with H-1B, H-2, H-3, B-1, F-1, G-1B, L, J-1, PERM, I-130, I-140, I-485, TN petitions.
- Assisted Partner with client interviews, development of necessary case strategies and preparation of all required documentation.
- Researched complex immigration and government regulations as well as relevant case law to support client cases. Tracked case progress through the necessary stages of legal review.
- Managed database of over 200 clients and maintained spreadsheets with highly sensitive information.

**Litigation Caseworker**

(b)(6)

(b)(6)

**Education:**

- JD

BSc:

**USCIS Immigration Services Officer BASIC Academy Graduate**, Academy Training Center -

**Skills:**

Strong knowledge of MS Word, Excel, Access, Publisher, PowerPoint, Outlook

Proficient with iManage, Relativity, Summation, Concordance, Diligent, Aderant, OnBoard, Adobe Acrobat, Westlaw and Lexis/Nexis, SPSS, JASP; ELIS, CPMS, RAILS, EDMS, ECHO, PCQS, ADIS, SRMT, CLAIMS4, ICMS, TECS, FDNS-DS, EAGLE, eSTAT, Q-FLOW, CONCUR, PALMS, WebTA, Citrix

Currently maintain

**Languages:**

English, Italian and French

(b)(6)

(b)(6)

# Tenika Hazzard

**AVAILABILTY**
**Job Type**:                     Permanent
**Work Schedule**:         Full-Time

**Desired locations**:

 **Experience**:

**United States Citizenship and Immigration Service**
Atlanta, Georgia
2/05/21- Present
Salary 59,000
Grade: GS 7 Step10
Hours per week- 40
**Immigration Service Assistant O/A**
**Supervisor:**

- Review submitted petitions and applications for accuracy and completeness.
- Manage and analyze written inquiries request and final decisions according to agency procedures.
- Review and analyze files and databases.
- Initiate security checks for submitted applications.
- Maintain compliance with established procedures for file management.
- Manage systems to ensure they are current and accurate and ensure processes are completed.
- Process and transfer out Incoming I-290 B applications.
- Assist customers and management at Triage window.
- Perform Weekly Quality Assurance Evaluations for contract Employees.
- Process Receipt of I-212 applications.
- Complete Routine Field Office file audits.

**United States Citizenship and Immigration Service**
Peter Rodino Federal Building Newark, New Jersey 07102
08/17/19- 02/05/21
Salary 62,000
Grade: GS 9 Step 2
Hours per week- 40
**Immigration Services Officer**
**Supervisor**

- Interviewed applicants and petitioners to elicit information which can be used to assess credibility.
- Communicated with applicants and stakeholders about immigration procedures and policies.
- Updated various data systems and files with accurate contact information pertaining to the applicant or attorney.
- Collaborated with operation counsel to determine the most effective way of processing an applicant's case.
- Communicated and tracked the progress of each individual case to ensure operational goals are successful.
- Analyzed information contained in the file or electronic system to identify facts that can be the basis for deciding, the eligibility for immigration benefits.
- Independently researched and interpreted precedent decisions, statutes, regulations to adjudicate for an immigration benefit.
- Performed Security checks on each case and notified federal law enforcement and stakeholders if an individual was not eligible for an immigration benefit due to national security or public safety.
- Granted or rejected complex and highly sensitive applications and petitions for immigration benefits.
- Used and verified electronic database to make adjudicative decisions based on the level of the application being reviewed.
- Performed updates to the databases when deemed appropriate.
- Determined an applicant's credibility by analyzing evidence, reviewing judicial and administrative precedents and applying statutory requirement.


**United States Citizenship and Immigration Service**
Jacob Javits Federal Building. New York, NY 10278
11/13/16-02/19/2019
Salary 52,111
Grade: GS7 Step 4
Hours per week-40
**Immigration Service Assistant** (OA)
**Supervisor:**                                  (b)(6)

- Processed and Validated Time and Attendance for Immigration Services Officers.
- Completed Daily attendance report for Immigration Services Officer, Supervisors and Section Chiefs.
- Analyzed files ensuring they contained required security checks and or documents to adjudicate the case.
- Maintained compliance for file management and inventory systems.
- Assisted applicants with information and inquiries pertaining to application status and appointments.
- Conducted file search and report any suspected fraud to proper authorities.
- Prescreened various applications and submissions from applicants for accuracy and eligibility for benefits.

(b)(6)

- Managed and analyze incoming mail correspondence to include congressional correspondence.
- Assisted and created certificates for Naturalization Ceremony.
- Reviewed and analyze I-485, I-730, I-130, N600 and I- 485 VAWA applications.
- Scheduled appointments for various applications.

**United States Citizenship and Immigration Service**
Peter Rodino Federal Building Newark, New Jersey 07102
11/13/16-02/19/2019
Salary 52,111
Grade: GS 7 Step 4
Hours per week- 40
**Immigration Services Assistant** (OA)
**Supervisor**

- Assisted with the Naturalization ceremony and aid Applicants with the signing of their Naturalization Certificate.
- Interacted with the public to effectively explain information, policies and procedures, and give detailed instructions and information to applicants that are being naturalized.
- Provided technical and administrative support for the Naturalization department formulating written correspondence and coordinating schedules.
- Processed and print naturalization certificates for applicants that are approved to become United States Citizens.
- Utilized various computer systems and databases in order to complete the naturalization process of applicants.
- Processed Customer Service request that requires expedited and normal service.
- Evaluated and analyzed files for completeness and background check clearance prior to adjudication with an officer.
- Provided administrative support to managers, supervisors or staff members by assisting in the day-to-day management of the office's activities.
- Processed and schedule incoming military applicants for naturalization interview.
- Independently analyzed immigration laws, policies, and precedent decisions.
- Analyzed applicant information and documents to determine eligibility.

**Transportation Security Administration**
John F Kennedy International Airport, Jamaica, NY
11416 United States

**Lead Transportation Security Officer**
**Supervisor:**
**Okay to contact this Supervisor: Yes**

(b)(6)

- Processed and submitted payroll for officers on a weekly basis ensuring timely completion.
- Made adjustments and corrections to time and attendance sheets.
- Provided excellent customer service to Officers in a one on one setting environment.
- Performed Data entry of officer's training information: while making schedule adjustments.
- Processed incoming and outgoing mail.
- Maintained Files and records of employees.
- Trained and monitored newly hired officers and managed their information and progress with Supervisors.
- Applied Technology to Examine and analyze travel documents of passengers to verify authenticity, to gain access to the secured area.
- Effectively communicated orally screening information and directives to a diverse group of passengers upon entering the security checkpoint.
- Performed screening of passengers utilizing Body Image Scanner giving verbal cues and gestures to foreign nationals.
- Developed Incident reports and statements: in accordance with Transportation regulations.

(b)(6)

**Education:**

**B.A.**

**Relevant Skills;** Journalism Writing. Microsoft Power Point, Access, Excel, Word, Type 45 WPM.

**IHSANE BIKRI** (b)(6)

## PROFESSIONAL SUMMARY

Fully trained Immigration Services Officer with USCIS, expert in providing customer service in a fast-paced public facing work environment, operations Manager and

Possess a comprehensive background in process improvement and program management derived from the conduction of domestic and global operations. Accomplished measurable results while leading teams of 12+ directly and 300+ secondarily in dynamic, fast-paced environments and while positively impacting company culture. Demonstrated proficiency with Microsoft Office Suite including Word, Excel, and PowerPoint. Career supported by a Bachelor                    , a Master
Certification, and a                    certificate, and a Master
                              starting this fall        with the

(b)(6)

- Arabic | French | English
- Operations Analysis
- Performance Data Review

- Oral | Written Communication
- Strategic Problem Solving
- Policy Improvement

- Resource Allocation
- Teach | Coach | Mentor
- Equipment Management

## PROFESSIONAL EXPERIENCE

**Immigration Services Officer, Department of Homeland Security-USCIS Boston Field Office**

**(GS-9 Step 2)**                                                 **August 2019 – Present**

- FOD Employee Award Recognition
- Disability Accommodation Boston Field office POC
- Executive Office of Immigration Review (EOIR) Liason-Re-approve remanded cases by the Immigration Judge.
- Adjudicates many different immigration benefit applications and petitions, that is, making final determinations—grant or deny immigrations benefits—on the following Forms: Form N-400s, Form I-130s, Form I-751s, Form I-485s
- Conducts interviews to assess eligibility for immigration benefit applications and petitions using the Immigration & Nationality Act (INA), and the USCIS Policy Manual (PM).
- Communicates effectively with applicants and petitioners to elicit pertinent information necessary to establish eligibility for immigration benefits
- Assesses fraud indicators when reviewing immigration benefit applications and petitions and communicates with FDNS when necessary
- Produces written work, including decisions on immigration applications and petitions, that is proficient, legally sufficient, and grammatically correct
- Skillfully navigates USCIS systems of record to find pertinent information to assess eligibility for immigration benefits

- Independently researches the Immigration & Nationality Act (INA), accompanying statutory requirements, regulations, case law precedents, and USCIS policy to provide effective information and decisions to applicants and petitioners
- Conducts all security checks and screen applications for any fraud, criminal, or any terrorist related inadmissibility grounds (TRIG) activities in a timely manner
- Contacts and/or assists other governmental agencies such as Department of State (DOS), or other law enforcement agencies such as Homeland Security Investigation (HSI, and Custom and Border Patrol (CBP) to resolve applicants Immigration Benefits or to collect further information pertinent to their investigations.
- Offers exemplary customer service to USCIS applicants and petitioners, researching USCIS systems, providing answers to status inquiries, and issuing documents to those eligible
- Assists with developing new and efficient ways of working that benefit my team, the office, and the public.

(b)(6)

## EDUCATION | CERTIFICATION

**Master**

**Master**
**Bachelor**
**Project Management Professional (PMP);**

## INTERAGENCY LANGUAGE ROUNDTABLE TEST

**Modern Standard Arabic;** Reading 4
**Moroccan Arabic;** Listening 4+ / Speaking 4

## NOTABLE AWARDS

## PUBLICATIONS

## REFRENCES

**U.S. Department of Homeland Security**
Office of the District Director
2150 Parklake Drive NE
Atlanta, GA 30345



**U.S. Citizenship
and Immigration
Services**

# Selection Memorandum

| | |
|---|---|
| To: | Shineka C. Miller, Atlanta Field Office Director SHINEKA C MILLER  *Digitally signed by SHINEKA C MILLER Date: 2021.08.25 11:00:49 -04'00'* |
| From: | Teri A. Villarreal, Section Chief |
| Date: | August 25, 2021 |
| Re: | Recommendation for Immigration Services Officer (ISO-2) (Vacancy ID: S22-2021-0007) |

(b)(6)

[                              ] Adama Tarawally, Oluwotyin Olumuko, Ihsane Bikri, and Tenika Hazzard are recommended for the positions of Immigration Services Officer (ISO-2) for the Atlanta Field Office. An interview selection panel comprised of Section Chief Teri A Villarreal, (ATL), Supervisory Immigration Services Officer, Lesley G Larson, (CHL) and Supervisory Immigration Services Officer, Fausto Pimentel (JAC) participated on the interview panel which involved interviewing the highest-ranked candidates, of which there were 17.

Resume panel review members Field Office Director Shineka Miller (ATL), Supervisory Immigration Officer Ruth Marquez (ATL), and Supervisory Immigration Services Officer Lisa Mahmood (CHI) were selected to review and rate the candidates' resumes (34 in total) from HROC. The resumes were reviewed and ranked according to the following criteria: Adjudication Skills, Technical Skills, Customer Service Skills, Communications Skills, and Research and Analysis Experience. The top 17 candidates selected for interview were, in order of resume ranking: [                                                        ]

[                    ] withdrew and the remaining thirteen (13) candidates were interviewed.

The interview panel met individually with each candidate for up to 40 minutes and rated them on seven (7) oral interview questions relating to the following skills and abilities: Technical Proficiency, Teamwork and Cooperation, Communication, Representing the Agency, Customer Service, Understanding the Mission and Officer's Role, Identifying and Recognizing Fraud.

Each candidate interviewed was also given a FOD HQ approved Immigration Services Officer writing assessment question. They were given 1-hour in which to respond. Each panel member independently rated each candidate based on their writing assessment using the approved scoring matrix. The rankings from the resume matrix, interviews and writing sample were used to determine the ranking of the candidates.

(b)(6)

Each candidate was rated based on interviewer observations for Oral Communication, Motivation/Interest Level and Good Listener. The observations were scored based on a numerical rating system with (2) being outstanding, (1) Good and (0) for Poor. Supervisory recommendations were requested for the thirteen (13) candidates. The candidates were assigned a numerical rating based on their Supervisor's (Section Chief was substituted in the absence of a candidates' supervisor) recommendations. (Highly Recommend = 20 points, Recommend = 10 points, Not Recommended = 0 points).

The final ranking of candidates included total scores of the interview, resume matrix, writing sample, interviewer observations and supervisory recommendations.

(b)(6)       (b)(5)

The final ratings are shown below. The interview panel finds that the eight (8) candidates, [                              ] Adama Tarawally, Oluwotyin Olumuko, Ihsane Bikri, [                              ] and Tenika Hazzard to be the best qualified candidates. However, candidates [                    ] and [            ] are not being considered for the position based on the following reasons:

All interview matrix spreadsheets completed by the panel member have been provided to the lead panelist. The final interview matrix spreadsheet is available upon request.

(b)(6)    (b)(5)

2

(b)(2) (b)(5) (b)(6)

Candidate rankings:

| Candidate Names | Total Interview Score | Interviewer Observation Score (total) | Resume Matrix Score | Writing Sample Score | Supervisory Recommendation | Total Score | RECOMMENDATION (#1, #2 & #3) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Adama Tarawally | | | | | | | |
| Oluwotyin Olumuko | | | | | | | |
| Ihsane Bikri | | | | | | | |
| | | | | | | | |
| Tenika Hazzard | | | | | | | |

(b)(2) (b)(5) (b)(6)

**U.S. Department of Homeland Security**
U. S. Citizenship and Immigration Services
Greer Field Office
501 Pennsylvania Avenue
Greer, SC 29650



U.S. Citizenship
and Immigration
Services

## Interoffice Memorandum

To:          District S22

             Jaclyn M          Digitally signed by Jaclyn
                               M Williams
             Williams          Date: 2021.08.23 10:49:16
                               -04'00'

From:        Jaclyn Williams
             Field Office Director, Greer Field Office

Date:        August 23, 2021

Subject:     Recommendation for Immigration Services Officer, Level 2 (ISO2), Greer Field
             Office, Vacancy GRR-2021-0007

The Greer Field Office seeks to fill three vacant Immigration Services Officer, Level 2 (ISO2)
positions. Below is a detailed explanation of the processes used to identify candidates to fill
these vacancies.

A total of 37 candidates was certified eligible by the Human Resources Operations Center and
referred to the Greer Field Office for further consideration. First, a standardized resume
matrix was forwarded to a three-member panel (Gary Ford, Greer Field Office, Supervisory
Immigration Services Officer; Ann Jordan-Starks, St. Louis Field Office, Field Office Director,
and Vanessa Jenkins, Atlanta Field Office, Supervisory Immigration Services Officer) for
independent scoring of each resume.

The criteria used to vet the resumes were:

➢ Experience interviewing and adjudicating N400s, I485s, I130s, I751s, and other USCIS
  applications and petitions;
➢ Customer Service Skills: responding professionally to inquiries, representing the
  agency at ceremonies/outreaches, supporting positive outcomes with stakeholders;
➢ Research/Analysis: experience in conducing legal research and analyses to reach a
  satisfactory conclusion based on information available.
➢ Communication Skills: creating/drafting professional written correspondence and
  materials, professional verbal interactions with the public;
➢ Experience dealing effectively with individuals from diverse backgrounds, ethnicities,
  and cultures;
➢ Demonstrated grammar, punctuation, writing skills and presentation as evidenced in
  resume.

(b)(6)          (b)(5)

Based on resume scores, the top 13 highest-scoring candidates were invited to participate in telephonic interviews. Candidate [                    ] declined to interview. As such, 12 interviews were coordinated.

The interview panel consisted of Greer Field Office Director Jaclyn Williams, Supervisory Immigration Services Officer Jerry "Doc" Addison of the Memphis Field Office, and Field Office Director Jesselee Santos-Krider of the Columbus Field Office.  The interviews were conducted in 30-minute sessions using MS Teams over the course of August 18th and August 19th. The three panelists independently scored each candidate on 1) six oral interview questions, 2) interviewer observations from the interview (i.e., oral communication, motivation/interest level, and listening skills as exhibited in the interview), and 3) a writing sample submitted by the candidate. The writing prompt was issued at the conclusion of each interview with the candidates having one hour to respond. Each panelist tabulated their scores in these three areas for each of the candidates; scores were then tabulated to provide an overall interview score for each candidate, reflecting a cumulative score for the three panelists.

I hereby recommend the following for the positions of ISO2 at the Greer Field Office:

(b)(5) (b)(6)

In the event of declinations, no other alternates are identified at this time.

(b)(5) (b)(6)



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
1250 Poydras Street, Suite 1800
New Orleans, LA 70113

**U.S. Citizenship
and Immigration
Services**

# Interoffice Memorandum

TO:      Eureka Arties
           Field Office Director
           New Orleans Field Office

EUREKA ARTIES   Digitally signed by EUREKA ARTIES
Date: 2021.08.25 08:57:25 -05'00'

FROM:   Anthony Wormser
           Supervisory Immigration Services Officer
           New Orleans Field Office

DATE:    August 25, 2021

SUBJECT:   Selection Recommendations for Immigration Services Officer Level 2

I have carefully reviewed the qualifications, skills, knowledge, and experience relating to all the qualified applicants. Six certificates were received for this position. All candidates from the six certificates were considered and their resumes were reviewed. Nineteen candidates appeared to possess experience that would potentially assist them in being successful as immigration services officers.

Resume review was conducted by Anthony Wormser, Supervisory Immigration Services Officer, New Orleans Field Office, Robert Trosclair, Supervisory Immigration Services Officer, Fort Smith Field Office, Courtney Vance, Supervisory Immigration Services Officer, New Orleans Field Office, and Thomas Barefoot, Supervisory Immigration Services Officer, Charleston Field Office. Interviews were offered to the nineteen top scoring candidates:   (b)(6)

- 
- 
- 
- Leonards, Koren
- Bikri, Ihsane
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

(b)(6)

Recommendation for Selection Vacancy ID: CIS-S22-2021-0009

Page 2                              (b)(6)

- 
- Olumoko, Oluwatoyin

Twelve candidates accepted the interview they were initially offered. Robert Nicci, Christopher Mooridian, Jean Medois, Oluwatoyin Olumoko, Siu Fung Lau, Dianelis Rodriquez, and Lisa Zensen declined the interview. After reviewing the candidates remaining on the list, I determined not to go further down the list but to proceed with the candidates who had already accepted their interviews.

Interviews were conducted on Wednesday, August 18, 2021, and Thursday, August 19, 2021. All interviews were conducted by a panel consisting of Anthony Wormser, Supervisory Immigration Services Officer, New Orleans Field Office, Robert Trosclair, Supervisory Immigration Services Officer, Fort Smith Field Office, Courtney Vance, Supervisory Immigration Services Officer, New Orleans Field Office, and Thomas Barefoot, Supervisory Immigration Services Officer, Charleston Field Office.

The interview questions and the writing sample were devised to focus on officer skillsets such as communication, conflict resolution, technical knowledge, teamwork, decision-making, time management, customer service, and representing the agency. Following the interview each candidate was provided with one hour to complete and submit a writing sample via email. Each of the candidates performed well throughout the process. The interviews, and writing samples were all scored. The candidates' cumulative scores are:



- 
- Leonards, Koren
- 
- 
- Bikri, Ihsane
- 
- 
- 
- 
- 

It is recommended [          ] Koren Leonards, [          ] and [          ] be selected for the Immigration Services Officer II positions at the New Orleans Field Office.

All four recommended candidates are currently employed with USCIS. [          ] is a District Training Officer while the other three currently serve as immigration services officers. Each candidate possesses adjudication experience, expertise in customer service, and the ability to handle a case load. They possess the ability to be successful Immigration Services Officer Level II at the New Orleans Field Office.

Each had a positive reference from his/her supervisor stating that they would highly recommend them for the position. Each supervisor also stated that they would rehire him/her if given the opportunity.

If any of the four recommended candidates decline or is otherwise found ineligible to fill the position, Ihsane Bikri is recommended as an alternate. He possesses the same skills as the four other candidates and is also highly recommended by his supervisor.

(b)(6)

(b)(6)



1

Professional Objective: Immigration Services Officer.

(b)(6)

1

(b)(6)



(b)(6)

2

(b)(6)

3



(b)(6)

3

(b)(6)

4



(b)(6)

4

(b)(6)

5



(b)(6)

5



(b)(6)

7

7

(b)(6)

## IHSANE BIKRI

### PROFESSIONAL SUMMARY

Fully trained Immigration Services Officer with USCIS, expert in providing customer service in a fast-paced public facing work environment. operations Manager and

Possess a comprehensive background in process improvement and program management derived from the conduction of domestic and global operations. Accomplished measurable results while leading teams of 12+ directly and 300+ secondarily in dynamic, fast-paced environments and while positively impacting company culture. Demonstrated proficiency with Microsoft Office Suite including Word, Excel, and PowerPoint. Career supported by a Bachelor                    a Master                  Certification, and a                    a Master

- Arabic | French | English
- Operations Analysis
- Performance Data Review

- Oral | Written Communication
- Strategic Problem Solving
- Policy Improvement

- Resource Allocation
- Teach | Coach | Mentor
- Equipment Management

### PROFESSIONAL EXPERIENCE

**Immigration Services Officer, Department of Homeland Security-USCIS Boston Field Office**

     **(GS-9 Step 2)**               **August 2019 — Present**

- FOD Employee Award Recognition
- Disability Accommodation Boston Field office POC
- Executive Office of Immigration Review (EOIR) Liason-Re-approve remanded cases by the Immigration Judge.
- Adjudicates many different immigration benefit applications and petitions, that is, making final determinations—grant or deny immigrations benefits—on the following Forms:  Form N-400s, Form I-130s, Form I-751s, Form I-485s

(b)(6)

- Conducts interviews to assess eligibility for immigration benefit applications and petitions using the Immigration & Nationality Act (INA), and the USCIS Policy Manual (PM).
- Communicates effectively with applicants and petitioners to elicit pertinent information necessary to establish eligibility for immigration benefits
- Assesses fraud indicators when reviewing immigration benefit applications and petitions and communicates with FDNS when necessary
- Produces written work, including decisions on immigration applications and petitions, that is proficient, legally sufficient, and grammatically correct
- Skillfully navigates USCIS systems of record to find pertinent information to assess eligibility for immigration benefits
- Independently researches the Immigration & Nationality Act (INA), accompanying statutory requirements, regulations, case law precedents, and USCIS policy to provide effective information and decisions to applicants and petitioners
- Conducts all security checks and screen applications for any fraud, criminal, or any terrorist related inadmissibility grounds (TRIG) activities in a timely manner
- Contacts and/or assists other governmental agencies such as Department of State (DOS), or other law enforcement agencies such as Homeland Security Investigation (HSI, and Custom and Border Patrol (CBP) to resolve applicants Immigration Benefits or to collect further information pertinent to their investigations.
- Offers exemplary customer service to USCIS applicants and petitioners, researching USCIS systems, providing answers to status inquiries, and issuing documents to those eligible
- Assists with developing new and efficient ways of working that benefit my team, the office, and the public.

(b)(6)

## EDUCATION | CERTIFICATION

Master

Master

Bachelor

Project Management Professional (PMP);

## INTERAGENCY LANGUAGE ROUNDTABLE TEST

**Modern Standard Arabic;** Reading 4
**Moroccan Arabic;** Listening **4+/** Speaking 4

## NOTABLE AWARDS

## PUBLICATIONS

## REFRENCES

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-9 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)          Name:

**Resume**

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-9 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)     Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-9 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)　　　Name:

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-9 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)    Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-9 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)　　　Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-9 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)                    Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-9 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)        Name:

Resume

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-9 ATL
Certificate Location(s): Atlanta, GA(US)
(b)(6)            Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-9 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)          Name:

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-9 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)                    Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-9 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)                    Name:

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-9 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)                    Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-9 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)                    Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-9 ATL
Certificate Location(s): Atlanta, GA(US)
Name:

(b)(6)

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISS0-NC-11 ATL
Certificate Location(s): Atlanta, GA(US)
Name:

(b)(6)

**Resume**

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISS0-NC-11 ATL
Certificate Location(s): Atlanta, GA (US)

(b)(6)          Name:

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISS0-NC-11 ATL
Certificate Location(s): Atlanta, GA (US)

(b)(6)          Name:

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISS0-NC-11 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)                    Name:

(b)(6)

EXPERIENCE

(b)(6)

(b)(6)



2

(b)(6)



3

(b)(6)



4

(b)(6)



5

(b)(6)

Professional Experience:

(b)(6)

1









5



6

(b)(6)

PROFESSIONAL EXPERIENCE

(b)(6)



(b)(6)











(b)(6)

**Job Related Training:**

(b)(6)

(h)(g)



(b)(6)



(b)(4)



(b)(6)

# Tenika Hazzard

**AVAILABILTY**
**Job Type**:                    Permanent
**Work Schedule**:           Full-Time

**Desired locations**:

 **Experience**:

**United States Citizenship and Immigration Service**
Atlanta, Georgia
2/05/21- Present
Salary 59,000
Grade: GS 7 Step10
Hours per week- 40
**Immigration Service Assistant O/A**
**Supervisor:**

- Review submitted petitions and applications for accuracy and completeness.
- Manage and analyze written inquiries request and final decisions according to agency procedures.
- Review and analyze files and databases.
- Initiate security checks for submitted applications.
- Maintain compliance with established procedures for file management.
- Manage systems to ensure they are current and accurate and ensure processes are completed.
- Process and transfer out Incoming I-290 B applications.
- Assist customers and management at Triage window.
- Perform Weekly Quality Assurance Evaluations for contract Employees.
- Process Receipt of I-212 applications.
- Complete Routine Field Office file audits.

**United States Citizenship and Immigration Service**
Peter Rodino Federal Building Newark, New Jersey 07102
08/17/19- 02/05/21
Salary 62,000
Grade: GS 9 Step 2
Hours per week- 40
**Immigration Services Officer**
**Supervisor:**

- Interviewed applicants and petitioners to elicit information which can be used to assess credibility.
- Communicated with applicants and stakeholders about immigration procedures and policies.
- Updated various data systems and files with accurate contact information pertaining to the applicant or attorney.
- Collaborated with operation counsel to determine the most effective way of processing an applicant's case.
- Communicated and tracked the progress of each individual case to ensure operational goals are successful.
- Analyzed information contained in the file or electronic system to identify facts that can be the basis for deciding, the eligibility for immigration benefits.
- Independently researched and interpreted precedent decisions, statutes, regulations to adjudicate for an immigration benefit.
- Performed Security checks on each case and notified federal law enforcement and stakeholders if an individual was not eligible for an immigration benefit due to national security or public safety.
- Granted or rejected complex and highly sensitive applications and petitions for immigration benefits.
- Used and verified electronic database to make adjudicative decisions based on the level of the application being reviewed.
- Performed updates to the databases when deemed appropriate.
- Determined an applicant's credibility by analyzing evidence, reviewing judicial and administrative precedents and applying statutory requirement.


**United States Citizenship and Immigration Service**
Jacob Javits Federal Building. New York, NY 10278
11/13/16-02/19/2019
Salary 52,111
Grade: GS7 Step 4
Hours per week-40
**Immigration Service Assistant** (OA)
**Supervisor:** [                    ]          (b)(6)

- Processed and Validated Time and Attendance for Immigration Services Officers.
- Completed Daily attendance report for Immigration Services Officer, Supervisors and Section Chiefs.
- Analyzed files ensuring they contained required security checks and or documents to adjudicate the case.
- Maintained compliance for file management and inventory systems.
- Assisted applicants with information and inquiries pertaining to application status and appointments.
- Conducted file search and report any suspected fraud to proper authorities.
- Prescreened various applications and submissions from applicants for accuracy and eligibility for benefits.

- Managed and analyze incoming mail correspondence to include congressional correspondence.
- Assisted and created certificates for Naturalization Ceremony.
- Reviewed and analyze I-485, I-730, I-130, N600 and I- 485 VAWA applications.
- Scheduled appointments for various applications.

**United States Citizenship and Immigration Service**
Peter Rodino Federal Building Newark, New Jersey 07102
11/13/16-02/19/2019
Salary 52,111
Grade: GS 7 Step 4
Hours per week- 40                    (b)(6)
**Immigration Services Assistant (OA)**
**Supervisor:**

- Assisted with the Naturalization ceremony and aid Applicants with the signing of their Naturalization Certificate.
- Interacted with the public to effectively explain information, policies and procedures, and give detailed instructions and information to applicants that are being naturalized.
- Provided technical and administrative support for the Naturalization department formulating written correspondence and coordinating schedules.
- Processed and print naturalization certificates for applicants that are approved to become United States Citizens.
- Utilized various computer systems and databases in order to complete the naturalization process of applicants.
- Processed Customer Service request that requires expedited and normal service.
- Evaluated and analyzed files for completeness and background check clearance prior to adjudication with an officer.
- Provided administrative support to managers, supervisors or staff members by assisting in the day-to-day management of the office's activities.
- Processed and schedule incoming military applicants for naturalization interview.
- Independently analyzed immigration laws, policies, and precedent decisions.
- Analyzed applicant information and documents to determine eligibility.

**Transportation Security Administration**
John F Kennedy International Airport, Jamaica, NY
11416 United States

**Lead Transportation Security Officer**
**Supervisor:**
**Okay to contact this Supervisor: Yes**

(b)(6)

- Processed and submitted payroll for officers on a weekly basis ensuring timely completion.
- Made adjustments and corrections to time and attendance sheets.
- Provided excellent customer service to Officers in a one on one setting environment.
- Performed Data entry of officer's training information: while making schedule adjustments.
- Processed incoming and outgoing mail.
- Maintained Files and records of employees.
- Trained and monitored newly hired officers and managed their information and progress with   Supervisors.
- Applied Technology to Examine and analyze travel documents of passengers to verify authenticity, to gain access to the secured area.
- Effectively communicated orally screening information and directives to a diverse group of passengers upon entering the security checkpoint.
- Performed screening of passengers utilizing Body Image Scanner giving verbal cues and gestures to foreign nationals.
- Developed Incident reports and statements: in accordance with Transportation regulations.

Education:                (b)(6)

B.A.

**Relevant Skills;** Journalism Writing. Microsoft Power Point, Access, Excel, Word, Type 45 WPM.

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-11 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)                    Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-11 ATL
Certificate Location(s): Atlanta, GA(US)

(b)(6)    Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-11 ATL
Certificate Location(s): Atlanta, GA (US)

(b)(6)

Name:

(b)(6)

**Work Experience:**

(b)(6)





(b)(6)

(b)(6)

Toyin M. Olumoko

Proven professional with extensive experience in Ethics & Compliance, Legal, Office Administration and Project Management. Recognized for creating and maintaining relationships across organizations and aiding in delivering superior business results. Political savvy team builder with highly effective communication, motivational and management skills. Passionate about leading the promotion of a strong compliance culture throughout businesses.

Areas of Expertise:
Compliance Subject Matter Expert; Immigration and Litigation Legal Experience Corporate and Securities; Tort; Strong understanding and interpretation of Federal and State laws and regulations.

Work Experience:
Department of Homeland Security – USCIS - San Francisco, CA                    Nov 25, 2019 – Present
Series: 1801 Pay Plan: GS Grade: 9
Immigration Services Officer

- Perform preliminary review and examination of petitions and applications for immigration benefits utilizing necessary immigration laws, policies, and procedures to perform proper adjudication.
- Independently interpret and research an extensive range of sources, including complex immigration regulations, policies and laws, legislative history, precedent decisions, operating instructions, and other legal immigration references.
- Conduct applicant interviews, elicit testimonial evidence; analyze testimony and measure credibility; potentially identify immigration fraud and determine applicant's eligibility for immigration benefits sought. Disseminate knowledge to customers and trouble-shoot case-specific and general immigration questions presented by applicants during in-person interviews and resolve issues.
- Process immigration petitions and applications using accessible electronic systems to validate numerous recognized data points.
- Review and investigate applicant immigration history, documents and background security checks utilizing various programs and platforms. Effectively manage and protect highly sensitive information. Identify and articulate fraud referrals to FDNS for further investigations.
- Produce legally sufficient written decisions that are clear, concise, organized and neutral in tone.
- Deliver direct and ongoing support to various Federal agencies in identifying certain individuals who may pose a threat to public safety and national security.
- Determine whether applicants seeking U.S. citizenship through naturalization had lawful admissibility during time of adjustment and legally entered the United States, which may affect their eligibility for further benefits. Determine whether it is necessary to remove, or deport certain lawful permanent residents from the United States.
- Review and analyze responses to requests for evidence and determine its responsiveness to the request.
- Routinely analyze complex problems, recognizing solutions, identifying trends and patterns, and gather pertinent data. Plan and organize work methodically to ensure projects are completed timely. Draw conclusions for case decisions through recommendations and analytical reasoning.
- Communicate clearly, both written and oral, and deliver excellent customer service to external customers and those internally within the agency through group collaboration.

Consultant

(b)(6)

(b)(6)

Project/Compliance Manager

Project/Compliance Manager

Ethics and Compliance (E&C) Officer

(b)(6)

(b)(6)

Corporate and Securities – Paralegal

Immigration Paralegal
- Prepared and filed immigrant and non-immigrant visa petitions with the United States Citizenship and Immigration Services and the Department of Labor.
- Developed skills and familiarity with H-1B, H-2, H-3, B-1, F-1, G-1B, L, J-1, PERM, I-130, I-140, I-485, TN petitions.
- Assisted Partner with client interviews, development of necessary case strategies and preparation of all required documentation.
- Researched complex immigration and government regulations as well as relevant case law to support client cases. Tracked case progress through the necessary stages of legal review.
- Managed database of over 200 clients and maintained spreadsheets with highly sensitive information.

Litigation Caseworker

(b)(6)

(b)(6)

Education:

| | - JD |
| BSc: | |

USCIS Immigration Services Officer BASIC Academy Graduate, Academy Training Center

Skills:

Strong knowledge of MS Word, Excel, Access, Publisher, PowerPoint, Outlook

Proficient with iManage, Relativity, Summation, Concordance, Diligent, Aderant, OnBoard, Adobe Acrobat, Westlaw and Lexis/Nexis, SPSS, JASP; ELIS, CPMS, RAILS, EDMS, ECHO, PCQS, ADIS, SRMT, CLAIMS4, ICMS, TECS, FDNS-DS, EAGLE, eSTAT, Q-FLOW, CONCUR, PALMS, WebTA, Citrix

Currently maintain

Languages:

English, Italian and French

(b)(6)

(b)(6)

**Resume of**



(b)(6)

(b)(6)



(b)(6)

(b)(6)

(b)(6)

*Core Competencies:*

(b)(6)

(b)(6)



*Immigration Servicer Officer Resume page 2*

(b)(6)

(b)(6)



Immigration Servicer Officer Resume page 3

(b)(6)

(b)(6)



Immigration Servicer Officer Resume page 4

(b)(6)



(b)(6)

(b)(6)

*Immigration Servicer Officer Resume page 5*

(b)(6)

# Adama Tarawally

## Education

Bachelor
Minor:

## Experience

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Baltimore Field Office**
**3701 Koppers St Baltimore, MD 21227**
*Immigration Services Officer (GS-1801-09, Step 01), July 22, 2019 - Current*
**Supervisor**

- Worked 40+ hours a week, $57,510.00 per year.
- Processed the following form types including, but not limited to: N400, I-751, I-485 (family and employment based), I-601A and I-212.
- Conducted security checks and eligibility review for the Principal Applicant as well as any Derivatives using DHS systems to determine prima facie eligibility, or the initial burden of proof needed to qualify for an interview.
- Composed lengthy and detailed Request for Evidence letters for applicants with deficient claims or evidence, clearly stating the reasons for their deficiencies and how they may overcome them.
- Researched and interpreted sources including, but not limited to: immigration laws and regulations, standards of procedures, legislative history, precedent decisions, processing guides, policy memorandums, and other legal references in order to follow the correct course of action.
- Utilized legal references such as the INA, state and local laws, international treaties and others in order to determine the correct course of action.
- Served at the information counter where my duties included:
  - Answering general and case-specific immigration questions,
  - Processing form,
  - Issuing I-551 stamps,
  - Issuing certified naturalization certificate copies, and
  - Issuing I-94 cards for asylees and IJ grants.
- Provided direct and continuing assistance to FDNS, U.S. Immigration and Customs Enforcement (ICE) and other federal agencies by identifying fraudulent and suspicious applications for further resolution and identifying individuals who pose a threat to national security and public safety.
- Utilized discretion and examined the totality of the circumstances to approve or deny applicants.
- Worked with team members from various backgrounds and experience levels and used the knowledge learned from team members to become a better team member and provide better services to applicants.
- Received signatory authority to be able to issue most of my decisions without supervisory review.
- Assisted team members by answering their questions or giving them the necessary resources.

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Baltimore Field Office**
**3701 Koppers St Baltimore, MD 21227**
*Immigration Services Officer (GS-1801-07, Step 01), July 23, 2018 - July 22, 2019*
**Supervisor:**

- Worked 40+ hours a week, $45,972.00 per year.
- Processed the following form types including, but not limited to form N400, form I-751, form I-485 (family and employment based), form I-601A and form I-212.

TARWALLY, ADAMA Y pg. 1

(b)(6)

- Conducted security checks and eligibility review for the Principal Applicant as well as any Derivatives using DHS systems to determine prima facie eligibility, or the initial burden of proof needed to qualify for an interview.
- Composed lengthy and detailed Request for Evidence letters for applicants with deficient claims or evidence, clearly stating the reasons for their deficiencies and how they may overcome them.
- Researched and interpreted sources including, but not limited to: immigration laws and regulations, standards of procedures, legislative history, precedent decisions, processing guides, policy memorandums, and other legal references in order to follow the correct course of action.
- Utilized legal references such as state and local laws, international treaties and others in order to determine the correct course of action.
- Served at the front desk where my duties included:
    - Answering general and case-specific immigration questions,
    - Processing form I-131,
    - Issuing I-551 stamps,
    - Issuing certified naturalization certificate copies, and
    - Issuing I-94 cards for asylees and IJ grants.
- Provided direct and continuing assistance to FDNS, the U.S. Immigration and Customs Enforcement (ICE) and other federal agencies by identifying fraudulent and suspicious applications for further resolution and identifying individuals who pose a threat to national security and public safety.
- Utilized discretion and examined the totality of the circumstances to approve or deny applicants.
- Worked with team members from various backgrounds and experience levels and used the knowledge learned from team members to become a better team member and provide better services to applicants. (b)(6)

*Senior Advisor,*
**Supervisor:**

*Technical Advisor,*
**Supervisor:**

*Fieldwork Intern,*
**Supervisor:**

TARWALLY, ADAMA Y pg. 2

(b)(6)

(b)(6)

*English Teacher,*

*Intern,*

Completed any other tasks as they arose.

*Sales Associate,*

(b)(6)                    TARWALLY, ADAMA Y pg. 3

(b)(6)

*Arabic Tutor,*

*Arabic Tutor,*

*Administrative Assistant*

**Other Involvement**

**USCIS Mentoring Program (February 2021 - Present)**
- Served as a mentee in order to continue to build my skills in order to become a better team member and provide better services to applicants.
- Currently working on a project to assist all Immigration Services Officers in adjudication.

TARWALLY, ADAMA Y pg. 4

(b)(6)

(b)(6)

**Skills**

**Language(s):** Arabic (Advanced), English (Superior), French (Novice), Krio (Advanced)
**Computer:** PC Operating Systems, Microsoft Excel, Microsoft PowerPoint, Windows Movie Maker, Internet, Mac Operating Systems, IRC systems, Email
**Other:** Teamwork, customer service, leadership, organization, ability to work in high-stress environments, working with people of all ages and backgrounds, ⬚ content management, data Analysis, event planning, research, negotiation

**Honors/Awards**

**Interests**

(b)(6)

TARWALLY, ADAMA Y pg. 5

(b)(6)

WORK EXPERIENCE

(b)(6)



(b)(6)

(b)(6)



(b)(6)

(b)(6)

Work Experience:

(b)(6)

(b)(6)

## Work Experience







(b)(6)

## SUMMARY OF QUALIFICATIONS







(b)(6)

**Work Experience:**





(b)(6)



(b)(6)

Work Experience



(b)(6)

**WORK EXPERIENCE**

(g)(6)

(g)(6)

(g)(6)

(b)(6)

(b)(6)

**EMPLOYMENT**

(b)(6)

WORK EXPERIENCE:

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)





EXPERIENCE

(b)(6)





(b)(6)

PROFESSIONAL SUMMARY

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

*Accomplishments*

(b)(6)



(b)(6)

(b)(6)

(b)(6)

Work Experience:

(b)(6)

(b)(6)

(b)(6)



(b)(6)



(b)(6)



(b)(6)

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume

**Name:**

**AIDX:** 23629

**Telephone 1:** Day Phone

**Telephone 2:** Evening Phone

**Email:**

**July 28, 2021**

(b)(6)

Department of Homeland Security
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-12 NOL
Certificate Location(s): New Orleans, LA(US)

(b)(6)          Name: [          ]

Name: [          ]

**Series Applied To:** 1801

(b)(6)

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume

**Name:** [                    ] (b)(6)

**AIDX:** 22534

**Telephone 1:** Mobile [                    ]

**Email:** [                    ]

**July 28, 2021**

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-09 NOL
Certificate Location(s): New Orleans, LA(US)
Name:

(b)(6)

Name:

Series Applied To: 1801

(b)(6)

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume

**Name:**                                (b)(6)

**AIDX:** 43342

**Telephone 1:** Mobile

**Email**

**July 28, 2021**           (b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-09 NOL
Certificate Location(s): New Orleans, LA(US)

Name:

(b)(6)

Name:

Series Applied To: 1801

(b)(6)

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume                    (b)(6)

**Name:**

**AIDX:** 37998

**Telephone 1:** Day Phone

**Email:**

**July 28, 2021**

                                                    (b)(6)

(b)(6)



**OBJECTIVE**

(b)(6)

1

(b)(6)

(b)(6)

2

(b)(6)

(b)(6)

3

(b)(6)

(b)(6)

4

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-09 NOL
Certificate Location(s): New Orleans, LA(US)
Name:

(b)(6)

**Name:** NA

**Series Applied To:** 1801

(b)(6)

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume

**Name:**                    (b)(6)

**AIDX:** 5142

**Telephone 1:** Mobile

**Telephone 2:** Day Phor

**Email:**

**July 28, 2021**

(b)(6)

Department of Homeland Security
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-12 NOL
Certificate Location(s): New Orleans, LA(US)
Name:

(b)(6)

Name:

**Series Applied To:** 1801

(b)(6)

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume

**Name:**                              (b)(6)

**AIDX:** 27038

**Telephone 1:** Evening Phone

**Email:**

July 28, 2021

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-12 NOL
Certificate Location(s): New Orleans, LA(US)
Name:

(b)(6)

Name:

Series Applied To: 1801

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-12 NOL
Certificate Location(s): New Orleans, LA(US)
Name:

(b)(6)

Name:

Series Applied To: 1801

Resume

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-12 NOL

(b)(6)    Certificate Location(s): New Orleans, LA(US)
Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-12 NOL
(b)(6)    Certificate Location(s): New Orleans, LA(US)
Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-12 NOL
(b)(6)     Certificate Location(s): New Orleans, LA(US)
Name:

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-12 NOL

(b)(6)        Certificate Location(s): New Orleans, LA(US)
                    Name:

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-12 NOL
Certificate Location(s): New Orleans, LA(US)

(b)(6)          Name:

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume

(b)(6)

**Name:**

**AIDX:** 42545

**Telephone 1:** Mobile

**Email**

**July 28, 2021**

(b)(6)

(b)(6)

**Work Experience:**

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-11 NOL
Certificate Location(s): New Orleans, LA(US)
Name:

(b)(6)

Name:

Series Applied To: 1801

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-12 NOL
Certificate Location(s): New Orleans, LA(US)

Name:

(b)(6)

Name:

Series Applied To: 1801

(b)(6)

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume

**Name:** (b)(6)

**AIDX:** 37624

**Telephone 1:** Mobile

**Email:**

**July 28, 2021**

(b)(6)

# Koren Leonards

HOW TO REACH ME:

**IMMIGRATION SERVICES
OFFICER II**          (b)(6)

## CAREER OBJECTIVE

I am an Immigration Services Officer, GS-12, step 1, with experience in interviewing, adjudicating, and identifying fraud indicators and broader fraud trends.
I am currently seeking an opportunity to expand my experience within the agency with a focus on learning new applications and form types to maximize my contribution to the goals of Homeland Security.

## WORK EXPERIENCE

**Immigration Services Officer II**

**United States Citizenship and Immigration Services | 01/22/2019 – Present**
Detroit Field Office
11411 E Jefferson Ave, Detroit, MI 48214 |

Salary: GS -12, step 1 - 01/22/2021 – Present
          GS-11, step 1 - 01/22/2020 - 01/21/2021
          GS-09, step 1 - 01/22/2019 - 01/21/2020

Full Time (40 hours per week)
Current Supervisor:
Prior Supervisor:

**Duties, Accomplishments, and Related Skills:**
- Interviewing and adjudicating complex and highly sensitive applications and petitions for immigration benefits based on electronic and paper applications/petitions, including the following forms and waivers:
    I-129F  I-130  I-130A  I-290B  I-485    I-485 Supp A  I-485 Supp J
    I-693   I-751  I-864   I-864A  N-400  N-648  I-212   I-601
- Researching, interpreting, and applying appropriate statutes, regulations, and precedent decisions to make legally sound adjudicative decisions
- Interviewing applicants to elicit testimony, assess credibility, and analyze information to identify facts that form the basis for adjudicative decisions
- Recognizing potential fraud indicators in documentary and testimonial evidence
- Creating fraud referrals articulating facts and bases clearly for fraud investigators to pursue
- Alerting appropriate law enforcement agencies in connection with open warrants, security checks, and other national security concerns
- Conducting security checks and providing assistance to Federal law enforcement agencies to identify individuals who are inadmissible, removable, or ineligible for immigration benefits due to national security, public safety, or other legal grounds

(b)(6)

WORK EXPERIENCE                                          LEONARDS | 2

- Navigating electronic systems used in making adjudicative decisions, to determine appropriate level of adjudicative review, and to update all relevant databases.
- Monitoring internal and external sources for changes in agency and department policies, procedures, and current events with effects on Officer duties and national security concerns
- Advising peer officers on cases for accuracy, conformity with immigration laws, and proper processes and agency procedures
- Serving as Ambassador for new peer Officers
- Supervising judicial and administrative oath ceremonies
- Administering Oath of Allegiance to naturalization candidates
- Performing supervisory duties as Acting Supervisory Immigration Services Officer

Completed the following additional training:
- 6-week USCIS BASIC Course
- Wicklander-Zulawski Course on non-confrontational interview techniques
- Enhanced Communication Course on how to obtain truthful information and recognize deception indicators
- Terrorism Related Inadmissibility Grounds (TRIG) training presented by USCIS RAIO TRIG Branch

(b)(6)

**Associate Attorney**

Supervisor:

**Duties, Accomplishments, and Related Skills:**

**Judicial Law Clerk**

Fourteenth Judicial District Court

(b)(6)

(b)(6)

WORK EXPERIENCE

**Duties, Accomplishments, and Related Skills:**

**Student Attorney**

**Asylum Clinic.**

**Duties, Accomplishments, and Related Skills:**

**Legal Intern, Central Staff**

**Louisiana Third Circuit Court of Appeals**

(b)(6)

**Duties, Accomplishments, and Related Skills:**

**Table Games Dealer**

**Duties, Accomplishments, and Related Skills:**

PROFESSIONAL
SKILLS

PROFESSIONAL
REFERENCES

PERSONAL
REFERENCES

Proficiency with Microsoft
Office software and USCIS
systems

Intermediate skills in
Spanish Language

(b)(6)

## ADDITIONAL QUALIFICATIONS

(b)(6)

## EDUCATION

**Juris Doctorate**

**Relevant Coursework and Achievements:**
- Immigration Law and Student Attorney in Asylum Clinic.
-
-
-

**Bachelor of the Arts**

**High School Diploma and Certificate of Completion**

Accelerated Curriculum
Language studied: French

## LANGUAGE TRAINING

Language studied: Spanish
Class levels completed: Basics 1, 2, and 3; Intermediate 1

| PROFESSIONAL COMMISSION | PROFESSIONAL ASSOCIATION |
|---|---|

**Notary Public**

**Bar Association**

(b)(6)

Department of Homeland Security
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-NC-12 NOL
Certificate Location(s): New Orleans, LA(US)
Name:

Name: (b)(6)

**Series Applied To:** 1801

(b)(6)

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume

(b)(6)

**Name:**

**AIDX:** 36804

**Telephone 1:** Day Phone

**Email:**

**July 28, 2021**

(b)(6)

(b)(6)

**WORK EXPERIENCE:**

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

Department of Homeland Security
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-09 NOL
Certificate Location(s): New Orleans, LA(US)

Name:

(b)(6)

Name:

Series Applied To: 1801

(b)(6)

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume                    (b)(6)

**Name**

**AIDX:** 2630

**Telephone 1:** Mobile

**Email:**

**July 28, 2021**

(b)(6)

(b)(6)

**Work Experience:**

1

(b)(6)

2

(b)(6)



(b)(6)

3

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-09 NOL
Certificate Location(s): New Orleans, LA(US)

(b)(6)  Name: _____

Name: _____

Series Applied To: 1801

(b)(6)

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume

**Name:**                                 (b)(6)

**AIDX:** 23348

**Telephone 1:** Mobile

**Email:**

**July 28, 2021**         (b)(6)

(b)(6)

## Professional Work History

(b)(6)





Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-12 NOL
Certificate Location(s): New Orleans, LA(US)
Name:

(b)(6)

Name:

Series Applied To: 1801

(b)(6)

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume

**Name:** OLUMOKO, OLUWATOYIN

**AIDX:** 42502

**Telephone 1:** Mobile -

(b)(6)

**Email:**

July 28, 2021

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-09 NOL
Certificate Location(s): New Orleans, LA(US)

(b)(6)    Name:

Name:

Series Applied To: 1801

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-11 NOL
Certificate Location(s): New Orleans, LA(US)
Name:

(b)(6)

Name:

Series Applied To: 1801

Resume

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-11 NOL
Certificate Location(s): New Orleans, LA(US)

(b)(6)          Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-11 NOL
Certificate Location(s): New Orleans, LA(US)

(b)(6)          Name:

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-11 NOL
Certificate Location(s): New Orleans, LA(US)
Name:

(b)(6)

Name:

Series Applied To: 1801

(b)(6)

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume

(b)(6)

**Name:**

**AIDX:** 42193

**Telephone 1:** Day Phone

**Email:**

**July 28, 2021**

(b)(6)

(b)(6)

## Related Experience

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume

**Name:** (b)(6)

**AIDX:** 51323

**Telephone 1:** Day Phone

**Telephone 2:** Mobile -

**Email**

**July 28, 2021**

(b)(6)

(b)(6)

Work Experience:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-11 NOL
Certificate Location(s): New Orleans, LA(US)

Name: _____

(b)(6)

Name _____

Series Applied To: 1801

(b)(6)

**Announcement Number:** S22-2021-0007

**Document Name:** USJOBSResume

**Name:**                 (b)(6)

**AIDX:** 52661

**Telephone 1:** Mobile

**Email**

**July 28, 2021**       (b)(6)

(b)(6)

WORK EXPERIENCE

(b)(6)







**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: S22-2021-0007
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: S22-2021-0007-CISSO-BQ-11 NOL
Certificate Location(s): New Orleans, LA(US)

Name:

(b)(6)

Name:

Series Applied To: 1801

(b)(6)

**General Instructions**

**Tabs:**

| | | |
|---|---|---|
| Interview Schedule | A2 | Enter position title, GS, and series |
| | A3 | Enter vacancy position # |
| | B6 - | Enter Candidate Names |
| | B32 | Enter Interview Panel Lead's name |
| | B33 | Enter Interview Panel Member's name |
| | B34 | Enter Interview Panel Member's name |
| | E32-E34 | Enter date(s) of interview(s) |
| | C4-F4 | Enter this information for each candidate upon scheduling interviews |
| | | |
| InterviewLead | | Rename tab to Interview Lead Panel Member's name |
| | A6-A11 | Enter each interview question. This will populate other sheets. |
| | A13 | Enter Writing Sample scores for each candidate. |
| IntvwPanel#2 | | Rename tab to Interview Panel Member's name |
| | A13 | Enter Writing Sample scores for each candidate. |
| IntvwPanel#3 | | Rename tab to Interview Panel Member's name |
| | A13 | Enter Writing Sample scores for each candidate. |
| Cand#1-Cand#10 | | Do not enter data on these sheets. |
| | | This sheet will fill in based on data entered on previous sheets. |

**USCIS Atlanta FIELD OFFICE**

**ISO2, GS 09-12, 1801**

(b)(6)

**Announcement # S22-2021-0007**

| | Candidate Name | Contact Date | Contact # | Accept / **Decline** Interview | INTERVIEW Date | INTERVIEW Time | POST INTERVIEW Date | POST INTERVIEW Time |
|---|---|---|---|---|---|---|---|---|
| 1. | | 8/11/2021 | | Accept | 8/18/2021 | 8:00 AM | | |
| 2. | | 8/11/2021 | | Accept | 8/18/2021 | 9:00 AM | | |
| 3. | Adama Tarawally | 8/11/2021 | | Accept | 8/18/2021 | 10:00 AM | | |
| 4. | Ihsane Bikri | 8/11/2021 | | Accept | 8/18/2021 | 11:00 AM | | |
| 5. | | 8/11/2021 | | Accept | 8/18/2021 | 12:30 PM | | |
| 6. | | 8/11/2021 | | Accept | 8/18/2021 | 1:30 PM | | |
| 7. | Tenika Hazzard | 8/11/2021 | | Accept | 8/18/2021 | 2:30 PM | | |
| 8. | | 8/11/2021 | | Accept | 8/18/2021 | 3:15 PM | | |
| 9 | | 8/11/2021 | | Accept | 8/19/2021 | 8:00 AM | | |
| 10. | | 8/11/2021 | | Accepted, then declined | 8/19/2021 | 9:00 AM | | |
| 11. | Oluwotyin Olumuko | 8/11/2021 | | Accept | 8/19/2021 | 10:00 AM | | |
| 12. | | 8/11/2021 | | Accept | 8/19/2021 | 11:00 AM | | |
| 13. | | 8/11/2021 | | Accept | 8/19/2021 | 12:30 PM | | |
| 14. | | 8/11/2021 | | Accepted, then declined | 8/19/2021 | 1:30 PM | | |
| 15. | | 8/11/2021 | | Accept | 8.19/2021 | 2:30 PM | | |
| 16. | | 8/11/2021 | | Decline | Declined | | | |
| 17. | | 8/11/2021 | | Decline | Declined | | | |
| 18. | | | | | | | | |
| 19. | | | | | | | | |
| 20. | | | | | | | | |
| 21. | | | | | | | | |
| 22. | | | | | | | | |

(b)(6)    **\*\*\* NOTE: If a candidate declines please attach a signed declination form \*\*\***

| INTERVIEW PANEL MEMBERS | DATES OF INTERVIEW |
|---|---|
| 1. Teri Villarreal | 8/18/2021 - 8/19/2021 |
| 2. Lesley Larson | 8/18/2021 - 8/19/2021 |
| 3. Fausto Pimentel | 8/18/2021 - 8/19/2021 |

# ATL RESUME MATRIX  - Immigration Services Officer 2

| S. Miller | Announcement # S22-2021-0007 |
|---|---|

| NAME | TOTAL RESUME POINTS | 1. USCIS Field Office experience adjudicating benefit granting applications and petitions based on applicable laws and policies within the past 5 years. | 2. Relevant Technical Skills (knowledge of INA, CFR, utilizing USCIS databases, making administrative decisions, etc.) | 3. Customer service skills/experience in a USCIS Field Office; Experience working in a customer service environment and relaying information to customers. | 4. Communication Skills | 5. Research and Analysis Experience |
|---|---|---|---|---|---|---|
| (b)(6) | (b)(2) | | | | | |
| Adama Tarawally | | | | | | |
| Ihsane Bikri | | | | | | |
| Tenika Hazzard | | | | | | |
| Oluwotyin Olumuko | | | | | | |
| (b)(6) | (b)(2) | | | | | |
| | | 1 - 3 Points | 1 - 3 Points | 1 - 3 Points | 1 - 3 Points | 1 - 3 Points |

**SCORING FOR THE ABOVE CATAGORIES**
0=No experience
1= Minimal Experience
2=Moderate Experience
3=Significant Experience

## ATL RESUME MATRIX  - Immigration Services Officer 2

| R. Marquez | Announcement # S22-2021-0007 | | | | |
|---|---|---|---|---|---|
| **NAME** | **TOTAL RESUME POINTS** | **1.** USCIS Field Office experience adjudicating benefit granting applications and petitions based on applicable laws and policies within the past 5 years. | **2.** Relevant Technical Skills (knowledge of INA, CFR, utilizing USCIS databases, making administrative decisions, etc.) | **3.** Customer service skills/experience in a USCIS Field Office; Experience working in a customer service environment and relaying information to customers. | **4.** Communication Skills |

(b)(6)    (b)(2)

| | | | | | |
|---|---|---|---|---|---|
| Adama Tarawally | | | | | |
| Ihsane Bikri | | | | | |
| Tenika Hazzard | | | | | |
| Oluwotyin Olumuko | | | | | |

(b)(6)    (b)(2)

| | | 1 - 3 Points | 1 - 3 Points | 1 - 3 Points | 1 - 3 Points | 1 - 3 Points |
|---|---|---|---|---|---|---|
| | | | | | | |

**SCORING FOR THE ABOVE CATAGORIES**
0=No experience
1=Minimal Experience
2=Moderate Experience
3=Significant Experience

# ATL RESUME MATRIX  - Immigration Services Officer 2

| L. Mahmood | Announcement # S22-2021-0007 | | | | |
|---|---|---|---|---|---|
| **NAME** | **TOTAL RESUME POINTS** | **1.** USCIS Field Office experience adjudicating benefit granting applications and petitions based on applicable laws and policies within the past 5 years. | **2.** Relevant Technical Skills (knowledge of INA, CFR, utilizing USCIS databases, making administrative decisions, etc.) | **3.** Customer service skills/experience in a USCIS Field Office; Experience working in a customer service environment and relaying information to customers. | **4.** Communication Skills | **5.** Research and Analysis Experience |

(b)(6)          (b)(2)

Adama Tarawally

Ihsane Bikri

Tenika Hazzard

Oluwotyin Olumuko

(b)(6)          (b)(2)

|  |  | 1 - 3 Points | 1 - 3 Points | 1 - 3 Points | 1 - 3 Points | 1 - 3 Points |
|---|---|---|---|---|---|---|

**SCORING FOR THE ABOVE CATAGORIES**

0=No Experience
1=Minimal  Experience
2=Moderate Experience
3=Significant Experience

# ATL RESUME MATRIX  - Immigration Services Officer 2

| CombinedResumeRatingScore | | Announcement # S22-2021-0007 | | |
|---|---|---|---|---|
| **NAME** | **TOTAL COMBINED RESUME RATING** | **S. Miller TOTAL SCORE** | **R. Marquez TOTAL SCORE** | **L. Mahmood TOTAL SCORE** |
| (b)(6) | (b)(2) | | | |
| | | | | |
| **Adama Tarawally** | | | | |
| **Ihsane Bikri** | | | | |
| | | | | |
| **Tenika Hazzard** | | | | |
| | | | | |
| **Oluwotyin Olumuko** | | | | |
| (b)(6) | (b)(2) | | | |

**Candidates Scoring Sheet**

USCIS Atlanta FIELD OFFICE

ISO2, GS 09-12, 1801

Announcement # S22-2021-0007

(b)(6)    (b)(2)

T. Villarreal                              Date:  8/18/2021 - 8/19/2021

Adama Tarawally

Ihsane Bikri

Tenika Hazzard

Oluwotyin Olumuko

| WRITING SAMPLE SCORE (manually enter scores) | |
| --- | --- |
| OBSERVATIONS SCORE | |

**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question;  1 = Minimally Satisfactory Response;  2 = Acceptable Response;  3 = Excellent Response;  4 = Outstanding Response

| **TOTAL SCORE** | |
| --- | --- |

(b)(6)    (b)(2)

**Candidates Scoring Sheet**

**USCIS Atlanta FIELD OFFICE**

**ISO2, GS 09-12, 1801**    (b)(6)    (b)(2)

**Announcement # S22-2021-0007**

**L. Larson**                              **Date:**    **8/18/2021 - 8/19/2021**

| | Adama Tarawally | Ihsane Bikri | | Tenika Hazzard | | Oluwotyin Olumuko | |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **WRITING SAMPLE SCORE** | | |
| **OBSERVATIONS SCORE** | | |

**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question;  1 = Minimally Satisfactory Response;  2 = Acceptable Response;  3 = Excellent Response;  4 = Outstanding Response

| | | |
|---|---|---|
| **TOTAL SCORE** | | |

(b)(6)     (b)(2)

**Candidates Scoring Sheet**

USCIS Atlanta FIELD OFFICE

ISO2, GS 09-12, 1801

Announcement # S22-2021-0007

(b)(6)　(b)(2)

**F. Pimentel**　　　　　　　Date:　8/18/2021 - 8/19/2021

| | Adama Tarawally | Ihsane Bikri | Tenika Hazzard | Oluwotyin Olumuko |
|---|---|---|---|---|
| **WRITING SAMPLE SCORE** | | | | |
| **OBSERVATIONS SCORE** | | | | |

**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question;　1 = Minimally Satisfactory Response;　2 = Acceptable Response;　3 = Excellent Response;　4 = Outstanding Response

| **TOTAL SCORE** | | | | |
|---|---|---|---|---|

(b)(6)　(b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |

**USCIS Atlanta FIELD OFFICE**

**ISO2, GS 09-12, 1801**  (b)(6)

**Announcement # S22-2021-0007**  (b)(2)

DATE  8/18/2021  **TIME**:  8:00 AM

**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question;  1 = Minimally Satisfactory Response;  2 = Acceptable Response;  3 = Excellent Response;  4 = Outstanding Response

| **Total Interview Score** | |
|---|---|

(b)(6)   (b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |

**USCIS Atlanta FIELD OFFICE**

**ISO2, GS 09-12, 1801**

**Announcement # S22-2021-0007**

(b)(6)
(b)(2)

| DATE | 8/18/2021 | TIME | 9:00 AM |
|---|---|---|---|

**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question; 1 = Minimally Satisfactory Response; 2 = Acceptable Response; 3 = Excellent Response; 4 = Outstanding Response

| **Total Interview Score** | |
|---|---|

(b)(6)
(b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| USCIS Atlanta FIELD OFFICE<br><br>ISO2, GS 09-12, 1801    (b)(6)<br><br>Announcement # S22-2021-0007    (b)(2)<br><br>Adama Tarawally | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |

**DATE** _____8/18/2021_____   **TIME**: _____10:00 AM_____

**Scoring For Interview Questions:**

**0 = Failed to Respond to the Question or Failed to Address the Question;  1 = Minimally Satisfactory Response;  2 = Acceptable Response;  3 = Excellent Response;  4 = Outstanding Response**

| **Total Interview Score** | |
|---|---|

(b)(6)    (b)(2)

| | | INTERVIEWER NAME | | | |
|---|---|---|---|---|---|
| **USCIS Atlanta FIELD OFFICE**<br><br>**ISO2, GS 09-12, 1801** (b)(6)<br><br>**Announcement # S22-2021-0007** (b)(2)<br><br>**Ihsane Bikri** | | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |
| **DATE** 8/18/2021 **TIME**: 11:00 AM | | | | | |

**Scoring For Interview Questions:**

**0 = Failed to Respond to the Question or Failed to Address the Question; 1 = Minimally Satisfactory Response; 2 = Acceptable Response; 3 = Excellent Response; 4 = Outstanding Response**

| **Total Interview Score** | |
|---|---|
| | |

(b)(6)  (b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| **USCIS Atlanta FIELD OFFICE**<br><br>**ISO2, GS 09-12, 1801**<br><br>**Announcement # S22-2021-0007**<br><br>(b)(6)<br>(b)(2) | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |

**DATE** _8/18/2021_     **TIME**: _12:30 PM_

**Scoring For Interview Questions:**

**0 = Failed to Respond to the Question or Failed to Address the Question; 1 = Minimally Satisfactory Response; 2 = Acceptable Response; 3 = Excellent Response; 4 = Outstanding Response**

| **Total Interview Score** | |
|---|---|

(b)(6)     (b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| **USCIS Atlanta FIELD OFFICE**<br><br>**ISO2, GS 09-12, 1801**<br><br>**Announcement # S22-2021-0007**<br>(b)(6)<br>(b)(2) | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |
| **DATE** 8/18/2021  **TIME**: 1:30 PM | | | | |



Scoring For Interview Questions:

**0 = Failed to Respond to the Question or Failed to Address the Question;  1 = Minimally Satisfactory Response;  2 = Acceptable Response;  3 = Excellent Response;  4 = Outstanding Response**

| **Total Interview Score** | |
|---|---|

(b)(6)    (b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| USCIS Atlanta FIELD OFFICE ISO2, GS 09-12, 1801 Announcement # S22-2021-0007 Tenika Hazzard | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |

(b)(6)
(b)(2)

| DATE | 8/18/2021 | TIME | 2:30 PM |
|---|---|---|---|



**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question;  1 = Minimally Satisfactory Response;  2 = Acceptable Response;  3 = Excellent Response;  4 = Outstanding Response

| Total Interview Score | |
|---|---|

(b)(6)    (b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| **USCIS Atlanta FIELD OFFICE**<br><br>**ISO2, GS 09-12, 1801**<br><br>**Announcement # S22-2021-0007**<br><br>(b)(6)<br>(b)(2) | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |
| **DATE** 8/18/2021 **TIME**: 3:15 PM | | | | |

**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question; 1 = Minimally Satisfactory Response; 2 = Acceptable Response; 3 = Excellent Response; 4 = Outstanding Response

| **Total Interview Score** | |
|---|---|

(b)(6)     (b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| USCIS Atlanta FIELD OFFICE<br><br>ISO2, GS 09-12, 1801<br><br>Announcement # S22-2021-0007<br><br>(b)(6)<br>(b)(2)<br><br>DATE 8/19/2021 TIME: 8:00 AM | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |

**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question; 1 = Minimally Satisfactory Response; 2 = Acceptable Response; 3 = Excellent Response; 4 = Outstanding Response

| Total Interview Score | |
|---|---|

(b)(6)    (b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| **USCIS Atlanta FIELD OFFICE**<br><br>**ISO2, GS 09-12, 1801**<br><br>**Announcement # S22-2021-0007**<br>(b)(6)<br>(b)(2)<br><br>**DATE** 8/19/2021  **TIME**: 9:00 AM | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |

**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question;  1 = Minimally Satisfactory Response;  2 = Acceptable Response;  3 = Excellent Response;  4 = Outstanding Response

| **Total Interview Score** | |
|---|---|

(b)(6)   (b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| **USCIS Atlanta FIELD OFFICE**<br><br>**ISO2, GS 09-12, 1801**<br><br>**Announcement # S22-2021-0007**  (b)(6)<br><br>**Oluwotyin Olumuko**  (b)(2)<br><br>**DATE** ___8/19/2021___  **TIME**: ___10:00 AM___ | **Teri Villarreal** | **Lesley Larson** | **Fausto Pimentel** | **TOTAL** |
| | | | | |

**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question;  1 = Minimally Satisfactory Response;  2 = Acceptable Response;  3 = Excellent Response;  4 = Outstanding Response

| **Total Interview Score** | |
|---|---|

(b)(6)   (b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|

**USCIS Atlanta FIELD OFFICE**

**ISO2, GS 09-12, 1801**

**Announcement # S22-2021-0007**

(b)(6)
(b)(2)

| | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |
|---|---|---|---|---|

**DATE** 8/19/2021   **TIME**: 11:00 AM

**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question;  1 = Minimally Satisfactory Response;  2 = Acceptable Response;  3 = Excellent Response;  4 = Outstanding Response

| **Total Interview Score** | |
|---|---|

(b)(6)    (b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| **USCIS Atlanta FIELD OFFICE**<br><br>**ISO2, GS 09-12, 1801**<br><br>**Announcement # S22-2021-0007** (b)(6) (b)(2) | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |

**DATE** 8/19/2021  **TIME**: 12:30 PM

**Scoring For Interview Questions:**

**0 = Failed to Respond to the Question or Failed to Address the Question; 1 = Minimally Satisfactory Response; 2 = Acceptable Response; 3 = Excellent Response; 4 = Outstanding Response**

**Total Interview Score**

(b)(6)     (b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| **USCIS Atlanta FIELD OFFICE**<br><br>**ISO2, GS 09-12, 1801**<br><br>**Announcement # S22-2021-0007** <br> (b)(6) <br> (b)(2) | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |

**DATE** 8/19/2021    **TIME**: 1:30 PM

**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question;  1 = Minimally Satisfactory Response;  2 = Acceptable Response;  3 = Excellent Response;  4 = Outstanding Response

| **Total Interview Score** | |
|---|---|

(b)(6)    (b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| **USCIS Atlanta FIELD OFFICE**<br><br>**ISO2, GS 09-12, 1801**<br><br>**Announcement # S22-2021-0007**<br><br>(b)(6)<br>(b)(2) | Teri Villarreal | Lesley Larson | Fausto Pimentel | **TOTAL** |

**DATE**   8.19/2021    **TIME**:    2:30 PM

**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question;  1 = Minimally Satisfactory Response;  2 = Acceptable Response;  3 = Excellent Response;  4 = Outstanding Response

| **Total Interview Score** | |
|---|---|

(b)(6)   (b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |

**USCIS Atlanta FIELD OFFICE**

**ISO2, GS 09-12, 1801**

**Announcement # S22-2021-0007**

(b)(6)
(b)(2)

**DATE** Declined     **TIME**:     12:00 AM

**Scoring For Interview Questions:**

**0 = Failed to Respond to the Question or Failed to Address the Question;  1 = Minimally Satisfactory Response;  2 = Acceptable Response;  3 = Excellent Response;  4 = Outstanding Response**

**Total Interview Score**

(b)(6)     (b)(2)

| | INTERVIEWER NAME | | | |
|---|---|---|---|---|
| **USCIS Atlanta FIELD OFFICE**<br><br>**ISO2, GS 09-12, 1801**<br><br>**Announcement # S22-2021-0007**<br><br>(b)(6)<br>(b)(2) | Teri Villarreal | Lesley Larson | Fausto Pimentel | TOTAL |

**DATE** Declined  **TIME**: 12:00 AM

**Scoring For Interview Questions:**

**0 = Failed to Respond to the Question or Failed to Address the Question;  1 = Minimally Satisfactory Response;  2 = Acceptable Response;  3 = Excellent Response;  4 = Outstanding Response**

| **Total Interview Score** | |
|---|---|

(b)(6)    (b)(2)

## COMBINE TOTAL SCORES

| USCIS Atlanta FIELD OFFICE<br><br>ISO2, GS 09-12, 1801<br><br>Announcement # S22-2021-0007 | (b)(6)<br><br>(b)(2) | Adama Tarawally | Ihsane Bikri | | Tenika Hazzard | | Oluwotyin Olumuko | |
|---|---|---|---|---|---|---|---|---|

**Scoring For Interview Questions:**

0 = Failed to Respond to the Question or Failed to Address the Question;  1 = Minimally Satisfactory Response;  2 = Acceptable Response;  3 = Excellent Response;  4 = Outstanding Response

| | |
|---|---|
| **Total Interview Score** | |
| **Interviewer Observation Score (total)** | |
| **Resume Matrix Scores** | |
| **Writing Sample** | |
| **Supervisory Recommendation** | |

**Supervisory Recommendation**

**NR** - Not Recommend = **0**;  **R** - Recommend = **10**;  **HR** - Highly Recommend = **20**

| **TOTAL SCORE** | |
|---|---|
| **RECOMMENDATION** (#1, #2 & #3) | |

(b)(6)     (b)(2)

# EXHIBIT

# F

Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010



U.S. Citizenship
and Immigration
Services    COW2022003376

**COW2022003376**



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

November 22, 2023

**COW2022003376**

Richard Jackson
1023 25th Avenue
Bellwood, IL 60104

RE: *1:23-cv-04371 / Jackson*

Dear Richard Jackson,

This is in response to the above captioned Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office on July 12, 2022, seeking information relating to Job Announcement #**WAS-2022-0003**.

We conducted a search utilizing terms and criteria that you provided in the request and searched USCIS Program Offices and files where we reasonably believed responsive records likely would be located. After compiling responsive records, we reviewed and processed the records pursuant to FOIA and its implementing regulation, 6 C.F.R. Part 5. We have identified **658** pages that are responsive to your request. We have determined to release **30** pages in their entirety, and we are releasing **628** pages in part except those portions that are appropriately exempt pursuant to 5 U.S.C. § 552 (b)(2) (b)(5), and (b)(6), of the FOIA.

Exemption (b)(2) as applied by USCIS protects predominantly internal rules, procedures and guidelines, the disclosure of which would present reasonably foreseeable harm to an interest of the United States, such as a significant risk of circumvention of statutes or agency regulations. The types of documents and/or information we have withheld under this exemption may consist of operating rules, guidelines and techniques for identifying law-violators, internal agency security techniques, law enforcement training procedures, or guidelines and manuals of procedures for examiners and adjudicating officers.

Exemption (b)(5) provides protection for inter-agency or intra-agency memoranda or letters, which would not be available by law to a party other than an agency in litigation with the agency. The types of documents and/or information we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information that we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

**COW2022003376**

I note that this matter is in litigation.  If you have any questions about our response, please contact Jonathan Haile, United States Attorney at Jonathan.Haile@usdoj.gov.

Sincerely,

Jarrod Panter
Acting Chief FOIA Officer
Freedom of Information & Privacy Act Unit

Work Experience.

(b)(6)

**EXPERIENCE**

(b)(6)



**Certificate Type: Best Qualified - Competitive Merit Promotion**

As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.

**Series: 1801**          (b)(6)

**Grade: 12**

Status: DO

Status: DO

Status: DP

LOHN, HELENE

Telephone

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Telephone 2: 

Email: 

EOD:
03/27/202
2

Status: SL

Status: DO

Status: DP

Status: AP

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: DO

Status: DP

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Helene M. Lohn**

## SUMMARY OF QUALIFICATIONS:

- GS-1801-12, Level II in Adjudication Form Type I-485 (family/employment/preference based), I-130, N-400, I-290B, I-212, I-90, I-601, I-602, I-508; I-864, I-693.
- Detailed oriented, organized, and capable of working independently or as part of a team.
- Experienced in modern office procedures and familiar with computer software programs.
- Ability to obtain facts, evaluate information and make determinations on the established rules and precedents.
- Possess comprehensive and authoritative knowledge and understanding of related rules, regulations, policies and operating procedures pertaining to the Immigration and Nationality Act, Title 8 Code of Federal Regulations, and Adjudicator's Field Manual.
- Independently research, interpret, investigate and analyze an extensive spectrum of sources including pertinent sections of the law and regulations, operating instructions, references and guidance contained in legislative history, precedent decisions, state and local laws to embrace the correct course of action.

## WORK EXPERIENCE:

**Immigration Services Officer**
**Level II: GS-12: 02/12/2020 – present**
**Level II: GS-11: 02/12/2019 – 02/12/2020**
**Department of Homeland Security**
**U.S. Citizenship and Immigration Services, LACFO, Los Angeles, CA**
**300 N Los Angeles Street, Los Angeles, CA 90012**
**Supervisor**
**Full-time position (40-hr work week); Salary: $91,438.00**

Duties as Immigration Services Officer – (ISO II):
- Conduct interviews for Adjustment of Status (AOS) and Naturalization (NATZ) – interpret, adjudicate complex and refer possible national security cases. Expertly review applications to determine eligibility entitlements for applicants seeking immigration benefits to adjust status and/or naturalize under the Immigration and Nationality Act.
- Have expert experience in adjudicating applications and petitions using various systems to include ELIS, CPMS, PCQS, EDMS, TECS, NCIC, TECS ADIS, TECS MOD, CCD, CCDI, CIS2, RAILS, ECHO, Q-FLOW, VIBE PLUS, ACCURINT, FDNS DS; Interim Case Management Solution (ICMS), Central Authentication Service (TECS), and Computer Linked Application Information Management System (CLAIMS) that range from simple to complex (difficult, convoluted and/or sensitive cases).

(b)(6)

- Adjudicate applications and petitions by researching and applying laws and conducting interviews to determine eligibility. Perform system checks and make determinations regarding potential administrative and/or criminal violations.
- Ensure national security and support the intelligence community by examining documentation for authenticity and conduct background investigations by way of interviewing applicants.
- Review applications and petitions to make eligibility determinations.
- Consult with the public to explain eligibility requirements.
- Provide applicants advice on necessary information to complete required forms to include supporting documentation based on their application.
- Identify applicants that have submitted fraudulent information pertaining to their applications and/or petitions.
- Possess the ability to advocate for applicants on procedural questions to better facilitate the applicant process.
- Possess the ability to exercise sound judgment and discretion.
- Possess the ability to research and analyze legal information to apply appropriate laws and procedures.
- Possess the ability to articulate information effectively both orally and in writing with people from diverse backgrounds.
- Consistently refer cases to our Fraud Division & National Security (FDNS) unit using the Internet Fraud Referral System (iFRS/FDNS-DS) and identify, articulate, and pursue suspected immigration benefit fraud, public safety, and national security concerns.
- Collect and analyze data to identify fraud trends and patterns and to make recommendations to address vulnerabilities and weaknesses in the immigration system.
- Use of excellent analytical, written and oral communication skills to apply various laws and regulations to large volumes of information and facts to make final determinations to either grant or deny complex and public sensitive cases.
- Flexible and adjust to new and varying situations quickly and efficiently.
- Use of various computer systems, both secure and non-secure, to identify possible fraud or national security concerns.
- Mentor other AOS officers.
- Able to use FDNS DS NS system when reviewing and adjudicating AOS cases.
- Initiative and motivation to perform tasks and duties above those expected of me.
- Review adjudicative decisions of other officers.
- Adjudicate sensitive and complex cases that have been in, and have the potential for, ligation.
- Adjudicate Form I-485, I-130, and familiar with adjudication for Form N-400 in ELIS
- Regularly adjudicate and make final decisions on complex cases.
- Regularly assigned, and successfully complete difficult, complex and challenging assignments and duties based on my experience.
- Recognized by immediate supervisor, co-workers, and management for being able to successfully perform duties and tasks.
- Officers and supervision seek out my opinion and expertise in determining the adjudicative decision in complex and sensitive cases.
- Discuss and provide professional input on novel, complex, and national security cases with supervisor and counsel.

**Immigration Services Officer I**
**Level I GS-09: 09/12/2017 – 02/12/2019**
**Level I GS-07: 09/12/2016 – 09/12//2017**
**Level I GS-05: 09/12/2015 -09/12/2016**
**Department of Homeland Security**
**U.S. Citizenship and Immigration Services, Potomac Service Center (PSC)**
**Potomac Center Drive, Arlington VA 20598**
**Supervisor:** [                                        ]          (b)(6)
**Full-time position (40-hr work week); Salary: $54,972.00**

Duties as Immigration Services Officer – Level I (ISO-I):

- Expertly researched and interpret immigration laws and regulations in order to correctly make final adjudication decisions on a variety of complex immigration applications and petitions based on the legal eligibility of the applicant and/or petitioner. Adjudicated, granted or denied immigration benefits based on evidence; granted and denied complex, highly sensitive immigration petitions/applications. Utilized ECHO to write complex RFEs, NOID's, NOIR's and denials;
- Subject matter expert in Form type, electronic and paper files: I-765 Student Employment Authorization applications, I-130 Petition for Alien Relative, I-90 Application to Replace Permanent Resident Card renewals/ replacements in ELIS and I-290B Notice of Appeal or Motion;
- Provided ideas, feedback, and resolutions to the PSC staff in order enhance adjudicative efficiency and accuracy; Researched, interpret and processed immigration benefits while utilizing multiple electronic resources and DHS components, such as Nationals, Claims 3, Student & Exchange Visitor Information Systems (SEVIS), Standard Management Analysis and Reporting Tool (SMART), RAILS;
- Provided a strengthened network between other Homeland Security offices. Provided the best customer service for the petitioners while maintaining the integrity of the US immigration system;
- Subject matter expert in adjudicating I-765 (c)(3)(iii), economic hardship employment;
- Actively volunteered and served as a point of contact to mentor colleagues on processing complex Motion to Appeal a Decision and Student Employment Authorizations and mentor on identifying various indicators of document fraud and immigration fraud vulnerabilities within applications and other complex components of I-765 employment authorizations;
- Provided guidance as a liaison between Congressional offices and PSC Congressional staff, responded to customer-service inquiries, reported accurate resolutions within one business day.
- Conducted security checks, investigated and identified any derogatory IBIS information for all applicants in accordance with DHS and USICIS policies before adjudication and

forward fraud, national security and critical issues to the Background Check Unit and Criminal Fraud Detection Office. Attention to detail with harvesting information for security screening, national security and public safety;

- Examined and analyzed immigration petitions and applications with available intelligence for authenticity and quality assurance and accurate analysis of applicable immigration laws, recognizing issues and implementing solutions for day-to-day adjudications;
- Assisted the Washington Field Office's Naturalization Ceremony with candidate check-in, ushering of candidates and guests and crowd control;

(b)(6)

**EDUCATION:**

Certificate,

Certificate

Certificate

**Relevant Coursework, Licenses and Certifications:**

Bachelor's

**ADDITIONAL INFORMATION:**

**Language Skills:**

ENGLISH:  advanced skills/fluent
GERMAN: (native language) advanced skills/fluent
FRENCH:   advanced skills

**Professional References:**

(b)(6)

# EMMANUEL P. MWANDOSYA (b)(6)

## PROFESSIONAL SUMMARY

Attentive Immigration Services Officer (GS9-1801, Supervisor (b)(6) with high performance appraisal who has a clear understanding of the Immigration and Naturalization Act and is proficient in adjudicating multiple immigration forms. Considerable experience in providing a variety of immigration services ranging from verification of documents, fraud detection, to adjudicating immigration applications. Proficient in lawfully adjudicating cases.

## EXPERIENCE

**United States Citizenship and Immigration Services,** Overland Park, Kansas          June 2019 - Present
Immigration Services Officer (ISO-1) (40hr/wk)

- Review applicants' documents to ensure authentication and proper submission of documentation. Documents submitted include birth certificates, passports, visas and financial records
- Identify and address discrepancies with documentation
- Grant or deny immigration applications and petitions based on a thorough review of submitted documentation
- Address Congressional inquiries by researching and resolving issues with applicant's cases
- Adjudicate multiple form types, including I-140s, I-485 (Application to Register Permanent Residence), I-765 (Application for Employment Authorization), and I-131 (Authorization for Travel Document) Immigration petitions
- Adjudicate Refugee/Asylum-based Form I-765 (Application for Employment Authorization), and I-131 (Authorization for Travel Document) Immigration petitions
- Ensure proper security checks are performed on applicants
- Refer sensitive cases to Background Check Unit (BCU) and Fraud Detection and National Security Directorate (FDNS) to determine if applicant is eligible for the benefit sought
- Review applicants I-140 and I-485 Forms to determine if applicant is eligible to adjust status
- Utilize electronic systems such as the Treasury Enforcement Communication System (TECS), Customer Profile Management System (CPMS), Person Centric Query System (PCQS), Enterprise Document Management System (EDMS) to perform security checks and screen immigration applications to determine eligibility of applicants and to identify national security threats
- Assist and train fellow officers new on-boarding officers and peers on new processes and adjudicating petitions
- Utilize the Service Request Management Tool (SRMT) to perform customer service duties to ensure applicant cases are processed efficiently
- Tutored fellow officers in the Officer Basic Academy training
- Research, interpret and apply sections of the law to each case to appropriately adjudicate petitions
- Draft Request for Evidence, Notice of Intent to deny and Denial letters in accordance to the laws, guidelines, and agency protocols
- Receipt Supplement J forms and process VIBE score to ensure applicants petitioning companies are valid employers
- Selected by Section Chief to assist in the Supplement J file triage project which is helping expedite files from the Service Center to the Field Offices
- Review files for security checks, admissibility, relationship fraud, benefit fraud and criminality; forwarding the information, as needed, to aid US Immigration and Customs Enforcement personnel of other federal agencies in identifying individuals that may pose a threat to national and public safety
- Working knowledge and experience in evaluating the applicability of the Adam Walsh Act and VAWA as they relate to immigration benefits
- Maintain a positive, professional working relationship with both the congressional and customer service departments at the NBC
- Expeditiously adjudicate priority cases for individuals when circumstances warrant such processing.

# EMMANUEL P. MWANDOSYA

- Seen as a team player and often called upon to problem solve and to ensure coworkers communicate in a positive, constructive manner
- Follow property security guidelines effectively by ensuring stamps and laptop are always secure
- Follow updated security guidelines and procedures to ensure compliance and consistency

(b)(6)

Partner

- 
- 
- 

Reader/Evaluator

- 

Owner

- 
- 
- 
- 
- 

Manager Trainee/Branch Corporate Accounts Manager

- 
- 
- 
- 
- 
- 

## EDUCATION

Bachelor

Bachelor

Successfully completed

Successfully completed

(b)(6)

# EMMANUEL P. MWANDOSYA

## SKILLS

Microsoft Office (6 years), Customer Service (10+ years), Sales (5 years), Polymerase Chain Reaction (1 year), Gel Electrophoresis (1 year), Customer Service (10+ years), Computer Hardware (10+ years), Training (1 year), Ubuntu (2 years), Management (1 year), Web Design (2 years), Databases (Less than 1 year), Windows (10+ years), Tutoring Math and Science (3 years), Sketchup 3D design program (3 years)

(b)(6)

# Eliana Hernandez

## Summary

Experienced in the process of immigration benefit cases.

Proficient in analyzing pertinent sensitive information for the determination of reports and organization.

Strong customer service, leadership and interpersonal skills.

## Work Experience

### DEPARTMENT OF HOMELAND SECURITY, USCIS- POTOMAC SERVICE CENTER, IMMIGRATION SERVICES OFFICER- BACKGROUND CHECK UNIT (BCU)

*JANUARY 2018- PRESENT*

Research and analyze One SFD BCU referrals for I-130, I-765, I-90, I-601A, and I-539 form types.

Review IdHS rap sheets to determine if case is EPS/ Non-EPS or DQ.

Aided other Federal agencies in identifying applicants that may pose a threat to public safety or national security, through deconfliction within law enforcement agencies.

Resolve I-765, Application for Employment Authorization TECS resolutions as part of the Wolf Team.

Final adjudication determination on I-90 Permanent Resident Card Renewals and I-130 Petition for Alien Relative.

Grant, deny or write Request Further Evidence of petitions for immigration benefits.

Utilize electronic systems to verify applicant information in database systems including CLAIMS, TECS, RAILS, ELIS, EARM, PCQS and ATS-P to analyze evidence and applicant credibility for immigration benefit.

Submit monthly absconder report to U.S Immigration and Customs Enforcement (ICE) officers at Washington DC Headquarters.

Create and conducts research on EPS-RTI FDNS- DS data entries.

Completed Notice to Appear and Controlled Application Review and Resolution Program trainings.

### DEPARTMENT OF HOMELAND SECURITY, USCIS- POTOMAC SERVICE CENTER, IMMIGRATION SERVICES ASSISTANT (ISA)- BACKGROUND CHECK UNIT (BCU)

*MARCH 2016- December 2017*

Performed analysis on I-130 and I-765 files, reports, and information systems or databases.

Utilized electronic systems to verify data points in database systems including CLAIMS, TECS, NFTS, ELIS, SMART, PCQS and CBP Vetting.

Submitted monthly absconder report to U.S Immigration and Customs Enforcement (ICE) officers at Washington DC Headquarters.

Created weekly passenger list for I-90, I-765 and I-130 receipts.

Determined if I-90 case files should be sent for Public Safety Review.

Maintained G-22 work tracking log of the BCU team for accurate entries showing when and where future resources will be needed.

TECS Systems Control Officer for the BCU.

Conducted audits of case files for the BCU.

1

Reviewed evidentiary record for existence of inconsistencies to be sent over from BCU officer to adjudicator.
Created EPS-RTI FDNS- DS data entries.
Completed T-4 and BCU/ CAARP training.
Provided training to other ISAs on the process of creating passenger lists.
Wrote up minutes for BCU monthly meetings.

(b)(6)

**SPECIALIST**

**LEGAL ASSISTANT**

**, INTERN**

**INTERN**

**FUNRAISER**

(b)(6)

2

(b)(6)

## Education

**MASTERS**

**BACHELORS**

## Qualifications/Skills

Fluent in Spanish and English languages

Expert with Microsoft Word, Outlook, Excel, and PowerPoint. Lotus Notes; SmartSearch; HotDocs Database; SMART, Working knowledge of Internet research tools.

Open minded and accepting. Worked independently and in multiple teams.

(b)(6)

(b)(6)

## MOHAMED A. ABUKAR

## PROFESSIONAL EXPERIENCE

**Immigration Services Officer**                                July 2018 – Present
Department of Homeland Security - U.S. Citizenship and Immigration Services
2675 Prosperity Avenue, Fairfax Virginia 20598
Supervisor:
Grade: GS 9 step 2, 40 hours per week, Full-time, Salary: $62,133.00

- Adjudicate a variety of application and petitions to determine eligibility of U.S. immigration benefits under various sections of the Immigration and Nationality Act and the Code of Federal Regulation:

    - Form I-130 (all preferences), Form I-756, Form I-485(family-based, employment-based, Asylum, Cuban, juvenile), Form I-751, Form I-131, Form N-600, Form N-400 (both military and non-military cases).

- Review petitions and supporting evidence, conduct 40 naturalization and 30 adjustment of status interviews to assess applicant credibility, and to identify fraud, national security, and public safety threats.

- Conduct interviews in Spanish and in Somali when necessary.

- Research, interpret and apply suitable laws, regulations, and precedent legal decisions to make adjudicative decisions.

- Prepare and articulate sufficient written decisions supporting unfavorable decisions.

- Correspond with applicants and attorneys to solicit additional evidence required to make adjudicative decisions.

- Perform routine security checks using TECS, NCIC to determine eligibility and to identify individuals who are national security and public safety threats.

- Utilize various electronic systems like the Central Index Systems (CIS), Enterprise Document Management System (EDMS), Electronic Immigration System (ELIS), and Person Centric Query System (PCQS) to research applicants' immigration history.

- Utilize various electronic systems to research applicant's immigration history and determine eligibility for benefit sought.

- Identify, articulate and refer possible fraudulent application and petitions to FDNS for further investigation.

- Assist in the administration of naturalization ceremonies by processing applicants, acting as master of ceremonies, and processing on the spot corrections to naturalization certificates.

- Conduct 1-3 naturalization ceremonies per month.

(b)(6)

**Immigration Services Officer Assistant**                    July 2017 – July 2018
U.S. Citizenship and Immigration Services
Department of Homeland Security - U.S. Citizenship and Immigration Services
2675 Prosperity Avenue, Fairfax Virginia 20598
Supervisor:
40 hours per week, GS 5, Full-time

- Pre-screened various applications submitted by USCIS customers for accuracy and completeness.
- Prioritized own workload and task responsibilities by using project management skills.
- Assisted Immigration Service Officers in scheduling applicants for citizenship interview and oath ceremony.
- Assisted FDNS with fraud cases and sat in interviews.
- Performed analysis on files, prepare documentation, create reports, organize records and assemble databases.
- Liaised with U.S District Courts representatives to schedule ceremonies and solve legal discrepancies.
- Responsible for scheduling 5 or more ceremonies a month.
- Worked at INFOpass/triage and provided exceptional customer service to all applicants.
- Produced highly sensitive and secure documents, such as naturalization certificates, while representing USCIS at oath ceremonies.
- Collaborated with HQ staff and other stakeholders to develop training manuals for future Immigration Services Officer Assistants.
- Edited and created pertinent office documents and correspondence using office automation software.

**Program Assistant**                    October 2015 – July 2017
Transportation Security Administration
Department of Homeland Security
3201 Thomas Avenue, Hanger #6 Washington D.C 20528
Supervisor:

- Assisted the Local Hiring Manager in Airport Assessment process.
- Screened candidates and assist the Local Hiring Manager.
- Used various HR software to process candidates through hiring stage.
- Conducted standardized structured interview, color vision test, collection of fingerprints and new hire orientation.
- Worked with different departments during hiring and placement.
- Used different HR software in screening and processing a candidate.
- Assisted the Local Hiring Manager in new hire orientations; creating and delivering new hire packets for HR, Payroll, Training, Scheduling and the Security Command Center.

(b)(6)

(b)(6)

**Talent Acquisition Auditor/HR Assistant**                          July 2014 – May 2015

**Member Service Associate**                          Oct 2012 - July 2014

**Sustainable Agriculture Volunteer**                          Feb 2010 - April 2012

(b)(6)

(b)(6)

**Program Manager**        July 2006 - Feb 2010

(b)(6)

## EDUCATION

**Bachelor**

## SPECIAL SKILLS AND INTEREST

- 
- IMMIGRATION SERVICE OFFICER BASIC TRAINING 901
- 
- Fluent in Professional English, Spanish and Somali, written and spoken.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.

**Series: 1801**

**Grade: 11**                                    (b)(6)

ABUKAR, MOHAMED

Telephone
Telephone

Email:

EOD:
02/27/202
2                              Status: SL

Status: DP

EOD:
03/27/202
2                              Status: SL

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNS

Status: AP

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNS

EOD:
04/10/202
2

Status: AP

HERNANDEZ ELIANA

Telephone
Telephone

Email:

EOD:
04/10/202
2

Status: SL

Status: AUNS

JOHN HELENE

Telephone
Telephone

Email:

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNS

MWANDOSYA, EMMANUEL

Telephone

Email:

EOD:
03/27/202
2

Status: SL

Status: DP

Status: AUNS

Status: DP

Status: DO

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: DP

EOD:
03/27/202
2

Status: SL

Status: AUNS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Ms. Kathleen Richele Mahoney**

**Work Experience:**

**United States Citizenship and
Immigration Services
Immigration Services Officer (ISO-1)**
2675 Prosperity Ave,
Fairfax, VA
**10/13/2019 – Present**
**Salary:** 62000.0000 USD Per Year
**Hours per week:** 40
Full time
**Supervisor:**

(b)(6)

**Okay to contact this Supervisor:** Yes

**Duties, Accomplishments and Related Skills:**
- Grant and deny complex and highly sensitive applications and petitions for immigration benefits based on electronic or paper applications/petitions.
- Regularly review I-130's (Petition for Alien Relative), I-485's (Application to Register Permanent Residence or Adjust Status), and N-400's (Application for Naturalization) for adjudication.
- Conduct research, interpret, and apply appropriate statutes, regulations, immigration laws, policies and procedures, and precedent decisions to make adjudicative decisions.
- Routinely interview applicants and petitioners to elicit statements, assess credibility, and analyze information to identify facts that form the basis for a decision concerning eligibility for immigration benefits as outlined in the INA.
- File reviews to include conducting security checks utilizing TECS.
- Aid Federal law enforcement agencies in identifying individuals who are ineligible for immigration benefits due to national security, public safety, or other legal grounds.
- Utilize the appropriate electronic systems to provide verification of any number of established data points to make adjudicative decisions, determine appropriate level of adjudicative review, and update databases with appropriate information and decisions. These systems include but are not limited to: TECS, CIS2, CCDI, NPWR, PCQS, ELIS, ICMS and CMPS.

(b)(6)

- Assist individuals applying for immigration benefits to include analyzing documents for authenticity through the interview process and confirming the applicant's information is true and correct as well as making any applicable and appropriate updates.

**TRAINING**: Completed Immigration Services Officer Basic Training Program (ISOBTP) 2102 - March 5, 2021. *Leadership role serving as class representative.

**Transportation Security Administration**
**Supervisory Transportation Security Officer (STSO)**
1 Saarinen Circle
Dulles, VA
**9/15/2019 – 10/13/2019**
**Salary:** 54,500 USD Per Year
**Hours per week:** 40
Full time
**Supervisor:**

**Okay to contact this Supervisor:** Yes

**Duties, Accomplishments and Related Skills:**
- Oversee a staff of Transportation Security Officers (TSO's) and Lead Transportation Security Officers (LTSO's) and identify, distribute, and balance the workload and tasks among the TSO's and LTSO's in accordance with the established workflow and their skill levels.
- Make necessary adjustments to accomplish the workload in accordance with established priorities.
- Promote learning opportunities through discussion of actual situations, decisions made and the outcome/results of those decisions.
- Maintain a high standard of ethics to promote others to work in an honest, fair and ethical manner.
- Apply all aspects of Standard Operation Procedures and use tactical communication and other effective approaches to resolve potential threats.
- Implement security screening procedures and alarm resolution in accordance with the TSA objectives and directives and protect the traveling public by preventing deadly or dangerous objects from being transported onto aircrafts.
- Solicit input and feedback from my LTSO's, through and with the understanding of chain of command, to build a network of communication and strengthen our ability to mitigate potential and actual threats.
- Maintain close communication with my LTSO's regarding issues that might reveal a weakness or vulnerable area of security screening.

**Transportation Security Administration**
**Lead Transportation Security Officer (LTSO)**
1 Saarinen Circle
Dulles, VA
**12/01/2018 – 9/15/2019**

**Supervisor:**

(b)(6)

(b)(6)

**Okay to contact this Supervisor:** Yes

**Duties, Accomplishments and Related Skills:**

- Oversee a staff of TSO's and identify, distribute, and balance the workload and tasks among the TSO's in accordance with the established workflow and their skill levels.
- Make necessary adjustments to accomplish the workload in accordance with established priorities.
- Guide, coach, and develop the TSO's in acquiring skills and experience needed to identify and mitigate security threats by maintaining an environment that encourages the TSO's to use critical thinking skills to support unpredictability.
- Promote learning opportunities through discussion of actual situations, decisions made and the outcome/results of those decisions.
- Build upon the strengths of the TSO's, supporting organizational culture change through employee recognition and mentoring.
- Maintain a high standard of ethics to promote others to work in an honest, fair and ethical manner.
- Apply all aspects of Standard Operation Procedures and use tactical communication and other effective approaches to resolve potential threats.
- Engage in continuous development of critical thinking skills necessary to mitigate the security threat by identifying, evaluating, and applying situational options and approaches.
- Solicit input and feedback from my TSO's and co-workers, through and with the understanding of chain of command, to build a network of communication and strengthen our ability to mitigate potential and actual threats.
- Maintain close communication with my TSO's and supervisors regarding issues that might reveal a weakness or vulnerable area of security screening.
- Respond to the needs of people from many different backgrounds in different situations with courtesy, sensitivity, and respect.
- As a Behavior Detection (BDO) and Atlas team member: Collaborate with my team to observe behavior and appearance indicators to identify potentially high-risk individuals who may pose a threat to transportation security either as a traveling passenger or an employee of the airlines or airport.
- Assess multiple individuals simultaneously and use defined methods to detect unusual behavior.

**COLLATERAL DUTIES**:
Certified Coach for new hire on the job training (OJT), Metrics Officer and Certified Behavior Detection Officer (BDO)

**Transportation Security Administration**
**Transportation Security Officer**
IAD Washington Dulles International
Airport **03/2017 – 12/1/2018**
FLL Fort Lauderdale International Airport
**05/2015 – 03/2017**

**Supervisor**:

(b)(6)

(b)(6)

**Okay to contact this Supervisor:** Yes
**Supervisor:**

**Okay to contact this Supervisor:** Yes
**Duties, Accomplishments and Related
Skills:**

- Perform physical and information-based screening of people and accessible property to identify individuals who may pose a threat as well as detecting objects which may pose a threat to transportation security.
- Implement security screening procedures and alarm resolution in accordance with the TSA objectives and directives and protect the traveling public by preventing deadly or dangerous objects from being transported onto aircrafts.
- Engage in continuous development of critical thinking skills necessary to mitigate the security threat by identifying, evaluating, and applying situational options and approaches.
- Monitor the environment as well as behavior/activities of individuals in the environment and alert my superiors when I am unable to appropriately resolve a suspicious behavior or potential threat.
- Maintain strong officer command presence and always maintain situational awareness to effectively control the screening environment. I respond immediately to breaches of security and emergency situations.
- Operate various equipment such as walk-through and hand-held metal detectors, Explosive Detection Systems, Explosive Trace Detection Systems and X-ray and utilize computers to complete training, write reports and assist with investigations of incidents.
- Maintain a high standard of ethics to promote others to work in an honest, fair, and ethical manner.
- Model my work behavior by presenting myself in a professional and courteous manner, displaying a posture of confidence, alertness, and awareness.
- Ensure occupational safety and health guidelines are followed and that contamination by potentially hazardous materials is prevention.
- As a Network Information Officer (NIO): Proactively seek out information regarding terrorist threats and any other threats and disseminate that information to our TSO's.
- Participate in information briefings concerning security-sensitive or classified information to include assisting in the daily briefings, reiterating potential threats and the need to mitigate them, and facilitating discussions amongst the TSO's.

**ACCOMPLISHMENTS/AWARDS:**

**COLLATERAL DUTIES:**
Network Information Officer (NIO)

Account Liaison

(b)(6)

(b)(6)

**Supervisor:**

**Okay to contact this Supervisor:** Yes

**Emergency Medical Technician**

**Supervisor:**

**Okay to contact this Supervisor:** Yes

(b)(6)

(b)(6)

**Supervisor**

**Okay to contact this Supervisor:** Yes

**Assistant Athletic Director** | **Coach**

**Okay to contact this Supervisor:** Yes

(b)(6)

(b)(6)

**Job Related Training:**

**Education:**

Certification

Certification

Bachelor

Associate

**References available upon request**

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.

**Series: 1801**

**Grade: 09**

(b)(6)

Status: AUNS

Status: AUNS

Status: DP

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

Status: AUNS

(b)(6)

Status: AUNS

HERNANDEZ, ELIANA

Status: AUNS

Status: DP

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNS

Status: AUNS

Status: DO

MAHONEY KATHLEEN

Telephone
Telephone

Email:

EOD:
03/13/202
2

Status: SL

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

(b)(6)

Status: AUNS

Status: AUNS

Status: AP

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*


As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.


**Series: 1801**                    (b)(6)

**Grade: 12**

Status: AUNS

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive – Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

Status: AUNS

(b)(6)

Status: DP

LOHN, HELENE

Telephone 1:
Telephone 2:

Email:

Status: AUNS

Status: AUNS

Status: AUNS

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

(b)(6)

Status: AUNS

Status: AUNS

Status: AUNS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*


As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.


**Series: 1801**                                        (b)(6)

**Grade: 11**

Status: DP

Status: AUNS

LOHN, HELENE

Telephone 1
Telephone 2

Email:

Status: AUNS


The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive – Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

(b)(6)

Status: AUNS

Status: AUNS

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*


As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.


**Series: 1801**

**Grade: 09**                                  (b)(6)

Status: AUNS

Status: AUNS

(b)(6)


The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

About

Announcement Number:

WAS-2022-0003

Hiring Agency:

U.S. Citizenship and Immigration Services

Position Title:

IMMIGRATION SERVICES OFFICER

Open Period:

12/06/2021 - 12/15/2021

Format MM/DD/YYYY

Series/Grade:

GS - 1801 09/11/12

Salary:

USD $60,129 - USD $113,362

Work Schedule:

Full-time –

Promotion Potential:

GS-12

Duty Location(s):

2

in

Fairfax, VA, US

Telework Eligible:

Yes

For More Info:

HROC Staffing Help Desk

952-697-8380

hrocstaffinghelpdesk@uscis.dhs.gov

Overview

Hiring Path:

• Internal to an agency (search)

• Career transition (CTAP, ICTAP, RPL)

Who May Apply/Clarification From the Agency:

Current USCIS employees with competitive status and CTAP eligibles.

Security Clearance Required:

Not Required

Appointment Type

Permanent

Marketing Statement:

The Department of Homeland Security (DHS) is calling on those who want to help protect American interests and secure our Nation. DHS Components work collectively to prevent terrorism; secure borders and our transportation systems; protect the President and other dignitaries; enforce and administer immigration laws; safeguard cyberspace; and ensure resilience to disasters. We achieve these vital missions through a diverse workforce spanning hundreds of occupations. Make an impact; Join DHS.

U.S. Citizenship and Immigration Services administers the nation's lawful immigration system, safeguarding its integrity and promise by efficiently and fairly adjudicating requests for immigration benefits while protecting Americans, securing the homeland, and honoring our values. Visit us here for more information.

Summary:

These positions are located in Field Operations Directorate, Office of Field Operations, District 21, Fairfax VA Field Office.

As an IMMIGRATION SERVICES OFFICER, you will adjudicate complex applications and petitions for immigration benefits and provide assistance to other federal agencies in identifying those who pose a national security and public safety threat.

Supervisory Position:

No

Relocation Expenses Reimbursed:

No

Travel Required:

Occasional Travel

You may be required to travel for this position.

Back to top

Responsibilities

The responsibilities described are for the full performance level. At developmental grade levels, assignments will be of more limited scope performed with less independence, and limited complexity.

Grant or deny complex and highly sensitive applications and petitions for immigration benefits based on electronic or paper applications/petitions.

Research, interpret and apply appropriate statutes, regulations, and precedent decisions to make adjudicative decisions.

Interview applicants and petitioners to elicit statements, assess credibility, and analyze information to identify facts that form the basis for a decision concerning eligibility for immigration benefits.

Conduct security checks and provide assistance to federal law enforcement agencies to identify individuals who are ineligible for immigration benefits due to national security, public safety, or other legal grounds.

Use electronic systems to provide verification of any number of established data points to make adjudicative decisions, determine appropriate level of adjudicative review, and update databases with appropriate information and decisions.

Back to top

Qualifications and Evaluations

Requirements:

The qualifications for this position must be met by 11:59 PM (Eastern Time) on the closing date of this announcement.



Current Federal employees must have served 52 weeks at the lower grade or equivalent grade band in the Federal service. The Time-in-Grade requirement must be met by 11:59 PM (Eastern Time) on the closing date of this announcement.

This position is in the bargaining unit.

This position is not considered "essential" for purposes of reporting to work when the facility might otherwise be closed.

Residency Requirement: There is a residency requirement for all applicants not currently employed by U.S. Citizenship and Immigration Services. This residency requirement states that candidates must have, for three of the last five years immediately prior to applying for this position; (1) resided in the United States; OR (2) worked for the United States Government as an employee overseas in a Federal or Military capacity, OR (3) been a dependent of a U.S. Federal or Military employee serving overseas.

Background Investigation: To ensure the accomplishment of our mission, DHS requires every employee to be reliable and trustworthy. To meet those standards, all selected applicants must undergo and successfully pass a background investigation. This may include a review of financial issues such as delinquency in the payment of debts, child support and/or tax obligations, as well as certain criminal offenses and illegal use or possession of drugs. The background investigation process is initiated after a selection is made. For more information visit the OPM Mythbuster Page.

If a SECRET or TOP SECRET clearance is needed or the position is designated a Sensitive National Security position, all selected candidates must meet the requirements for these clearances or Sensitive National Security position prior to placement AND maintain that level of clearance or national security eligibility while encumbering the position.

Probationary Period: You may be required to serve a probationary period of 1 year.

Key Requirements:

You must be a U.S. Citizen or U.S. National to apply for this position

Successfully pass a Background Investigation including financial disclosure

You must pass a drug screening

You must submit resume and supporting documentation

Males born after 12/31/1959 must be registered with the Selective Service

Political appointees may require OPM approval before on-boarding

Full COVID vaccination as required by Executive Order 14043

Education Requirements:

COMBINING QUALIFYING EXPERIENCE AND EDUCATION (GS-09 AND GS-11 LEVEL ONLY): If you do not qualify based on experience or education alone, you may be able to qualify based on a combination of your experience and education. For more information on combining education and experience, visit the following website: General Schedule Qualification Standards. Transcript required: If you don't submit a transcript, we will not use your education when deciding if you're qualified for the job. For verification purposes, the transcript submitted must include your name and educational institution.

Training: If you have not already done so, you will be required to attend a residential USCIS Officer training course. This technical training must be successfully completed according to the standards of the agency. Failure to do so will be grounds for mandatory removal from the position. Such failure will result in either reassignment to a different position, demotion or separation by appropriate procedures.

Evaluations:

You will be evaluated for this position based upon information reflected in your resume. Your resume must support your responses to the job specific assessment questionnaire, level of education claimed, experience, and/or training. To remain in consideration for this position, please ensure your resume covers this requirement and that your resume has been successfully submitted as part of your on-line application package.

Creation of this package includes completing the on-line assessment questionnaire, uploading your resume, and uploading any required supporting documents.

NOTE: Your resume and supporting documentation will be verified. If you rated yourself higher than what is supported by your application material, you may be excluded from consideration for this job. Please follow all instructions carefully. Errors or omissions may affect your rating or consideration for employment.

If you are found best qualified, you may be referred to the hiring manager for consideration and may be called for an interview.

Agency Career Transition Assistance Program (CTAP) Eligible: If you have never worked for the federal government, you are not CTAP eligible. View information about CTAP eligibility on OPM's Career Transition Resources website. To be considered well qualified under CTAP, you must be placed in the Well-Qualified category for this position, as described above. In addition, you must submit the supporting documents listed under the required documents section of this job announcement.

Note: Applicants who are referred to the hiring office for selection consideration may be required to complete a writing sample and/or other writing exercise as part of the interview/selection process. If the hiring office decides to request a writing sample and/or other writing exercise as part of its selection process, a designated contractor or Agency representative will contact you to: (1) inform you of this requirement; and (2) provide further instructions.

Conditions of Employment Reminder: If you fail to meet the conditions of employment or any other pre-employment requirements, such as missing any of the scheduled appointments, the hiring agency may rescind their tentative offer of employment.

As required by Executive Order 14043, Federal employees are required to be fully vaccinated against COVID-19 regardless of the employee's duty location or work arrangement (e.g., telework, remote work, etc.), subject to such exceptions as required by law. If selected, you will be required to be vaccinated against COVID-19 and submit documentation of proof of vaccination by November 22, 2021 or before appointment or onboarding with the agency, if after November 22. The agency will provide additional information regarding what information or documentation will be needed and how you can request of the agency a legally required exception from this requirement.

Guidance from the Task Force is available at: Protecting the Federal Workforce.

Qualifications:

GS-09: You qualify at the GS-09 level if you possess one (1) year of specialized experience, which is equivalent to at least the GS-07 level in the federal government, that equipped you with the skills needed to successfully perform the duties of the position. You must have experience performing the following duties:

Examining, evaluating evidence, and analyzing immigration benefits documents received for authenticity;

Researching, analyzing and applying appropriate immigration laws, policies and procedures;

Adjudicating immigration benefits based on reviews of applications in coordination with policies OR

You may substitute a Master's degree or two full years of graduate education leading to such a degree in any field, or a J.D. or L.L.B. degree for experience required at the GS-09 grade level. Such education must have been obtained in an accredited college or university and demonstrate the knowledge, skills, and abilities necessary to do the work of this position. Check with your school to determine how many credit hours comprise two years of graduate education. If that information is not available, use 36 semester or 54 quarter hours.

GS-11: In addition to the requirements at the lower grade level(s), to qualify at the GS-11 level if you possess one (1) year of specialized experience, which is equivalent to at least the GS-09 level in the federal government, that equipped you with the skills needed to successfully perform the duties of the position. You must have experience performing the following duties:

Making final determinations on non-sensitive, routine immigration matters related to the Immigration and Nationality Act, or representing applicants on non-sensitive, routine hearing or appeal requests involving immigration matters, that included determining applicant credibility, analyzing evidence, and applying statutory requirements, regulations, judicial and administrative precedents OR

You may substitute a doctoral degree (PhD or equivalent degree) or three full years of progressively higher-level graduate education leading to such a degree in any field, or L.L.M. if related for experience at the GS-11 grade level or such education must have been obtained in an accredited college or university and demonstrate the knowledge, skills, and abilities necessary to do the work of this position. Check with your school to determine how many credit hours comprise three years of graduate study. If that information is not available, use 54 semester or 81 quarter hours

GS-12: In addition to the requirements at the lower grade level(s), to qualify at the GS-12 level if you possess one (1) year of specialized experience, which is equivalent to at least the GS-11 level in the federal government, that equipped you with the skills needed to successfully perform the duties of the position. You must have experience performing the following duties:

Making final determinations on sensitive, complex immigration cases involving eligibility for citizenship and immigration benefits, or preparing legal briefs or other written memoranda that advocate for a determination in complex hearing or appeal cases;

Writing final determinations with legal analysis to support decisions;

Independently analyzing immigration laws, policies, and precedent decisions.

The assessments for this job will measure the following competencies:

Technical Competence

Reasoning

Attention to Detail

Customer Service

Interpersonal Skills

Oral Communication

Problem Solving

Self-Management

Teamwork

Technology Application

Writing

Please read the following important information to ensure you submit everything we need to consider your application: It is your responsibility to ensure that you submit your responses and appropriate documentation prior to the closing date. Your resume will be used to determine your qualifications for the position advertised in this announcement. Therefore, your resume must highlight your most relevant, significant experience related to the requirements found in the qualification section of this announcement, as well as any applicable education. USCIS will only review the first 5 pages of your resume to determine your initial eligibility/qualifications for a position. As such, please be sure to include content to support your eligibility/qualifications for this position within the first 5 pages. Please note that your full resume will be made available to the hiring manager if you are referred. Be clear and

specific when describing your work history since Human Resources cannot make assumptions regarding your experience.  Your application will be rated and ranked based on your responses to the online questions.

Please ensure EACH work history includes ALL of the following information:

Job Title (include series and grade if Federal Job)

Duties (be specific in describing your duties)

Employer's name and address

Supervisor name and phone number

Start and end dates including month, day and year (e.g. June 18 2007 to April 05 2008)

Start and end dates for each grade/pay level if you've held a federal position.

Full-time or part-time status (include hours worked per week)

Salary

Determining length of General or Specialized Experience is dependent on the above information and failure to provide the above information may result in a finding of ineligible.

Note: Overstating your qualifications and/or experience in your application materials or application questionnaire may result in your removal from consideration.

Federal Experience: If you are using current or prior federal experience as a basis for qualifying for this position, the grade levels and length of employment (mm/dd/year) at each grade level must be listed in your work history. This information will be further validated if selected for this position.

The Office of Personnel Management (OPM) must authorize employment offers made to current or former political appointees. If you are currently, or have been within the last 5 years, a political Schedule A, Schedule C, Non-career SES or Presidential Appointee employee in the Executive Branch, you must disclose this information to the Human Resources Office

National Service Experience (i.e., volunteer experience): Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional; philanthropic; religious; spiritual; community, student, social). Volunteer work helps build criteria competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer service. Please provide the dates and amount of time/hours worked earning this experience.

Back to top

Benefits and Other Info

Benefits URL:

Review our Benefits

Agency Benefits:

DHS offers competitive salaries and an attractive benefits package, including: health, dental, vision, life, and long-term care insurance; retirement plan; Thrift Savings Plan [similar to a 401(k)]; Flexible Spending Account; Employee Assistance Program; personal leave days; and paid federal holidays. Other benefits may include: flexible work schedules; telework; tuition reimbursement; transportation subsidies; uniform allowance; health and wellness programs; and fitness centers. DHS is committed to employee development and offers a variety of employee training and developmental opportunities. For more information, go to the DHS Careers website and select "Benefits." Disabled veteran leave will be available to any Federal employee hired on or after November 5, 2016, who is a veteran with a service-connected disability rating of 30 percent or more.

Other Information:

Special Employment Consideration: The Department of Homeland Security encourages persons with disabilities to apply, to include persons with intellectual, severe physical or psychiatric disabilities, as defined by 5 CFR § 213.3102(u), and/or Disabled Veterans with a compensable service-connected disability of 30 percent or more as defined by 5 CFR § 315.707. Veterans, Peace Corps, VISTA volunteers, and persons with disabilities possess a wealth of unique talents, experiences, and competencies that can be invaluable to the DHS mission. If you are a member of one of these groups, you may not have to compete with the public for federal jobs. To determine your eligibility for non-competitive appointment and to understand the required documentation, click on the links above or contact the Servicing Human Resources Office listed at the bottom of this announcement.

Any offers of employment made pursuant to this announcement will be consistent with all applicable authorities, including Presidential Memoranda, Executive Orders, interpretive U.S. Office of Personnel Management guidance and U.S. Office of Management and Budget plans and policies concerning hiring. These authorities are subject to change.

Additional Information:

USCIS uses E-Verify, an Internet-based system, to confirm the eligibility of all newly hired employees to work in the United States. Learn more about E-Verify, including your rights and responsibilities.

If you receive a conditional offer of employment for this position, you will be required to complete an Optional Form 306, Declaration for Federal Employment, and to sign and certify the accuracy of all information in your application, prior to entry on duty. False statements on any part of the application may result in withdrawal of offer of employment, dismissal after beginning work, fine, or imprisonment.

It is our responsibility to eliminate any risks to national security, public health, and public safety that could be posed by individuals who use illegal drugs. This position may be subject to random testing as a

condition of employment. A positive drug test or refusal to be tested will result in disciplinary action, up to and including removal from Federal service.

Note: If you previously retired from the Federal service and are receiving an annuity, your salary may be offset by the amount of your annuity.

Applying to this announcement certifies that you give permission for DHS to share your application with others in DHS for similar positions.

Common definitions for hiring terms found in this announcement.

Back to top

How to Apply

How to Apply:

Please read the entire announcement and all instructions before you begin an application.

To apply for this position, you must complete the initial online application, to include submission of the documentation specified in the Required Documents section above, and any External Assessments or reasonable accommodation request if applicable. External Assessments may take more than an hour and half to complete; portions are timed; may include videos; and use of Chrome has been identified as having the highest compatibility for these features. If you feel you have a disability that warrants additional time, please follow the instructions to request a reasonable accommodation prior to beginning the external assessment. Once you start the assessment you will no longer be able to make such a request. The complete application package must be submitted by 11:59 PM (ET) on the closing date of the announcement to receive consideration. The application process is as follows:

To begin the application process, click the Apply Online

Answer the questions presented in the application, including External Assessment questions* if applicable, and attach all necessary supporting documentation.

Click the Submit Application button prior to 11:59 PM (ET) on the announcement closing date.

Reasonable Accommodation: If you believe you have a disability (i.e., physical or mental), covered by the Rehabilitation Act of 1973 as amended and the Americans with Disabilities Act of 1990 as amended, that would interfere with completing the External Assessment, you will be granted the opportunity to request a Reasonable Accommodation on the first page after launching the External Assessment. You MUST submit your application, including the vacancy questions and supporting documentation, prior to 11:59 PM (ET) on the closing date in order receive consideration. Decisions on Reasonable Accommodation requests are made on a case-by-case basis. If requested, you will receive an email notification with results of the adjudication process and instructions on how to complete the External Assessment. The External Assessment is considered part of the application package and must be completed within the number of days specified in the email notification after the adjudication process is complete.

To update your application, excluding External Assessment responses, at any time during the announcement open period, return to your USAJOBS account (https://my.usajobs.gov/Account/Login). There you will find a record of your application, the application status, and an option to Update Application. This option will no longer be available once the announcement has closed.

To verify the status of your application both during and after the announcement open period, log into your USAJOBS account (https://my.usajobs.gov/Account/Login). All of your applications will appear on the Welcome page. The application record in your USAJOBS account provides the Announcement Status and a "You applied on" date. This information does not confirm the agency application status. Use the "Track this Application" link for additional information regarding the agency application status, the documentation you submitted and any correspondence we have sent related to this application. The Announcement Status will appear along with the date your application was last updated. For information on what each Announcement Status means, visit: https://www.usajobs.gov/Help/how-to/application/status/.

We strongly encourage you to apply online. If you cannot apply online, you must contact the Human Resources Office listed below at least one business day prior to the closing date for instructions. Applications will not be accepted by mail.

Required Documents:

Resume: You must submit a resume that clearly demonstrates you have experience that meets the requirements of this position as outlined in the "Qualifications" section. USCIS' Human Resources Office will only review the first 5 pages of your resume to determine your eligibility/qualifications.

In order to ensure that you include all necessary information within the first 5 pages of your resume, you are highly encouraged to save and submit your resume as a PDF instead of submitting it through Resume Builder or a word-processing program such as Word or Google Docs.

Your responses to the job questionnaire, which are submitted through the on-line application process in USAJOBS, DO NOT need to be attached as an additional document to your application.

Are you qualifying based on education? Submit a copy of your college transcript (unofficial is acceptable) from an accredited institution. Once selected and prior to appointment, applicants must provide an official college transcript. Education completed in foreign colleges or universities may be used to meet Federal qualification requirements if you can show that your foreign education is comparable to education received in accredited educational institutions in the United States. For example, specific courses accepted for college-level credit by an accredited U.S. college or university, or foreign education evaluated by an organization recognized for accreditation by the Department of Education as education equivalent to that gained in an accredited U.S. college or university. It is your responsibility to provide such evidence with your application. See Recognition of Foreign Qualifications for more information.

Are you a veteran? You must provide acceptable documentation of your preference or appointment eligibility. The member 4 copy of your DD214, "Certificate of Release or Discharge from Active Duty," is preferable. If claiming 10 point preference, you will need to submit a Standard Form (SF-15), "Application for 10-point Veterans' Preference." If applying based on eligibility under the Veterans Opportunity to Work (VOW) Act, you must submit certification from the Armed Forces that you will be discharged or released from active duty within 120 days from the date on the certification. This must

indicate your dates of service, your rank, and confirm that you will be separated under honorable conditions. View more veterans' information.

Are you a current or former Federal employee? Submit a copy of your official SF-50 (no text version) or other official "Notification of Personnel Action" document that shows the following information:

your appointment in the competitive service

tenure

grade and step

full performance level

If your SF-50(s) does not provide the information needed to make a final determination for qualification, you will be found ineligible for the position. SF-50B print screens from NFC are not official documents and are not acceptable. This includes USCIS employees as well. All current DHS employees can print their own SF-50's by accessing the DHS eOPF website. If you have forgotten your user name or password, eOPF offers a self-service feature to assist you.

If you are a current CIS employee and need access information to eOPF, contact USCIS.EOPF@uscis.dhs.gov. For all other agencies please see your servicing Human Resources Office.

You may be asked to provide a copy of your recent performance appraisal and or incentive awards. If you are a Federal employee and have received a current performance rating, it is strongly encouraged that a copy accompanies your application submission. Doing so allows the selecting official access to all information surrounding your potential to fulfill the duties and responsibilities commensurate of the

position being considered for. Failure to provide may impede the selecting official's understanding of the qualifications and experience that you possess.

Are you claiming special priority selection rights under the Agency Career Transition Assistance Program (CTAP) or the Interagency Career Transition Assistance Program (ICTAP)? Submit:

a copy of your agency notice,

a copy of your most recent performance rating, and

a copy of your most recent SF-50, Notification of Personnel Action, noting your current position, grade level, and duty location.

Are you a current or former political Schedule A, Schedule C, Non-career SES or Presidential Appointee employee? Submit a copy of your applicable SF-50, along with a statement that provides the following information regarding your most recent appointment:

Position title

Type of appointment (Schedule A, Schedule C, Non-career SES, or Presidential Appointee)

Agency

Beginning and ending dates of appointment

Next Steps:

Once you submit your application, we will assess your experience and training, identify the best qualified applicants, and refer those applications to the selecting official for further consideration and a possible interview. Your status will be updated on USAJOBS throughout the process. To check your status, log on to your USAJOBS account, click on "Track this Application." We expect to make a final job offer within 90 days after the deadline for applications. If you are selected, we will conduct a suitability/security background investigation.

Telework: USCIS provides voluntary telework opportunities for eligible employees serving in positions conducive to working at an alternate work site in accordance with agency policy. Please Note: You may be required to telework from your personal residence or another location due to the needs of an office or an emergency situation such as severe weather, natural or manmade disasters or for public health, safety or emergency preparedness measures.

Due to COVID-19, the agency is currently in an expanded telework posture. If selected, you may be expected to temporarily telework, even if your home is located outside the local commuting area. Once employees are permitted to return to the office, you will be expected to report to the duty station listed on this announcement in an agreed upon number of days. At that time, you may be eligible to request to continue to telework one or more days a pay period depending upon the terms of the agency's telework policy.

USCIS may fill one or more positions using this vacancy.

Additional information pertaining to your interest and availability for this position may be needed after the closing date of the job opportunity announcement; therefore, a timely response to these requests must be adhered to in order to remain in consideration.

**Certificate Type: Best Qualified - Competitive Merit Promotion**

As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.

**Series: 1801**

**Grade: 09**

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

HERNANDEZ, ELIANA

Telephone
Telephone

Email:

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

MAHONEY, KATHLEEN

Telephone 1
Telephone 2

Email:

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified – Competitive Merit Promotion\*\*

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

**Certificate Type: Best Qualified - Competitive Merit Promotion**

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

**Requested By:** Kamel, Amal

**Requested Date:** Wednesday 01/12/2022 03:00 PM EST

**Announcement Number:** WAS-2022-0003

**Vacancy Resume Type:** Accept USAJOBS resume builder OR USAJOBS uploaded resume types

**Filtered By Location(s):** None

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

**Nam**

**Telephone**

**Email:**

(b)(6)

**January 12, 2022**

PROFESSIONAL SUMMARY

(b)(6)

1

(b)(6)



2

(b)(6)

3

4

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)        Name: [                    ]

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

**Name**

**Telephone**

**Email:**



(b)(6)

**January 12, 2022**

(b)(6)

CAREER OBJECTIVE

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA (US)

(b)(6)      Name:

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume



**Name**

**Teleph**

**Email:**

(b)(6)

**January 12, 2022**

(b)(6)

## PROFESSIONAL EXPERIENCE

(b)(6)









Department of Homeland Security
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)

Name: [                    ]

**Series Applied To:** 1801

<u>Resume</u>

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
(b)(6)  Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
(b)(6)  Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
(b)(6)  Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume



**January 12, 2022**

(b)(6)

Objective:

(b)(6)

(b)(6)



(b)(6)

(b)(6)



Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)
Name: ELIANA HERNANDEZ



Name: ELIANA HERNANDEZ
SSN:
MIDX:
Address1:
Address2:
City:                              (b)(6)
State:
Country:
Post Code:
Plus4:
Telephone 1
Telephone 2
Email:
United States Citizen
Veterans' Preference:

Location(s) Applied to:
Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

**Name:** HERNANDEZ, ELIANA



**Telephone**

**Telephone 2:**

**Email**

(b)(6)

**January 12, 2022**

# Eliana Hernandez

(b)(6)

**Phone**:

## Summary

- Experienced in the process of immigration benefit cases.
- Proficient in analyzing pertinent sensitive information for the determination of reports and organization.
- Strong customer service, leadership and interpersonal skills.

## Work Experience

### • DEPARTMENT OF HOMELAND SECURITY, USCIS- POTOMAC SERVICE CENTER, IMMIGRATION SERVICES OFFICER- BACKGROUND CHECK UNIT (BCU)

*JANUARY 2018- PRESENT*

- Research and analyze One SFD BCU referrals for I-130, I-765, I-90, I-601A, and I-539 form types.
- Review IdHS rap sheets to determine if case is EPS/ Non-EPS or DQ.
- Aided other Federal agencies in identifying applicants that may pose a threat to public safety or national security, through deconfliction within law enforcement agencies.
- Resolve I-765, Application for Employment Authorization TECS resolutions as part of the Wolf Team.
- Final adjudication determination on I-90 Permanent Resident Card Renewals and I-130 Petition for Alien Relative.
- Grant, deny or write Request Further Evidence of petitions for immigration benefits.
- Utilize electronic systems to verify applicant information in database systems including CLAIMS, TECS, RAILS, ELIS, EARM, PCQS and ATS-P to analyze evidence and applicant credibility for immigration benefit.
- Submit monthly absconder report to U.S Immigration and Customs Enforcement (ICE) officers at Washington DC Headquarters.
- Create and conducts research on EPS-RTI FDNS- DS data entries.
- Completed Notice to Appear and Controlled Application Review and Resolution Program trainings.

### • DEPARTMENT OF HOMELAND SECURITY, USCIS- POTOMAC SERVICE CENTER, IMMIGRATION SERVICES ASSISTANT (ISA)- BACKGROUND CHECK UNIT (BCU)

*MARCH 2016- December 2017*

- Performed analysis on I-130 and I-765 files, reports, and information systems or databases.
- Utilized electronic systems to verify data points in database systems including CLAIMS, TECS, NFTS, ELIS, SMART, PCQS and CBP Vetting.

1

(b)(6)

- Submitted monthly absconder report to U.S Immigration and Customs Enforcement (ICE) officers at Washington DC Headquarters.
- Created weekly passenger list for I-90, I-765 and I-130 receipts.
- Determined if I-90 case files should be sent for Public Safety Review.
- Maintained G-22 work tracking log of the BCU team for accurate entries showing when and where future resources will be needed.
- TECS Systems Control Officer for the BCU.
- Conducted audits of case files for the BCU.
- Reviewed evidentiary record for existence of inconsistencies to be sent over from BCU officer to adjudicator.
- Created EPS-RTI FDNS- DS data entries.
- Completed T-4 and BCU/ CAARP training.
- Provided training to other ISAs on the process of creating passenger lists.
- Wrote up minutes for BCU monthly meetings.

- 

**SPECIALIST**

**LEGAL ASSISTANT**

**INTERN**

**INTERN**

2

(b)(6)

(b)(6)

- **FUNRAISER**

## Education

**MASTERS**

**BACHELORS**

## Qualifications/Skills

- Fluent in Spanish and English languages
- Expert with Microsoft Word, Outlook, Excel, and PowerPoint. Lotus Notes; SmartSearch; HotDocs Database; SMART, Working knowledge of Internet research tools.
- Open minded and accepting. Worked independently and in multiple teams.
- 
- 

(b)(6)

3

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

Name: 

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

**Na** 

**Telephon**                                                           (b)(6)

**Email:**

**January 12, 2022**

(b)(6)

## Work Experience

(b)(6)







Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume



(b)(6)

**January 12, 2022**

(b)(6)

**OBJECTIVE**

(b)(6)

Department of Homeland Security
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax VA(US)

Name:

(b)(6)

**Resume**

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)                          Name: [          ]

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)

Name: [ ]

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)                        Name: [          ]

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)                    Name: [          ]

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)

Name:

**Series Applied To:** 1801

Resume

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)            Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)          Name:

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)        Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)          Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Name: KATHLEEN R MAHONEY
SSN:
MIDX:
Address1
Address2
City:
State
Country:
Post Code
Plus4:
Telephone 1:
Telephone 2:
Email:
United States Citizen
Veterans' Preference:

Location(s) Applied to:
Series Applied To: 1801

(b)(6)

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

**Name:** MAHONEY, KATHLEEN



(b)(6)

**Telephone**

**Telephone**

**Email:**

**January 12, 2022**

**Ms. Kathleen Richele Mahoney**

(b)(6)

**Work Experience:**

**United States Citizenship and
Immigration Services
Immigration Services Officer (ISO-1)**
2675 Prosperity Ave,
Fairfax, VA
**10/13/2019 – Present**
**Salary:** 62000.0000 USD Per Year
**Hours per week:** 40
Full time
**Supervisor:**

(b)(6)

**Okay to contact this Supervisor:** Yes

**Duties, Accomplishments and Related Skills:**
- Grant and deny complex and highly sensitive applications and petitions for immigration benefits based on electronic or paper applications/petitions.
- Regularly review I-130's (Petition for Alien Relative), I-485's (Application to Register Permanent Residence or Adjust Status), and N-400's (Application for Naturalization) for adjudication.
- Conduct research, interpret, and apply appropriate statutes, regulations, immigration laws, policies and procedures, and precedent decisions to make adjudicative decisions.
- Routinely interview applicants and petitioners to elicit statements, assess credibility, and analyze information to identify facts that form the basis for a decision concerning eligibility for immigration benefits as outlined in the INA.
- File reviews to include conducting security checks utilizing TECS.
- Aid Federal law enforcement agencies in identifying individuals who are ineligible for immigration benefits due to national security, public safety, or other legal grounds.
- Utilize the appropriate electronic systems to provide verification of any number of established data points to make adjudicative decisions, determine appropriate level of adjudicative review, and update databases with appropriate information and decisions. These systems include but are not limited to: TECS, CIS2, CCDI, NPWR, PCQS, ELIS, ICMS and CMPS.

- Assist individuals applying for immigration benefits to include analyzing documents for authenticity through the interview process and confirming the applicant's information is true and correct as well as making any applicable and appropriate updates.

**TRAINING**: Completed Immigration Services Officer Basic Training Program (ISOBTP) 2102 - March 5, 2021. *Leadership role serving as class representative.

**Transportation Security Administration**
**Supervisory Transportation Security Officer (STSO)**
1 Saarinen Circle
Dulles, VA
**9/15/2019 – 10/13/2019**
**Salary:** 54,500 USD Per Year
**Hours per week:** 40
Full time
**Supervisor:** [                    ]   (b)(6)
[                    ]

**Okay to contact this Supervisor:** Yes

**Duties, Accomplishments and Related Skills:**
- Oversee a staff of Transportation Security Officers (TSO's) and Lead Transportation Security Officers (LTSO's) and identify, distribute, and balance the workload and tasks among the TSO's and LTSO's in accordance with the established workflow and their skill levels.
- Make necessary adjustments to accomplish the workload in accordance with established priorities.
- Promote learning opportunities through discussion of actual situations, decisions made and the outcome/results of those decisions.
- Maintain a high standard of ethics to promote others to work in an honest, fair and ethical manner.
- Apply all aspects of Standard Operation Procedures and use tactical communication and other effective approaches to resolve potential threats.
- Implement security screening procedures and alarm resolution in accordance with the TSA objectives and directives and protect the traveling public by preventing deadly or dangerous objects from being transported onto aircrafts.
- Solicit input and feedback from my LTSO's, through and with the understanding of chain of command, to build a network of communication and strengthen our ability to mitigate potential and actual threats.
- Maintain close communication with my LTSO's regarding issues that might reveal a weakness or vulnerable area of security screening.

**Transportation Security Administration**
**Lead Transportation Security Officer (LTSO)**
1 Saarinen Circle
Dulles, VA
**12/01/2018 – 9/15/2019**
[                    ]   (b)(6)
**Supervisor:** [                    ]

(b)(6)

**Okay to contact this Supervisor:** Yes

**Duties, Accomplishments and Related Skills:**
- Oversee a staff of TSO's and identify, distribute, and balance the workload and tasks among the TSO's in accordance with the established workflow and their skill levels.
- Make necessary adjustments to accomplish the workload in accordance with established priorities.
- Guide, coach, and develop the TSO's in acquiring skills and experience needed to identify and mitigate security threats by maintaining an environment that encourages the TSO's to use critical thinking skills to support unpredictability.
- Promote learning opportunities through discussion of actual situations, decisions made and the outcome/results of those decisions.
- Build upon the strengths of the TSO's, supporting organizational culture change through employee recognition and mentoring.
- Maintain a high standard of ethics to promote others to work in an honest, fair and ethical manner.
- Apply all aspects of Standard Operation Procedures and use tactical communication and other effective approaches to resolve potential threats.
- Engage in continuous development of critical thinking skills necessary to mitigate the security threat by identifying, evaluating, and applying situational options and approaches.
- Solicit input and feedback from my TSO's and co-workers, through and with the understanding of chain of command, to build a network of communication and strengthen our ability to mitigate potential and actual threats.
- Maintain close communication with my TSO's and supervisors regarding issues that might reveal a weakness or vulnerable area of security screening.
- Respond to the needs of people from many different backgrounds in different situations with courtesy, sensitivity, and respect.
- As a Behavior Detection (BDO) and Atlas team member: Collaborate with my team to observe behavior and appearance indicators to identify potentially high-risk individuals who may pose a threat to transportation security either as a traveling passenger or an employee of the airlines or airport.
- Assess multiple individuals simultaneously and use defined methods to detect unusual behavior.

**COLLATERAL DUTIES**:
Certified Coach for new hire on the job training (OJT), Metrics Officer and Certified Behavior Detection Officer (BDO)

**Transportation Security Administration**
**Transportation Security Officer**
IAD Washington Dulles International
Airport **03/2017 – 12/1/2018**
FLL Fort Lauderdale International Airport
**05/2015 – 03/2017**

(b)(6)

**Supervisor**:

(b)(6)

**Okay to contact this Supervisor:** Yes
**Supervisor**:

**Okay to contact this Supervisor:** Yes
**Duties, Accomplishments and Related Skills:**

- Perform physical and information-based screening of people and accessible property to identify individuals who may pose a threat as well as detecting objects which may pose a threat to transportation security.
- Implement security screening procedures and alarm resolution in accordance with the TSA objectives and directives and protect the traveling public by preventing deadly or dangerous objects from being transported onto aircrafts.
- Engage in continuous development of critical thinking skills necessary to mitigate the security threat by identifying, evaluating, and applying situational options and approaches.
- Monitor the environment as well as behavior/activities of individuals in the environment and alert my superiors when I am unable to appropriately resolve a suspicious behavior or potential threat.
- Maintain strong officer command presence and always maintain situational awareness to effectively control the screening environment. I respond immediately to breaches of security and emergency situations.
- Operate various equipment such as walk-through and hand-held metal detectors, Explosive Detection Systems, Explosive Trace Detection Systems and X-ray and utilize computers to complete training, write reports and assist with investigations of incidents.
- Maintain a high standard of ethics to promote others to work in an honest, fair, and ethical manner.
- Model my work behavior by presenting myself in a professional and courteous manner, displaying a posture of confidence, alertness, and awareness.
- Ensure occupational safety and health guidelines are followed and that contamination by potentially hazardous materials is prevention.
- As a Network Information Officer (NIO): Proactively seek out information regarding terrorist threats and any other threats and disseminate that information to our TSO's.
- Participate in information briefings concerning security-sensitive or classified information to include assisting in the daily briefings, reiterating potential threats and the need to mitigate them, and facilitating discussions amongst the TSO's.

**ACCOMPLISHMENTS/AWARDS**:

**COLLATERAL DUTIES**:
Network Information Officer (NIO)

**Account Liaison**

(b)(6)

(b)(6)

**Supervisor:**
**Okay to contact this Supervisor**: Yes

**Emergency Medical Technician**

**Supervisor**:
**Okay to contact this Supervisor:** Yes

(b)(6)

(b)(6)

**Supervisor**

**Okay to contact this Supervisor:** Yes

**Assistant Athletic Director** **Coach**

**Okay to contact this Supervisor:** Yes

(b)(6)

(b)(6)

**Job Related Training:**

**Education:**

Certification

Certification

Bachelor

Associate

References available upon request

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)　　　　Name:

Series Applied To: 1801

Resume

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

**Na**

(b)(6)

**Telephon**

**Email:**

**January 12, 2022**

(b)(6)

Work Experience:

(b)(6)

(b)(6)

(b)(6)

(b)(6)

-Prepared, Organized, and edited Adjustment of Status No Show spreadsheets & emailed

(b)(6)

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA (US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003



**Document Name:** USJOBSResume

(b)(6)



**Name:**

**Teleph**

**Email**

**January 12, 2022**

(b)(6)



## PROFESSIONAL EXPERIENCE

(b)(6)









**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)          Name:

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume



(b)(6)

**January 12, 2022**

(b)(6)

## PROFESSIONAL SUMMARY

(b)(6)

(b)(6)

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume



**Na**

**Telep**                                                                          (b)(6)

**Email:**

**January 12, 2022**

(b)(6)

WORK EXPERIENCE

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume



**Name**

**Telephone 1**

**Email**

(b)(6)

**January 12, 2022**

Professional Experience

(b)(6)

(b)(6)

2

(b)(6)



3

(b)(6)



4

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume



**Name:**

**Telephone**

**Email:**

(b)(6)

**January 12, 2022**

**EDUCATION**          **EXPERIENCE**

(b)(6)







Page 4 of 5





(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)

Name:

Series Applied To: 1801

Resume

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
(b)(6)     Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)
Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)

(b)(6)

Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
(b)(6)    Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)
Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
(b)(6)       Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)
Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
(b)(6)    Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA(US)
Name:

**Series Applied To:** 1801

<u>Resume</u>

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA (US)
Name:

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA (US)
Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA (US)
Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA (US)
Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-09
Certificate Location(s): Fairfax, VA (US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume



**Nan**

**Telephon**

**Teleph**

**Email:**

(b)(6)

**January 12, 2022**

(b)(6)

**Work Experience:**

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.

**Series: 1801**

(b)(6)

**Grade: 11**

ABUKAR, MOHAMED

Telephone
Telephone

Email:

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Best Qualified - Competitive Merit Promotion**

(b)(6)



(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

**Certificate Type: Best Qualified - Competitive Merit Promotion**

(b)(6)

HERNANDEZ, ELIANA

Telephone 1
Telephone 2

Email:

LOHN, HELENE

Telephone 1:
Telephone 2:

Email:

MWANDOSYA, EMMANUEL

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

Telephone 1

Email

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

**Requested By:** Kamel, Amal

**Requested Date:** Wednesday 01/12/2022 02:57 PM EST

**Announcement Number:** WAS-2022-0003

**Vacancy Resume Type:** Accept USAJOBS resume builder OR USAJOBS uploaded resume types

**Filtered By Location(s):** None

Case: 1:23-cv-04371 Document # 15 Filed: 12/07/23 Page 810 of 1273 PageID #:870
Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name: MOHAMED ABUKAR



**Name:** MOHAMED ABUKAR
SSN:
MIDX:
Address1:
Address2:
City:
State
Country:
Post Code
Plus4:
Telephone 1
Telephone 2
Email:
United States Citizen:
Veterans' Preference:

Location(s) Applied to:
Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

**Name:** ABUKAR, MOHAMED

**AIDX:** 6460    (b)(6)

**Telephone 1:**

**Telephone 2:**

**Email:**

**January 12, 2022**

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**

Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume



**Te**

(b)(6)

**January 12, 2022**

(b)(6)

**EDUCATION & TRAINING**

**EMPLOYMENT**

(b)(6)



(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

**Series Applied To:** 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

**EXPERIENCE**

(b)(6)

(b)(6)

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

CAREER OBJECTIVE

WORK EXPERIENCE

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

## PROFILE

## PROFESSIONAL EXPERIENCE

(b)(6)

(b)(6)

(b)(6)

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA (US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

Work Experience:

(b)(6)

(b)(6)

(b)(6)

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

Experience

(b)(6)

(b)(6)



(b)(6)

(b)(6)



Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

EXPERIENCE

(b)(6)

(b)(6)



(b)(6)

(b)(6)

(b)(6)

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS−2022−0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA−USCIS−0001
Certificate Number: WAS−2022−0003−BQ−11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

PROFESSIONAL EXPERIENCE

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name: ELIANA HERNANDEZ

(b)(6)

Name: ELIANA HERNANDEZ
SSN:
MIDX
Address1:
Address2:
City:
State
Country:
Post Code
Plus4:
Telephone 1:
Telephone 2:
Email:
United States Citizen:
Veterans' Preference:

Location(s) Applied to:
Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

**Name:** HERNANDEZ, ELIANA

**AIDX:** 50574     (b)(6)

**Telephone 1:**

**Telephone 2:**

**Email:**

**January 12, 2022**

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

Resume

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)

(b)(6)

Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
(b)(6)      Certificate Location(s): Fairfax, VA(US)
Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
(b)(6)    Certificate Location(s): Fairfax, VA(US)
Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
(b)(6)        Certificate Location(s): Fairfax, VA(US)
Name:

Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name: HELENE LOHN

```
Name: HELENE M LOHN
SSN:                                    (b)(6)
MIDX:
Address1:
Address2:
City:
State:
Country:
Post Code
Plus4:
Telephone 1:
Telephone 2:
Email:
United States Citizen
Veterans' Preference:

Location(s) Applied to:
Series Applied To: 1801
```

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

**Name:** LOHN, HELENE

**AIDX:** 53327     (b)(6)

**Telephone 1:**

**Telephone 2**

**Email:**

**January 12, 2022**     (b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

Work Experience:

(b)(6)

















**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name: EMMANUEL MWANDOSYA

Name: EMMANUEL MWANDOSYA
SSN:
MIDX
(b)(6)
Address1:
Address2:
City:
State:
Country:
Post Code
Plus4:
Telephone 1:
Email:
United States Citizen
Veterans' Preference:

Location(s) Applied to:
Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

**Name:** MWANDOSYA, EMMANUEL

**AIDX:** 25407     (b)(6)

**Telephone 1**

**Email:**

**January 12, 2022**     (b)(6)

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

Professional Experience

(b)(6)

(b)(6)



2

(b)(6)



3



(b)(6)

4

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)

Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

Work Experience:

(b)(6)

(b)(6)



(b)(6)

(b)(6)



(b)(6)





(b)(6)



(b)(6)

Department of Homeland Security
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

## Work Experience

(b)(6)

(b)(6)



(b)(6)



(b)(6)



Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)

(b)(6)          Name:

Series Applied To: 1801

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)                    (b)(6)
Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)        (b)(6)
Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)

(b)(6)

Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Resume**

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)

(b)(6)

Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)
(b)(6)
Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-11
Certificate Location(s): Fairfax, VA(US)

(b)(6)

Name:

**Certificate Type: Best Qualified – Competitive Merit Promotion**

As a reminder, all selections are tentative pending final verification of
eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3):
Due weight must be given and documented in the application package during the
evaluation/rating review and/or at the time of final selection consideration;
Appraisals and awards should be considered additional sources of information and
used as an indicator of the quality or prior experience; Consideration should only
be given to the content of the appraisal and not to the performance appraisal
system. The mere possession of a specific number of appraisal levels or award
amounts are not factors used in the evaluation process and should not be used to
mechanically increase ratings; Consideration should only be given to the extent
that
the information is relevant to the requirements of the position being filled.

(b)(6)

**Series: 1801**

**Grade: 12**

LOHN, HELENE

Telephone 1
Telephone 2

Email:

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)



The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Best Qualified - Competitive Merit Promotion\*\*

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

**Requested By:** Kamel, Amal

**Requested Date:** Wednesday 01/12/2022 02:56 PM EST

**Announcement Number:** WAS-2022-0003

**Vacancy Resume Type:** Accept USAJOBS resume builder OR USAJOBS uploaded resume types

**Filtered By Location(s):** None

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-12
Certificate Location(s): Fairfax, VA(US)

(b)(6)                    Name: [                    ]

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

(b)(6)

(b)(6)

• 4

**Department of Homeland Security**
**All Applicant Data Report**

Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-12
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

Resume

1

(b)(6)

Resume

2

(b)(6)

Resume

3

(b)(6)

Resume

4

(b)(6)

Resume

5

(b)(6)

Resume

6

(b)(6)

Resume

7

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-12
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-12
Certificate Location(s): Fairfax, VA(US)
Name: HELENE LOHN



```
Name: HELENE M LOHN
SSN:
MIDX:
Address1                              (b)(6)
Address2
City:
State:
Country:
Post Code
Plus4:
Telephone 1
Telephone 2
Email:
United States Citizen
Veterans' Preference:

Location(s) Applied to:
Series Applied To: 1801
```

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

**Name:** LOHN, HELENE



**AIDX:** 53327     (b)(6)

**Telephone 1**

**Telephone 2:**

**Email**

**January 12, 2022**     (b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-12
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

## PROFESSIONAL EXPERIENCE

(b)(6)

(b)(6)

(b)(6)

(b)(6)



(b)(6)



(b)(6)



(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-12
Certificate Location(s): Fairfax, VA(US)

Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

**WORK EXPERIENCE**

(b)(6)

(b)(6)

2

(b)(6)

3

(b)(6)



(b)(6)



5

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-12
Certificate Location(s): Fairfax, VA(US)

Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume



(b)(6)

**January 12, 2022**

(b)(6)

**Resume of**

1

(b)(6)

2

(b)(6)



3

(b)(6)



4

(b)(6)



5

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-12
Certificate Location(s): Fairfax, VA(US)

Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**



(b)(6)

EDUCATION — EXPERIENCE

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)

**Department of Homeland Security**
**All Applicant Data Report**

Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-BQ-12
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

EMPLOYMENT / DETAIL HISTORY:

(b)(6)

(b)(6)

(b)(6)

(b)(6)

(b)(6)



\*\*Certificate Type: Non-Competitive – Applicants on this list have already competed for the Full Performance Level of the position.\*\*


As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.

(b)(6)

**Series: 1801**

**Grade: 09**

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

**Requested By:** Kamel, Amal

**Requested Date:** Wednesday 01/12/2022 03:06 PM EST

**Announcement Number:** WAS-2022-0003

**Vacancy Resume Type:** Accept USAJOBS resume builder OR USAJOBS uploaded resume types

**Filtered By Location(s):** None

**Department of Homeland Security**
**All Applicant Data Report**

Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-09
Certificate Location(s): Fairfax, VA(US)

**Name**

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

**EMPLOYMENT HISTORY**

(b)(6)

(b)(6)

(b)(6)

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-09
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*

As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.

**Series: 1801**                    (b)(6)

**Grade: 11**

LOHN, HELENE

Telephone 1:
Telephone 2:

Email:

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

**Certificate Type: Non-Competitive – Applicants on this list have already competed
for the Full Performance Level of the position.**

(b)(6)

(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

**Requested By:** Kamel, Amal

**Requested Date:** Wednesday 01/12/2022 03:05 PM EST

**Announcement Number:** WAS-2022-0003

**Vacancy Resume Type:** Accept USAJOBS resume builder OR USAJOBS uploaded resume types

**Filtered By Location(s):** None

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-11
Certificate Location(s): Fairfax, VA (US)

(b)(6)

Name:

**Series Applied To:** 1801

<u>Resume</u>

(b)(6)

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-11
Certificate Location(s): Fairfax, VA(US)

(b)(6)        Name:

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-11
Certificate Location(s): Fairfax, VA(US)

(b)(6)                    Name:

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-11
Certificate Location(s): Fairfax, VA(US)
Name: HELENE LOHN

(b)(6)

Name: HELENE M LOHN
SSN:
MIDX:
Address1:
Address2:
City:
State:
Country:
Post Code
Plus4
Telephone 1:
Telephone 2:
Email:
United States Citizen
Veterans' Preference:

Location(s) Applied to:
Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

**Name:** LOHN, HELENE

**AIDX:** 53327

(b)(6)

**Telephone 1:**

**Telephone 2**

**Email**



**January 12, 2022**

**Department of Homeland Security**
**All Applicant Data Report**
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-11
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

\*\*Certificate Type: Non-Competitive - Applicants on this list have already competed for the Full Performance Level of the position.\*\*


As a reminder, all selections are tentative pending final verification of eligibility/qualification requirements by the Human Resources office.

PLEASE NOTE: In compliance with Title 5 Code of Federal Regulations 335.103(b)(3): Due weight must be given and documented in the application package during the evaluation/rating review and/or at the time of final selection consideration; Appraisals and awards should be considered additional sources of information and used as an indicator of the quality or prior experience; Consideration should only be given to the content of the appraisal and not to the performance appraisal system. The mere possession of a specific number of appraisal levels or award amounts are not factors used in the evaluation process and should not be used to mechanically increase ratings; Consideration should only be given to the extent that
the information is relevant to the requirements of the position being filled.


**Series: 1801**                          (b)(6)

**Grade: 12**

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive – Applicants on this list have already competed for the Full Performance Level of the position.\*\*

(b)(6)

LOHN, HELENE

Telephone
Telephone

Email:

The certificates should be returned within 30 calendar days from the date of issue. If you would like to make additional selections from the certificate after returning them, please contact your servicing HR Specialist.

(b)(6)

\*\*Certificate Type: Non-Competitive – Applicants on this list have already competed
for the Full Performance Level of the position.\*\*

(b)(6)



(b)(6)

The certificates should be returned within 30 calendar days from the date of issue.
If you would like to make additional selections from the certificate after
returning them, please contact your servicing HR Specialist.

**Requested By:** Kamel, Amal

**Requested Date:** Wednesday 01/12/2022 03:02 PM EST

**Announcement Number:** WAS-2022-0003

**Vacancy Resume Type:** Accept USAJOBS resume builder OR USAJOBS uploaded resume types

**Filtered By Location(s):** None

**Department of Homeland Security**
**All Applicant Data Report**

Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-12
Certificate Location(s): Fairfax, VA(US)

Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-12
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-12
Certificate Location(s): Fairfax, VA(US)

Name

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-12
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

Work Experience:

(b)(6)

(b)(6)



Page 2 of 6

(b)(6)



(b)(6)



Page 4 of 6

(b)(6)



Page 5 of 6

(b)(6)



Page 6 of 6

**Department of Homeland Security**
**All Applicant Data Report**

Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-12
Certificate Location(s): Fairfax, VA(US)

Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

EXPERIENCE:

(b)(6)









Case: 1:23-cv-04371 Document #: 15 Filed: 12/07/23 Page 1026 of 1273 PageID #:1086
Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-12
Certificate Location(s): Fairfax, VA(US)
Name: HELENE LOHN

Name: HELENE M LOHN
SSN:
MIDX:                                          (b)(6)
Address1:
Address2:
City:
State:
Country:
Post Code
Plus4:
Telephone 1:
Telephone 2:
Email:
United States Citizen
Veterans' Preference:

Location(s) Applied to:
Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

**Name:** LOHN, HELENE

**AIDX:** 53327    (b)(6)

**Telephone 1:**

**Telephone 2:**

**Email:**

**January 12, 2022**    (b)(6)

**Department of Homeland Security**
**All Applicant Data Report**

Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-12
Certificate Location(s): Fairfax, VA(US)

Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-12
Certificate Location(s): Fairfax, VA(US)
Name:

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

**Department of Homeland Security**
**All Applicant Data Report**

Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-12
Certificate Location(s): Fairfax, VA(US)

Name

(b)(6)

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

**Department of Homeland Security**
**All Applicant Data Report**

Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-12
Certificate Location(s): Fairfax, VA(US)

(b)(6)          Name:

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

Department of Homeland Security
All Applicant Data Report
Announcement Number: WAS-2022-0003
Position Title: IMMIGRATION SERVICES OFFICER
Staging Area Number: SA-USCIS-0001
Certificate Number: WAS-2022-0003-NC-12
Certificate Location(s): Fairfax, VA(US)
(b)(6)       Name:

Series Applied To: 1801

**Announcement Number:** WAS-2022-0003

**Document Name:** USJOBSResume

(b)(6)

**January 12, 2022**

(b)(6)

| | |
|---|---|
| **From:** | |
| **To:** | Williams, Adrienne N |
| **Cc:** | M; Griffin, Krystol; Nelson, Roland A; Siebert, Hans J |
| **Subject:** | Re: ISO 2 Interview |
| **Date:** | Wednesday, January 19, 2022 4:07:23 PM |

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Phishing" button to report it as a phishing attempt.

Hi Mrs, Williams,

Sorry I took so long to respond, I was in training today. I recently started as an ISO2 at the
[ ] so I'm going to go ahead and request to be withdrawn from consideration by your office.

Thank you so much,
[ ]

On Wed, Jan 19, 2022 at 14:38 Williams, Adrienne N [ ] wrote:

Good Day [ ]

Vacancy Announcement: S21-2021-0004

Position Title: Immigration Service Officer 2

Series/Grade: GS- 9/11/12

Washington Field Office

This office is considering you along with other eligible candidates for the position and location indicated above. We need to ascertain your interest and availability for this position. To be considered for this position, you must reply, in writing, no later than close of business, Thursday January 20, 2022 via email confirming your availability for the interview schedule for the below date and time. Please select two dates and times in case your 1st choice is no longer available. Also include the name of your current and former supervisor.

January 24,2022:

8, 8:30, 9, 9:30, 10, 10:30, 1pm & 2pm

January 25, 2022:

8, 8:30, 9:30

January 26, 2022:

(b)(6)

8, 8:30, 9,9:30, 11 & 1pm

**If you are no longer interested in this position, please respond to this e-mail requesting to remove your name from consideration.**

Thank you☺

*Ms. Adrienne Williams*

U.S. Citizenship and Immigration Services

Operation Support Specialist

Adrienne N. Williams

Washington Field Office-District S21

(b)(6)

(b)(6)

| From: | |
|---|---|
| To: | Williams, Adrienne N; Siebert, Hans J; Griffin, Krystol; Nelson, Roland A |
| Subject: | RE: ISO 2 -Interview |
| Date: | Friday, January 21, 2022 9:31:44 AM |

Hello,

After careful consideration I have decided to stay at my current position of ISO 2 at the [          ] at this time. I no longer wish to be considered for this position of ISO 2 at the [          ] Office. Sorry, for any inconvenience and good luck in your search.

Thank you,

-----Original Appointment-----
**From:** Williams, Adrienne N [          ]
**Sent:** Thursday, January 20, 2022 8:01 AM
**To:** Siebert, Hans J; Griffin, Krystol; Nelson, Roland A; [          ]
**Subject:** ISO 2 -Interview
**When:** Monday, January 24, 2022 9:30 AM-10:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Good Day [          ]
WAS Immigration Services Officer GS-9/11/12
This interview will be conducted via TEAMS. Please find a quiet place where you are able to answer questions from the interview panel. The interview should take no more than 45 minutes.

## Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
[          ] United States, Washington DC

Phone Conference ID: [          ]
Find a local number | Reset PIN

* * * U.S. Citizenship and Immigration Services (USCIS) * * *

Learn More | Meeting options

(b)(6)

(b)(6)

**From:** Williams, Adrienne N
**To:**
**Cc:** Siebert, Hans J
**Subject:** ISO2- Interview Decline
**Date:** Wednesday, January 19, 2022 3:16:08 PM

Good Day

Vacancy Announcement: S21-2021-0004
Position Title: Immigration Service Officer
Series/Grade: GS- 9/11/12
Washington Field Office
This office is considering you along with other eligible candidates for the position.
However, you stated that you are no longer interested in this position. Please
respond to this e-mail requesting to remove your name from consideration.
If you have any questions or concerns, please respond via Email.
Thank you☺

Ms. Adrienne Williams

U.S. Citizenship and Immigration Services
Operation Support Specialist
Adrienne N. Williams
Washington Field Office-District S21

(b)(6)

(b)(6)

| | |
|---|---|
| **From:** | Williams, Adrienne N |
| **To:** | |
| **Cc:** | Siebert, Hans J |
| **Subject:** | ISO2- Interview Removal |
| **Date:** | Wednesday, January 19, 2022 3:16:59 PM |

Good Day

Vacancy Announcement: S21-2021-0004
Position Title: Immigration Service Officer
Series/Grade: GS- 9/11/12
Washington Field Office
This office is considering you along with other eligible candidates for the position.
However you stated that you, are no longer interested in this position, please
respond to this e-mail requesting to remove your name from consideration.
If you have any questions or concerns, please respond via Email.
Thank you☺

Ms. Adrienne Williams

U.S. Citizenship and Immigration Services
Operation Support Specialist
Adrienne N. Williams
Washington Field Office-District S21

(b)(6)

(b)(6)

| | |
|---|---|
| **From:** | |
| **To:** | Williams, Adrienne N |
| **Cc:** | Siebert, Hans J; Griffin, Krystol; Nelson, Roland A |
| **Subject:** | Declined: ISO 2-Interview |

Good morning, Ms. Williams,

I'm not interested in an ISO II position at this time. I'm very sorry for the expense of your time in coordinating for this so far.

Have a great day!

Wishing a blissful day,

Asylum Officer

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you are not the intended recipient, please contact the originator for disposition instructions.

(b)(6)

(b)(6)

| | |
|---|---|
| **From:** | Siebert, Hans J |
| **To:** | Kamel, Amal S |
| **Subject:** | WAS 2022-0003, Declination |
| **Date:** | Monday, January 31, 2022 11:39:07 AM |

declined the invitation to be interviewed.  The declination was done  during a phone call with Adrienne Williams to set up the interview.

We did not receive a written follow-up.

Hans J. Siebert
Section Chief, Adjudications
Washington Field Office

(b)(6)

(b)(6)

| | |
|---|---|
| **From:** | |
| **To:** | Williams, Adrienne N; |
| **Cc:** | Siebert, Hans J; Nelson, Roland A; Griffin, Krystol |
| **Subject:** | RE: ISO 2 Interview |
| **Date:** | Thursday, January 20, 2022 7:33:29 AM |

Adrienne!

I am grateful for the consideration to be interviewed for the said vacancy. However, I would like to politely ask to be withdrawn from the hiring process as life has other plans that require me to stay in the [        ] area a little while longer.

I appreciate the work that you do.

**From:** Williams, Adrienne N
**Sent:** Wednesday, January 19, 2022 2:52 PM
**To:**
**Cc:** Siebert, Hans J [                    ]; Nelson, Roland A
[                    ] Griffin, Krystol [                    ]

**Subject:** ISO 2 Interview
Good Day [        ]
Vacancy Announcement: S21-2021-0004
Position Title: Immigration Service Officer 2
Series/Grade: GS- 9/11/12
Washington Field Office
This office is considering you along with other eligible candidates for the position and location indicated above. We need to ascertain your interest and availability for this position. To be considered for this position, you must reply, in writing, no later than close of business, Thursday January 20, 2022 via email confirming your availability for the interview schedule for the below date and time. Please select two dates and times in case your 1st choice is no longer available. Also include the name of your current and former supervisor.
January 24,2022:
8, 8:30, 9, 9:30, 10, 10:30, 1pm & 2pm
January 25, 2022:
8, 8:30, 9:30
January 26, 2022:
8, 8:30, 9,9:30, 11 & 1pm
**If you are no longer interested in this position, please respond to this e-mail requesting to remove your name from consideration.**
Thank you☺
*Ms. Adrienne Williams*
U.S. Citizenship and Immigration Services
Operation Support Specialist
Adrienne N. Williams
Washington Field Office-District S21

(b)(6)

(b)(6)

| | |
|---|---|
| **From:** | Williams, Adrienne N. |
| **To:** | |
| **Cc:** | Siebert, Hans J |
| **Subject:** | ISO2- Interview Decline |
| **Date:** | Wednesday, January 19, 2022 3:18:14 PM |

Good Day

Vacancy Announcement: S21-2021-0004
Position Title: Immigration Service Officer
Series/Grade: GS- 9/11/12
Washington Field Office
This office is considering you along with other eligible candidates for the position.
However, you stated that you are no longer interested in this position. Please
respond to this e-mail requesting to remove your name from consideration.
If you have any questions or concerns, please respond via Email.
Thank you☺

Ms. Adrienne Williams

U.S. Citizenship and Immigration Services
Operation Support Specialist
Adrienne N. Williams
Washington Field Office-District S21

(b)(6)

(b)(6)

| From: | |
| --- | --- |
| To: | Williams, Adrienne N |
| Cc: | Siebert, Hans J; Nelson, Roland A; Griffin, Krystol |
| Subject: | RE: ISO 2 Interview |
| Date: | Thursday, January 20, 2022 2:52:07 PM |

Good afternoon,

Due to unforeseen circumstances I no longer wish to be considered for **Vacancy Announcement: S21-2021-0004.** Thank you for your consideration.

Immigration Services Officer |
United States Citizenship and Immigration Services

CONFIDENTIALITY NOTICE: The information contained in (or attached to) this e-mail is For Official Use Only / Law Enforcement Sensitive (FOUO/LES) and should be considered Sensitive but Unclassified. This communication (including attachments) is covered by the Electronic Communication Privacy Act, U.S.C. Sections 2510-2521. It is intended only for the party to whom it is addressed and may contain privileged and confidential information. Any unauthorized use, dissemination or copying of this communication is prohibited. If you have received this communication in error, please notify me immediately by replying to this e-mail and delete any copies from your computer.

**From:** Williams, Adrienne N
**Sent:** Thursday, January 20, 2022 10:31 AM
**To:**
**Cc:** Siebert, Hans J                                        Nelson, Roland A
                               ; Griffin, Krystol
**Subject:** ISO 2 Interview

Good Day

Vacancy Announcement: S21-2021-0004
Position Title: Immigration Service Officer 2
Series/Grade: GS- 9/11/12
Washington Field Office

This office is considering you along with other eligible candidates for the position and location indicated above. We need to ascertain your interest and availability for this position. To be considered for this position, you must reply, in writing, no later than close of business, Thursday January 20, 2022 via email confirming your availability for the interview schedule for the below date and time. Please select two dates and times in case your 1st choice is no longer available. Also include the name of your current and former supervisor.

January 24,2022:
8, 8:30, 9, 10, 10:30, & 2pm
January 26, 2022:
8, 8:30, 9,9:30, & 1pm

**If you are no longer interested in this position, please respond to this e-mail requesting to remove your name from consideration.**

Thank you☺

*Ms. Adrienne Williams*

U.S. Citizenship and Immigration Services
Operation Support Specialist
Adrienne N. Williams
Washington Field Office-District S21

(b)(6)

(b)(6)

**From:**
**To:** Williams, Adrienne N
**Cc:** Siebert, Hans J
**Subject:** RE: ISO2- Interview Decline
**Date:** Wednesday, January 19, 2022 3:30:52 PM
**Importance:** High

Good afternoon Williams,

I'll like to withdraw my application for Vacancy Announcement: S21-2021-0004, Position Title: Immigration Service Officer at the Washington Field Office. The reason for this decision, is that I have accepted a
                                                    Therefore, you can remove my name from the list of eligible candidates.
Thank you for the consideration for this position.
Respectfully,

Immigration Services Officer

Please don't print this e-mail unless you really need to. Think Green.

**From:** Williams, Adrienne N <
**Sent:** Wednesday, January 19, 2022 3:20 PM
**To:**
**Cc:** Siebert, Hans J <
**Subject:** ISO2- Interview Decline
Good Day
Vacancy Announcement: S21-2021-0004
Position Title: Immigration Service Officer
Series/Grade: GS- 9/11/12
Washington Field Office
This office is considering you along with other eligible candidates for the position. However, you stated that you are no longer interested in this position. Please respond to this e-mail requesting to remove your name from consideration.
If you have any questions or concerns, please respond via Email.
Thank you☺
*Ms. Adrienne Williams*
U.S. Citizenship and Immigration Services
Operation Support Specialist
Adrienne N. Williams
Washington Field Office-District S21

(b)(6)

(b)(6)

**From:**
**To:** Williams, Adrienne N
**Cc:** Siebert, Hans J
**Subject:** RE: ISO2- Interview Decline
**Date:** Thursday, January 20, 2022 12:05:36 PM

Good morning,

I request to have my name removed for consideration for this vacancy announcement- S21-2021-
0004. I have accepted another position within USCIS.

I appreciate your consideration and time.

Thank you.

– Immigration Services Officer –

**From:** Williams, Adrienne N

**Sent:** Wednesday, January 19, 2022 1:20 PM

**To:**

**Cc:** Siebert, Hans J –

**Subject:** ISO2- Interview Decline

Good Day

Vacancy Announcement: S21-2021-0004
Position Title: Immigration Service Officer
Series/Grade: GS- 9/11/12
Washington Field Office
This office is considering you along with other eligible candidates for the position.
However, you stated that you are no longer interested in this position. Please
respond to this e-mail requesting to remove your name from consideration.
If you have any questions or concerns, please respond via Email.
Thank you☺

*Ms. Adrienne Williams*
U.S. Citizenship and Immigration Services
Operation Support Specialist
Adrienne N. Williams
Washington Field Office-District S21

(b)(6)

(b)(2) (b)(6)



|  | Interview Score | Writing Sample Score | Writing summary | Recommend? |
|---|---|---|---|---|
|  |  |  |  |  |
| E. Mwandosya |  |  |  |  |
| M. Abukar* |  |  |  |  |
|  |  |  |  |  |
| E. Hernandez |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| H. Lohn* |  |  |  |  |
|  |  |  |  |  |
| K. Mahoney* |  |  |  |  |

(b)(2) (b)(6)

<u>WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview</u>

| | |
|---|---|
| Date: | 01/26/2022 |
| Interviewer Name: | Krystol Griffin |
| Candidate Name: | |
| Total Score: | |

(b)(2) (b)(6)

WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: 01/26/2022

Interviewer Name: Krystol Griffin

Candidate Name:

Total Score:

(b)(2) (b)(6)



WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date:                01/26/2022

Interviewer
Name:                Krystol Griffin                                    (b)(2) (b)(6)
Candidate Name:

Total Score:

WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date:                01/24/2022

Interviewer          Krystol Griffin                              (b)(2) (b)(6)
Name:
Candidate Name:

Total Score:



<u>WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview</u>

| | |
|---|---|
| Date: | 01/26/2022 |
| Interviewer Name: | Krystol Griffin |
| Candidate Name: | |
| Total Score: | |

(b)(2) (b)(6)



<u>WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview</u>

Date:                    01/25/2022

Interviewer
Name:                   Krystol Griffin                              (b)(2) (b)(6)

Candidate Name:    Eliana Hernandez

Total Score:

WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date:                01/25/2022

Interviewer          Krystol Griffin                                    (b)(2) (b)(6)
Name:

Candidate Name:

Total Score:

<u>WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview</u>

| | |
|---|---|
| Date: | 01/25/2022 |
| Interviewer Name: | Krystol Griffin |
| Candidate Name: | Emmanuel Mwandosya |

(b)(2) (b)(6)

| | |
|---|---|
| Total Score: | |

<u>WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview</u>

Date: 01/26/2022

Interviewer Name: Krystol Griffin

(b)(2) (b)(6)

Candidate Name: Helene Lohn

Total Score:

<u>WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview</u>

Date:          01/25/2022

Interviewer Name:     Krystol Griffin             (b)(2) (b)(6)

Candidate Name:

Total Score:

WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

| | |
|---|---|
| Date: | 01/24/2022 |
| Interviewer Name: | Krystol Griffin |
| Candidate Name: | (b)(2) (b)(6) |
| Total Score: | |

WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

| | |
|---|---|
| Date: | 01/24/2022 |
| Interviewer Name: | Krystol Griffin |
| Candidate Name: | |
| Total Score: | |

(b)(2) (b)(6)

<u>WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview</u>

Date: 01/24/2022

Interviewer
Name: Krystol Griffin

(b)(2) (b)(6)

Candidate Name: Kathleen Mahoney

Total Score:

<u>WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview</u>

| | |
|---|---|
| Date: | 01/25/2022 |
| Interviewer Name: | Krystol Griffin |
| Candidate Name: | |
| Total Score: | |

(b)(2) (b)(6)

WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date:                    01/24/2022

Interviewer              Krystol Griffin                           (b)(2) (b)(6)
Name:
Candidate Name:          Mohamed Abukar

Total Score:

WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

| | |
|---|---|
| Date: | 01/24/2022 |
| Interviewer Name: | Krystol Griffin |
| Candidate Name: | |
| Total Score: | |

(b)(2) (b)(6)

(b)(2)(b)(6)

<u>WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview</u>

| | |
|---|---|
| Date: | 01/24/2022 |
| Interviewer Name: | Krystol Griffin |
| Candidate Name: | |
| Total Score: | |

(b)(2) (b)(6)

Resilience – Ability to handle disappointment and rejection, perform under pressure, and cope with difficult situations. Can handle criticism while maintaining enthusiasm and performance, stay calm under pressure, and able to plan to reduce stress.

Adaptability – Can effectively perform in different environments and with different tasks, people, and responsibilities. Can adjust their actions to meet changing demands and tasks.

Closing Portion: Additional information provided.
Interviewer Notes.  NO SCORE

Lacked specific detail and spoke in generalities

WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

| | |
|---|---|
| Date: | 01/24/2022 |
| Interviewer Name: | Krystol Griffin |
| Candidate Name: | |
| Total Score: | |

(b)(2) (b)(6)

WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

| | |
|---|---|
| Date: | 01/26/2022 |
| Interviewer Name: | Krystol Griffin |
| Candidate Name: | |
| Total Score: | |

(b)(2) (b)(6)

WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: 01/26/2022

Interviewer Name: Krystol Griffin

(b)(2) (b)(6)

Candidate Name:

Total Score:

<u>WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview</u>

Date: 01/24/2022

Interviewer
RolandNelson

Candidate Name:
Abukar
Mohamed

(b)(2) (b)(6)

Total Score:

WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: 01/25/2022

Interviewer
RolandNelson
Candidate Name: (b)(2) (b)(6)

Total Score:



WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date:                01/26/2022

Interviewer
RolandNelson                                            (b)(2) (b)(6)
Candidate Name:

Total Score:



(b)(2), (b)(6)

<u>WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview</u>

Date: 01/26/2022

Interviewer
RolandNelson
Candidate Name:

(b)(2) (b)(6)

Total Score:





WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: 01/24/2022

Interviewer
RolandNelson
Candidate Name:

(b)(2) (b)(6)

Total Score:

(b)(2), (b)(6)

WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: 01/25/2022

Interviewer
RolandNelson
Candidate Name:                                    (b)(2) (b)(6)
Eliana
Hernandez
Total Score:

(b)(2), (b)(6)





WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: 01/25/2022

Interviewer
RolandNelson
Candidate Name:                                          (b)(2) (b)(6)
Emmanuel
Mwandosya
Total Score:



WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: 01/25/2022

Interviewer
RolandNelson
Candidate Name:

(b)(2) (b)(6)

Total Score:





WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date:                  01/26/2022

Interviewer
RolandNelson
Candidate Name:                                                    (b)(2) (b)(6)

Total Score:





WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date:                01/26/2022

Interviewer
RolandNelson
Candidate Name:                                              (b)(2) (b)(6)
Helene Lohn
Total Score:





WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date:                01/24/2022

Interviewer
RolandNelson
Candidate Name:                                                    (b)(2) (b)(6)

Total Score:

WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: 01/24/2022

Interviewer
RolandNelson
Candidate Name:

(b)(2) (b)(6)

Total Score:



(b)(2), (b)(6)

<u>WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview</u>

Date:                01/24/2022

Interviewer
RolandNelson

Candidate Name:                                                                    (b)(2) (b)(6)
Kathleen
Mahoney
Total Score:





<u>WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview</u>

Date:                01/25/2022

Interviewer
RolandNelson                                        (b)(2) (b)(6)
Candidate Name:

Total Score:



WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: 01/24/2022

Interviewer
RolandNelson
Candidate Name:

(b)(2) (b)(6)

Total Score:

(b)(4)

<u>WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview</u>

Date:                           01/24/2022

Interviewer RolandNelson

Candidate
Name:

Total Score:

(b)(2) (b)(6)





WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date:              01/24/2022

Interviewer
RolandNelson
Candidate Name:                                              (b)(2) (b)(6)

Total Score:





WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date:                01/26/2022

Interviewer
RolandNelson
Candidate Name:

(b)(2) (b)(6)

Total Score:

(Dx_168_0.6)

## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: JAN 2 1 2022

Interviewer Name:

(b)(2) (b)(6)

Candidate Name: Ashbar

Total Score:

(b)(2) (b)(6)



(b)(2)(b)(6)



## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: JAN 2 6 2022

Interviewer Name: Siebert

(b)(2) (b)(6)

Candidate Name:

Total Score:

(b)(2) (b)(6)

(b)(2) (b)(6)

## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date:      JAN 2 7 2022

Interviewer Name:      Siebert

Candidate Name:      (b)(2) (b)(6)

Total Score:



## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: JAN 2 2022

Interviewer
Name: Siebert

Candidate Name:

(b)(2) (b)(6)

Total Score:





## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

| | |
|---|---|
| Date: | JAN 2 6 2022 |
| Interviewer Name: | Siebert |
| Candidate Name: | (b)(2) (b)(6) |
| Total Score: | |



## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: JAN 2 4 2022

Interviewer Name: S.obert

Candidate Name: Yumilesya

(b)(2) (b)(6)

Total Score:





## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: JAN 2 6 2022

Interviewer Name: Sieber E

(b)(2) (b)(6)

Candidate Name:

Total Score:





## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: JAN 2 , 2022

Interviewer Name: _schort_

Candidate Name: _Hernandez_

(b)(2) (b)(6)

Total Score:

## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: JAN 2 6 2022

Interviewer Name: Siebert

(b)(2) (b)(6)

Candidate Name:

Total Score:

**WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview**

| | |
|---|---|
| Date: | JAN 2 3 2022 |
| Interviewer Name: | Siebert |
| Candidate Name: | Tahaney |
| Total Score: | |

(b)(2) (b)(6)

(b)(2) (b)(6)





## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: JAN 2 4 2022

Interviewer Name: Siebert

(b)(2) (b)(6)

Candidate Name:

Total Score:

(b)(3) (b)(6)

(b)(2)(b)(6)



## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date:      JAN 2 , 2022

Interviewer
Name:      Siebert

Candidate Name:                 (b)(2) (b)(6)

Total Score:





## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: JAN 2 , 2022

Interviewer Name: Siebert

Candidate Name:

Total Score:

(b)(2) (b)(6)





## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: JAN 2 4 2022

Interviewer Name: Siebert

(b)(2) (b)(6)

Candidate Name:

Total Score:

## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: JAN 2 1 2022

Interviewer Name:

Candidate Name:

Total Score:

(b)(2) (b)(6)



## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: JAN 2 4 2022

Interviewer
Name: Siebert

Candidate Name:

Total Score:

(b)(2) (b)(6)

(b)(2)(b)(5)

## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

| | |
|---|---|
| Date: | JAN 2 2022 |
| Interviewer Name: | Siebert |
| Candidate Name: | |
| Total Score: | (b)(2) (b)(6) |

## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

| | |
|---|---|
| Date: | JAN 2 ? 1022 |
| Interviewer Name: | Siebert |
| Candidate Name: | |
| Total Score: | |

(b)(2) (b)(6)



## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: JAN 2 6 2022

Interviewer Name: Siebert

Candidate Name:

Total Score:

(b)(2) (b)(6)

(b)(2), (b)(6)

(b)(2), (b)(6)



## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date:

Interviewer
Name: _Siebert_

Candidate Name:

(b)(2) (b)(6)

Total Score:





## WAS Immigration Services Officer GS-9/11/12 – WAS-2022-0003 Interview

Date: JAN 5 2022     Siebert       (b)(2) (b)(6)

Interviewer
Name:

Candidate Name:

Total Score:



| From: | Siebert, Hans J |
|---|---|
| To: | Kamel, Arnal S |
| Cc: | S21-HR Operations Support |
| Subject: | WAS 2022-0003 Resume Review Sheets |
| Date: | Monday, January 31, 2022 6:00:35 AM |
| Attachments: | Resume Review Rollup.xls |
| | Resume Review Rollup sum.xls |

The resume review rollup sheet used the average score as indicated on the District spreadsheet. It was used to rank the applicants for interview selection.

The resume review sum spreadsheet was used to score the resume as part of the overall score. Because we used the sum for interview and writing sample scores we needed to use the sum here to maintain proper balance.


Hans J. Siebert
Section Chief, Adjudications
Washington Field Office

```
┌──────────────────────┐
│                      │   (b)(6)
└──────────────────────┘
```

## GS-14 Management Program Analyst Position Matrix of Skills and Attributes - Resume Review

| Name of Reviewer: | | | | | |
|---|---|---|---|---|---|
| District S21 | WAS Immigration Services Officer, GS-1801-9/11/12, (Vacancy Announcement WAS-2022-0003) | | | | |
| | Resume Score Rollup | | | | |
| Candidate First/Last Name | MK Gilligan | Bert Roberts | Andrei Twibell | Candidate's Total Score | Ranking |
| Abukar, Mohamed | | | | | |
| Lohn, Helene | | | | | |
| Mahoney, Kathleen | | | | | |
| Hernandez, Eliana | | | | | |
| Mwandosya, Emmanuel | | | | | |

(b)(2) (b)(6)

(b)(2) (b)(6)

Rating Scale:

0 = No experience

1 = Some exposure/awareness claimed on resume

2 = Basic understanding (simple) claimed on resume

3 = Intermediate experience claimed

4= Moderate/advanced experience claimed

5= Expert experience claimed on resume

(b)(2)



| Candidate's Name | Duty Location | | Total |
|---|---|---|---|
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |

0 - No demonstrated experience
1 - Basic level of experience - Demonstrates only limited experience
2 - Intermediate - Demonstrates frequent experience as part of daily duties
3 - Advanced expertise - Demonstrates subject matter expertise

(b)(2) (b)(6)



| CANDIDATES | Resume | Interview | Writing | | Total | Rank |
|---|---|---|---|---|---|---|
| Abukar, Mohamed | | | | | | |
| Mwandosya, Emmanuel | | | | | | |
| Hernandez, Eliana | | | | | | |
| Lohn, Helene | | | | | | |
| Mahoney, Kathleen | | | | | | |



**Interview**

| CANDIDATES | Siebert | Nelson | Griffin | Total |
|---|---|---|---|---|
| Mwandosya, Emmanuel | | | | |
| Abukar, Mohamed | | | | |
| Mahoney, Kathleen | | | | |
| Hernandez, Eliana | | | | |

**Writing Sample**

| | Siebert | Nelson | Griffin | Total | Remarks |
|---|---|---|---|---|---|
| Mwandosya, Emmanuel | | | | | |
| Abukar, Mohamed | | | | | |
| Mahoney, Kathleen | | | | | |
| Hernandez, Eliana | | | | | |

(b)(2) (b)(6)

(b)(2) (b)(6)

Lohn, Helene

Lohn, Helene

(b)(2) (b)(6)

| GS-14 Management Program Analyst Position Matrix of Skills and Attributes - Resume Review | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name of Reviewer: | | | | | | | | | |
| District S21 | WAS Immigration Services Officer, GS-1801-9/11/12, (Vacancy Announcement WAS-2022-0003) | | | | | | | | |
| | Resume Score for Areas of Competency | | | | | | | | Candidate's Total Score |
| Candidate First/Last Name | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| Hernandez, Eliana | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| Mahoney, Kathleen | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| Abukar, Mohamed | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| Lobo, Helene | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| Mwandosya, Emmanuel | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |
| | | | | | | | | | 0 |

(b)(2) (b)(6)

(b)(2) (b)(6)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 0 |
| | | | | | | | | | | 0 |
| | | | | | | | | | | 0 |
| | | | | | | | | | | 0 |
| | | | | | | | | | | 0% |

0 = No Demonstrated Experience

1 = Minimal Experience - Demonstrates only training/education or limited practice experience (less than 3 years)

2 = Moderate Experience - Demonstrates frequent experience as part of daily duties, generally with Supervisory approval or review (more than 3 years, less than 5 years)

3 = Significant Experience - Demonstrates subject matter expertise, rarely requires Supervisor approval or review (more than 5 years)

(b)(2)

| WAS Immigration Services Officer, GS-1801-9/11/12, (Vacancy Announcement WAS-2022-0003) | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Candidate's Name | Duty Location | | | | | | | | | | | | | | | | | Total |
| | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | | | | | 0 |

0 - No demonstrated experience
1 - Basic level of experience - Demonstrates only limited experience
2 - Intermediate - Demonstrates frequent experience as part of daily duties
3 - Advanced expertise - Demonstrates subject matter expertise

Department of Homeland Security
Washington Field Office
2675 Prosperity Avenue
Fairfax, VA 20598



**U.S. Citizenship
and Immigration
Services**

## Internal Memorandum

TO:         Ron Rosenberg, District Director

THROUGH:  Sarah Taylor, Deputy District Director

FROM:    Kimberly Zanotti, Selecting Official **KIMBERLY J ZANOTTI**   Digitally signed by KIMBERLY J ZANOTTI
Date: 2022.01.31 09:41:28 -05'00'

Date:      January 31, 2022

SUBJECT:  Immigration Services Officer 2, WAS-2022-0003 Recommendation for Selection

The Washington Field Office posted the vacancy announcement for Immigration Services Officer 2, WAS-2022-0003 on December 2, 2021 and it closed on December 13, 2021. Six certificates with a total of 46 applicants were received for the vacancy announcement.

The resumes of all applicants on the six certificates were reviewed and scored according to the WAS ISO2 resume criteria. See Resume Review Panel score sheet attached. Based on the resume review 33 applicants were referred to the interview phase. Eleven of those applicants declined the interview and withdrew from consideration.

The interview panel members were Hans Siebert (Section Chief at WAS, also the RO), Roland Nelson (SISO at WAS) and Krystol Griffin (SISO at NOR). The following applicants, listed alphabetically, were interviewed:   **(b)(6)**

Abukar, Mohamed

Hernandez, Eliana

Lohn, Helene

Mahoney, Kathleen

**(b)(6)**

Mwandosya, Emmanuel

(b)(6)

Based on the combination of their resume, their interview, and their experience, we unanimously agreed that the applicants listed below were the most qualified candidates. We found that the selectees have shown the experience needed to perform the duties planned for this Immigration Services Officer 2 position with a FPL GS-12.

For the eight vacant slots the below listed top-8 candidates are recommended. All candidates were vetted by reference checks from their current supervisor and most from a former supervisor as well. None of the recommended candidates had any concerning responses on their reference checks.

Recommendations are listed in order of merit in descending order of total score. The following candidates are recommended as primary selectees: (b)(2) (b)(5) (b)(6)

Mohamed Abukar

(b)(2) (b)(5) (b)(6)

(b)(2) (b)(5) (b)(6)

Emmanuel Mwandosya

(b)(2) (b)(5) (b)(6)

(b)(2) (b)(5) (b)(6)

The following candidates scored below the cut-off for selection. By unanimous consent, the panel finds them fully qualified to serve as an ISO2 and recommends that the below listed individuals be selected as alternates. This will account for any declinations or further ISO2 openings. Applicants are listed in order of merit.

Eliana Hernandez

Helene Lohn

Kathleen Mahoney

(b)(2) (b)(5) (b)(6)

The following candidate was found to be qualified and he was recommended by a majority of the panel to be selected for ISO2 on the alternate list.

(b)(2) (b)(5) (b)(6)

Cc:   S21 HR Operations
      S21 Chief of Staff

(b)(2) (b)(6)



www.uscis.gov

(b)(2) (b)(6)

Department of Homeland Security
Washington Field Office
2675 Prosperity Avenue
Fairfax, VA 20598



**U.S. Citizenship
and Immigration
Services**

## Internal Memorandum

TO:        Ron Rosenberg, District Director    RONALD M ROSENBERG  Digitally signed by RONALD M ROSENBERG.
Date: 2022.02.07 08:41:20 -05'00'

THROUGH:  Sarah Taylor, Deputy District Director

FROM:      Kimberly Zanotti, Selecting Official  KIMBERLY J ZANOTTI  Digitally signed by KIMBERLY J ZANOTTI
Date: 2022.01.31 11:33:27 -05'00'

Date:       January 31, 2022

SUBJECT:  Immigration Services Officer 2, WAS-2022-0003 Recommendation for Selection

The Washington Field Office posted the vacancy announcement for Immigration Services
Officer 2, WAS-2022-0003 on December 2, 2021 and it closed on December 13, 2021. Six
certificates with a total of 46 applicants were received for the vacancy announcement.

The resumes of all applicants on the six certificates were reviewed and scored according to the
WAS ISO2 resume criteria. Based on the resume review 33 applicants were referred to the
interview phase. Eleven of those applicants declined the interview and withdrew from
consideration.

The interview panel members were Hans Siebert (Section Chief at WAS, also the RO), Roland
Nelson (SISO at WAS) and Krystol Griffin (SISO at NOR). The following applicants, listed
alphabetically, were interviewed:

Abukar, Mohamed                   (b)(6)

Hernandez, Eliana

Lohn, Helene

Mahoney, Kathleen                 (b)(6)

Mwandosya, Emmanuel

(b)(6)

Based on the combination of their resume, their interview, and their experience, we unanimously agreed that the applicants listed below were the most qualified candidates. We found that the selectees have shown the experience needed to perform the duties planned for this Immigration Services Officer 2 position with a FPL GS-12.

For the eight vacant slots the below listed top-8 candidates are recommended. All candidates were vetted by reference checks from their current supervisor and most from a former supervisor as well. None of the recommended candidates had any concerning responses on their reference checks.

Recommendations are listed in order of merit in descending order of total score. The following candidates are recommended as primary selectees:

(b)(2) (b)(5) (b)(6)

Mohamed Abukar

(b)(2) (b)(5) (b)(6)

(b)(2) (b)(5) (b)(6)

Emmanuel Mwandosya

The following candidates scored below the cut-off for selection. By unanimous consent, the panel finds them fully qualified to serve as an ISO2 and recommends that the below listed

(b)(2) (b)(5) (b)(6)

individuals be selected as alternates. This will account for any declinations or further ISO2 openings. Applicants are listed in order of merit.

(b)(2) (b)(5) (b)(6)

Eliana Hernandez

Helene Lohn

Kathleen Mahoney

(b)(2) (b)(5) (b)(6)

The following candidate was found to be qualified and he was recommended by a majority of the panel to be selected for ISO2 on the alternate list.

(b)(2) (b)(5) (b)(6)

Cc:     S21 HR Operations
        S21 Chief of Staff

| | |
|---|---|
| From: | Rosenberg, Ronald M (Ron) |
| To: | Kamel, Amal S; Josephs-Conway, Corliss A (Corliss); Taylor, Sarah T |
| Cc: | Siebert, Hans J; Zanotti, Kimberly J; S21-HR Operations Support; Odle, Jamie M; Shaffer, Stefanie J |
| Subject: | RE: ISO2 |
| Date: | Monday, February 7, 2022 8:17:56 AM |
| Attachments: | image001.png |

Good morning. So sorry. I didn't know that this was waiting for my review. I concur. Thx so much for the quick edits described below.

(b)(6)

**From:** Kamel, Amal S

**Sent:** Monday, February 7, 2022 8:07 AM

**To:** Josephs-Conway, Corliss A (Corliss)                                    Rosenberg, Ronald M (Ron)                                    Taylor, Sarah T

**Cc:** Siebert, Hans J

                                        S21-HR Operations Support <s21-hroperationssupport@uscis.dhs.gov>; Odle, Jamie M                    Shaffer, Stefanie J

**Subject:** RE: ISO2


Good morning,

I would like to follow up on the concurrence for the ISO2 selection.  Please note that the certs are expiring soon 2/11/2022.

Sincerely,

*Amal S Kamel*
Operations Support Specialist
DHS/USCIS/Washington District Office S21 (VA, MD, DC, NC)


U.S. Citizenship
and Immigration
Services


**From:** Zanotti, Kimberly J

**Sent:** Monday, January 31, 2022 11:52 AM

**To:** S21-HR Operations Support <s21-hroperationssupport@uscis.dhs.gov>; Josephs-Conway, Corliss A (Corliss)                                    Rosenberg, Ronald M (Ron)

(b)(6)

(b)(6)

**Cc:** Kamel, Amal S [                    ]; Taylor, Sarah T [                    ]
Siebert, Hans J [                    ]
**Subject:** FW: ISO2

Please see attached ISO2 memo. This memo supersedes the ISO2 memo I electronically signed and sent earlier in the day today.

Please let me know if there are any questions. Thanks so much.

Kim Zanotti
Field Office Director
U.S. Citizenship and Immigration Services
Washington Field Office

(b)(6)

This email and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by email or telephone and delete or destroy the original transmission and any copies (electronic or paper).

**From:** Siebert, Hans J [                    ]
**Sent:** Monday, January 31, 2022 11:28 AM        (b)(6)
**To:** Zanotti, Kimberly J [                    ]
**Subject:** ISO2

Kim

Attached is the revised memo for the ISO2.                    (b)(2) (b)(5) (b)(6)

Hans J. Siebert
Section Chief, Adjudications
Washington Field Office

(b)(6)

| From: | Zanotti, Kimberly J |
| To: | Siebert, Hans J |
| Cc: | Kamel, Amal S (Amal) |
| Subject: | RE: ISO2 Panels |
| Date: | Thursday, January 13, 2022 10:33:22 AM |

Will do. Thanks Hans.

(b)(6)

Kim Zanotti
Field Office Director
U.S. Citizenship and Immigration Services
Washington Field Office

This email and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by email or telephone and delete or destroy the original transmission and any copies (electronic or paper).

**From:** Siebert, Hans J
**Sent:** Thursday, January 13, 2022 10:30 AM
**To:** Zanotti, Kimberly J <
**Cc:** Kamel, Amal S (Ama
**Subject:** ISO2 Panels

FYI.

I am the RO. The resume review panel is MK Gilligan, Bert Roberts and Andrei Twibell.

Interview panel will be myself and Roland Nelson.

Kim, please solicit for another SISO from within the district

Hans J. Siebert
Section Chief, Adjudications
Washington Field Office

(b)(6)

| | |
|---|---|
| From: | Siebert, Hans J |
| To: | Kamel, Amal S |
| Subject: | RE: Total Score and Ranking WAS 2022-0003 |
| Date: | Monday, January 31, 2022 7:59:33 AM |
| Attachments: | image001.png |

Kim told me she is only selecting Boren scholars for ISO1.
We did not interview any Boren scholars, only merit promotion and non-comp ISOs.

Hans J. Siebert
Section Chief, Adjudications          (b)(6)
Washington Field Office

**From:** Kamel, Amal S
**Sent:** Monday, January 31, 2022 7:55 AM
**To:** Siebert, Hans J
**Subject:** RE: Total Score and Ranking WAS 2022-0003

Thank you Hans. We have six vacant IPNs (see below) and one for a Boren Scholar Selection. Are we selecting any for the ISO2?

Vice the following:

Sincerely,

*Amal S Kamel*
**Operations Support Specialist**
**DHS/USCIS/Washington District Office S21 (VA, MD, DC, NC)**



**U.S. Citizenship
and Immigration
Services**

(b)(6)

(b)(6)

**From:** Siebert, Hans J
**Sent:** Monday, January 31, 2022 7:50 AM
**To:** Kamel, Amal S
**Subject:** RE: Total Score and Ranking WAS 2022-0003

Sure.
Kim has the selection memo.  She should have that to you later today.


Hans J. Siebert
Section Chief, Adjudications
Washington Field Office


**From:** Kamel, Amal S
**Sent:** Monday, January 31, 2022 7:48 AM
**To:** Siebert, Hans J
**Cc:** S21-HR Operations Support <s21-hroperationssupport@uscis.dhs.gov>
**Subject:** RE: Total Score and Ranking WAS 2022-0003

Good morning Hans,

Thank you for all the documentation received.

**Sincerely,**

*Amal S Kamel*
**Operations Support Specialist**
**DHS/USCIS/Washington District Office S21 (VA, MD, DC, NC)**


**U.S. Citizenship
and Immigration
Services**


**From:** Siebert, Hans J
**Sent:** Monday, January 31, 2022 7:01 AM
**To:** Kamel, Amal S
**Cc:** S21-HR Operations Support <s21-hroperationssupport@uscis.dhs.gov>
**Subject:** Total Score and Ranking WAS 2022-0003

(b)(6)

Hans J. Siebert
Section Chief, Adjudications
Washington Field Office

(b)(6)

Writing Sample for ISO2 at WAS-2022-0003

Attn: Chief Siebert

From:

(b)(6)

(b)(6)

Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample

(b)(6)

(b)(6)



**U.S. Citizenship
and Immigration
Services**

(b)(6)

Immigration Services Officer GS9/11/12-WAS-2022-0003

Writing Sample

Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample

(b)(6)

Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample

(b)(6)

Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample

(b)(6)

(b)(6)

Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample

(b)(6)

Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample

(b)(6)

Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample

(b)(6)

(b)(6)



Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample

(b)(6)

Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample

(b)(6)

Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample

(b)(6)

**Immigration Services Officer GS-9/11/12 – WAS-2022-0003**

**Writing Sample**

(b)(6)

Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample

(b)(6)

<u>Immigration Services Officer GS-9/11/12 – WAS-2022-0003</u>

<u>Writing Sample</u>

(b)(6)

Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample

(b)(6)

Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample                                    (b)(6)

(b)(6)

(b)(6)

<u>Immigration Services Officer GS-9/11/12 – WAS-2022-0003</u>

<u>Writing Sample</u>

(b)(6)

Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample

(b)(6)

(b)(6)

Immigration Services Officer GS-9/11/12 – WAS-2022-0003

Writing Sample

(b)(6)

(b)(6)



# EXHIBIT G

**Department of Homeland Security**
**DHS Directives System**
**Instruction Number: 262-11-001**
**Revision Number: 00.1**
**Issue Date: 02/20/2018**
*Incorporating Change 1, 06/29/2018*
Approved by Sam Kaplan, Chief Privacy Officer

# FREEDOM OF INFORMATION ACT COMPLIANCE ON EMPLOYEE NOTIFICATION

# I.   Purpose

This Instruction implements the Department of Homeland Security (DHS or the Department) Directive 262-11, "Freedom of Information Act (FOIA) Compliance," and creates an employee notification process to inform current Department employees when their employment records, as defined in section IV. paragraph E., are about to be released under the FOIA.

# II.   Scope

This Instruction applies throughout DHS, on behalf of, or in coordination with the Department.

# III.   References

A.   Title 5, United States Code (U.S.C.), § 552, "Public Information; Agency Rules, Opinions, Orders, Records, and Proceedings" [The Freedom of Information Act, as amended]

B.   Title 5, United States Code (U.S.C.), § 552a, "Records maintained on individuals" [The Privacy Act of 1974, as amended]

C.   Title 6, United States Code (U.S.C.), § 142, "Privacy Officer"

D.   Title 6, Code of Federal Regulation (C.F.R), Part 5, "Freedom of Information Act Regulations" (November 22, 2016)

E.   DHS Delegation 13001, "Delegation to the Chief Privacy Officer"

F.   DHS Directive 262-11, "Freedom of Information Act Compliance"

G.     DHS Privacy Policy Guidance Memorandum 2017-01, "DHS Privacy Policy Regarding Collection, Use, Retention, and Dissemination of Personally Identifiable Information" (April 25, 2017)

# IV.  Definitions

A.     ***Chief FOIA Officer***:  The Secretary of DHS designates the DHS Chief Privacy Officer to serve concurrently as the Chief FOIA Officer.

B.     ***Deputy Chief FOIA Officer***:  An individual reporting to the Chief FOIA Officer who serves as the DHS principal point of contact and agency representative on FOIA-related matters.

C.     ***FOIA Officer***:  Designated DHS official appointed by the Component head whose delegable responsibilities are to receive and respond to FOIA requests, FOIA appeals, and FOIA litigation and to provide assistance in administrative matters pertaining to FOIA request processing.

D.     ***Responsible Official***:  The individual designated by the Component FOIA Officer to be responsible to respond to each FOIA request received or assigned.

E.     ***Employment Records***:  Past and present personnel information.  These records may contain personal information of the employee including name; present/past position titles and occupational series; grades; past and present salary rates; performance awards or bonuses; ~~disciplinary action;~~ position descriptions; past and present duty station.  Federal employees generally have no expectation of privacy in such information[1].

F.     ***Protected Personnel Information***:  Personnel information that is withheld from disclosure because there is a significant privacy interest and the disclosure would constitute a clearly unwarranted invasion of privacy.

G.     ***Released under the FOIA***: this includes partial and final responses pertaining to FOIA requests, FOIA appeals, and FOIA litigation.

---

[1] Per DOJ Office of Information Policy's guide to FOIA "Civilian federal employees who are not involved in law enforcement of sensitive occupations generally have no expectation of privacy regarding their names, titles, grades, salaries, and duty stations as employees or regarding parts of their successful employment applications that show their qualifications for their positions." OPM Regulations, 5 C.F.R. 293.311 (2011),  FLRA v. U.S. Dep't of Commerce, 962 F.2d 1055, 1059-61 (D.C. Cir. 1992); Core v. USPS, 730 F.2d 946, 948 (4th Cir. 1984); Leadership Conference on Civil Rights v. Gonzales, 404 F. Supp. 2d 246, 257 (D.D.C. 2005); Knittel v. IRS, No. 07-1213, 2009 WL 2163619, at *6 (W.D. Tenn. July 20, 2009); Cowdery, Ecker & Murphy, LLC v. Dep't of Interior, 511 F. Supp. 2d 215, 219 (D. Conn. 2007); Barvick v. Cisneros, 941 F. Supp. 1015, 1020 n.4 (D. Kan. 1996).

Instruction # 262-11-001
Revision # 00.1

# V.  Responsibilities

A.  The ***Deputy Chief FOIA Officer***:

1.  Monitor Components' implementation of the employee notification process for current Department employees to inform them when their employment records that are about to be released under the FOIA.

2.  Ensure Department employees and FOIA Officers are notified of their responsibilities regarding current Department employees' employment records that are about to be released under the FOIA.

B.  The ***FOIA Officers***:

1.  Oversee the responsible official who is responding to each FOIA request seeking personnel information regarding federal employees.

2.  Ensure that release of employment records is based upon the case-by-case analysis involving a balancing test between the privacy interest of the individual's information and the public's interest in that information.

3.  Implement a process to notify current Department employees when their employment information will be released to a requester.

# VI.  Content and Procedures

A.  The Department routinely receives FOIA requests seeking personnel information of federal employees.

B.  Determinations made under FOIA regarding the extent to which personal privacy can be protected generally require an individualized case-by-case analysis.

C.  Employment records may be releasable, under the FOIA, as it pertains to federal employees pursuant to Office of Personnel Management (OPM) regulations.[2]  OPM regulations indicate that federal employees generally have no expectation of privacy regarding their names, titles, grades, salaries, bonuses, position descriptions, and duty stations.  However, there are some components and offices within the Department in which the names of employees are protected due to occupational duties.[3]

---

[2] ibid.

[3] Law enforcement components may redact personally identifying information including employee names, phone numbers, and email addresses under FOIA Exemption 6 given the substantial personal privacy interests of law

D.     Furthermore it is the policy of the Department, in light of prevailing FOIA case law[4], to release additional items of information in personnel files, particularly pertaining to the professional qualifications of federal employees. Such information generally disclosed includes post-graduate or technical education in preparation for the employee's professions; all prior employment in State or Federal Government positions; prior employment in the private sector related to an employee's duties; awards and honors received; and membership in professional groups.

E.     Protected personnel information typically withheld from third parties, pursuant to Exemption 6 is dependent on a case-by-case balancing test.[5]  The information being withheld could include, but is not limited to: place and date of birth; age; marital status; home address and telephone number; medical information and records; details of health and insurance benefits; the substance of promotion recommendations; supervisory assessments of professional conduct and ability; information concerning or provided by relatives and references; prior employment not related to the employee's occupation; allegations of misconduct or arrests; security clearances; military service number; Social Security number; and matters capable of causing embarrassment and or harassment and which are not pertinent to the employee's duties.

F.     DHS and components notify their employees when their employment records will about to be released to a requester.

---

enforcement personnel in their individual contact information.  In addition, Exemption 7(C) may allow these components to withhold certain personnel information compiled for law enforcement purposes.  Intelligence components may redact personally identifying information including employee names, phone numbers, and email addresses under FOIA Exemption 6 or other applicable exemptions, such as Exemption 3, given the strong personal privacy interest in withholding the names of employees with intelligence duties.

[4] Per DOJ Office of Information Policy's guide to FOIA "Civilian federal employees who are not involved in law enforcement of sensitive occupations generally have no expectation of privacy regarding their names, titles, grades, salaries, and duty stations as employees or regarding parts of  their successful employment applications that show their qualifications for their positions." OPM Regulations, 5 C.F.R. 293.311 (2011),  FLRA v. U.S. Dep't of Commerce, 962 F.2d 1055, 1059-61 (D.C. Cir. 1992); Core v. USPS, 730 F.2d 946, 948 (4th Cir. 1984); Leadership Conference on Civil Rights v. Gonzales, 404 F. Supp. 2d 246, 257 (D.D.C. 2005); Knittel v. IRS, No. 07-1213, 2009 WL 2163619, at *6 (W.D. Tenn. July 20, 2009); Cowdery, Ecker & Murphy, LLC v. Dep't of Interior, 511 F. Supp. 2d 215, 219 (D. Conn. 2007); Barvick v. Cisneros, 941 F. Supp. 1015, 1020 n.4 (D. Kan. 1996).

[5] In order to determine whether Exemption 6 protects against disclosure, an agency should engage in the following two lines of inquiry:  first, determine whether the information at issue is contained in a personnel, medical, or "similar" file covered by Exemption 6; and, if so, determine whether disclosure "would constitute a clearly unwarranted invasion of personal privacy" by balancing the privacy interest that would be compromised by disclosure against any public  interest  in  the  requested  information.  See Multi Ag Media LLC v. USDA, 515 F.3d 1224, 1228 (D.C. Cir. 2008); News-Press v. DHS, 489 F.3d 1173, 1196-97 (11th Cir. 2007).

4

G.      The employee notification will consistent of an email (refer to Appendices A and B), which will contain a copy of the employment record and a copy of the request.  The employment record(s) may contain segregated text in order to ensure the employee is only receiving information concerning him/herself.  The request will disclose the name of the requester, and/or company if applicable, and the subject matter of FOIA request.[6]

H.      The DHS or Component FOIA Office makes the final determination which records are released under the FOIA.  DHS employees shall not be involved in the processing of the FOIA request that contains their employment records or the determination of the releasability of the personnel information.

I.      This instruction does not apply to requests for access under the Privacy Act.

# VII.  General Provision

This instruction is not intended to, and does not create any rights or benefit, substantive or procedural, enforceable by law or in equity by a party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

# VIII. Questions

Address any questions or concerns regarding these Instructions to the DHS Privacy Office or to the relevant Component FOIA Office.

_____          _____
Sam Kaplan                                                    2/20/2018
Chief FOIA Officer                                              Date

---

[6] "FOIA requesters . . . have no general expectation that their names will be kept private." Agee v. CIA, 1 GDS ¶ 80,213 at 80,532 (D.D.C. 1980).

Appendix A: Employee Notification (Sample # 1)

**SAMPLE E-MAIL #1**
**WHEN RECORDS ARE RELEASED TO A REQUESTER FROM AN ORGANIZATION**
**SENT VIA E-MAIL TO:  [CURRENT DHS EMPLOYEE]**

**SUBJECT LINE IN E-MAIL:  [FOR YOUR AWARENESS] – Employee Notification (FOIA)**

Good morning/afternoon, [CURRENT DHS EMPLOYEE]:
In accordance with DHS Instruction XX (Employee Notification Instruction)[7], the DHS Privacy Office (Component FOIA Office) provides the notification below for your awareness.

On [DATE], our office will release employment records that may be of interest to [REQUESTER NAME] with [REQUESTER ORGANIZATION], in response to a Freedom of Information Act (FOIA) request.  Please see the attached records.

If you have any questions regarding this release, please contact me.


[FOIA PROGRAM ANALYST]
[CONTACT INFORMATION]

---

[7] This guidance is available at https://www.dhs.gov/foia-statutes-resources.

Appendix B: Employee Notification (Sample # 2)

**SAMPLE E-MAIL #2**
**WHEN RECORDS ARE RELEASED TO A REQUESTER NOT FROM AN**
**ORGANIZATION**
**SENT VIA E-MAIL TO:  [CURRENT DHS EMPLOYEE]**

**SUBJECT LINE IN E-MAIL:  [FOR YOUR AWARENESS] – Employee Notification**
**(FOIA)**

Good morning/afternoon, [CURRENT DHS EMPLOYEE]:
In accordance with DHS Instruction XX (Employee Notification Instruction)[8], the DHS
Privacy Office (Component FOIA Office) provides the notification below for your
awareness.

On [TODAY'S DATE], our office will release personnel records that may be of interest to
[REQUESTER NAME], an individual, in response to a Freedom of Information Act
(FOIA) request.  Please see the attached records.

If you have any questions regarding this release, please contact me.


[FOIA PROGRAM ANALYST]
[CONTACT INFORMATION]

---

[8] This guidance is available at https://www.dhs.gov/foia-statutes-resources.